# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | Civil Action No. 1:11-cv-00812-LPS |
| Plaintiff | § § | |
| | § | **JURY TRIAL REQUESTED** |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al, | § § | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| Defendants. | § | |

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Philips Electronics North American Corporation has not yet answered the Complaint. Accordingly, Select Retrieval, LLC voluntarily dismisses Philips Electronics North American Corporation with prejudice pursuant to Rule 41(a)(1).

Dated: November 17, 2011     STAMOULIS & WEINBLATT LLC

 */s/ Richard C. Weinblatt*
Of Counsel:     Stamatios Stamoulis #4606
         stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)   Richard C. Weinblatt #5080
    sdaniels@farneydaniels.com       weinblatt@swdelaw.com
Connie E. Merriett (admitted *pro hac vice*)  Two Fox Point Centre
    cmerriett@farneydaniels.com      6 Denny Road, Suite 307
Farney Daniels LLC      Wilmington, DE 19809
800 South Austin Avenue, Suite 200   Telephone: (302) 999-1540
Georgetown, TX 78626
Telephone: (512) 582-2828

*Counsel for Plaintiff*
*Select Retrieval, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2011, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                            */s/ Richard C. Weinblatt*
                                            Richard C. Weinblatt #5080