IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL LLC, | |
| Plaintiff, | |
| v. | C. A. No. 11-812-LPS |
| AMERIMARK DIRECT, LLC., et al., | |
| Defendants. | |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Select Retrieval LLC and Defendant AmeriMark Direct, LLC ("AmeriMark"), subject to the approval of the Court, that AmeriMark's time to move, answer, or otherwise respond to the Complaint in this action (D.I. 1) shall be extended to January 10, 2012.

| STAMOULIS & WEINBLATT LLC | BAYARD, P.A. |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Stephen B. Brauerman* |
| Stamatios Stamoulis (#4606) | Richard D. Kirk (rk0922) |
| Richard C. Weinblatt (#5080) | Stephen B. Brauerman (sb4952) |
| Two Fox Point Centre | 222 Delaware Avenue, Suite 900 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19899 |
| Wilmington, DE 19809 | rkirk@bayardlaw.com |
| (302) 999-1540 | sbrauerman@bayardlaw.com |
| stamoulis@swdelaw.com | (302) 655-5000 |
| weinblatt@swdelaw.com | |
| | *Attorneys for Defendant AmeriMark Direct, LLC* |
| *Attorneys for Select Retrieval, LLC* | |
| | December 2, 2011 |

IT IS SO ORDERED this ___ day of _____, 2011

_____
United States District Judge