**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:11-00812-LPS |
| § | |
| AMERIMARK DIRECT, LLC, *et al.*, § | |
| § | **JURY TRIAL REQUESTED** |
| Defendants. § | |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF L. L. BEAN, INC.**

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant L. L. Bean, Inc. has not yet answered the complaint. Accordingly, Select Retrieval, LLC voluntarily dismisses L. L. Bean, Inc. without prejudice pursuant to Rule 41(a)(1).

Dated: January 6, 2012         STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080