IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (LPS) |
| | ) |
| AMERIMARK DIRECT LLC et al., | ) |
| | ) |
| Defendants. | ) |

**MOVING DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF SELECT RETRIEVAL'S FIRST AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants American Greetings Corporation; Amerimark Direct LLC; Barneys New York, Inc.; Crocs, Inc.; eBags, Inc.; Express LLC; Karmaloop, Inc.; Liquidity Services, Inc.; Macy's Inc.; Overstock.com Inc.; PC Connection Inc.; Redcats USA, Inc.; Scholastic Corporation; Shoebuy.com, Inc.; Staples Inc.; and Under Armour, Inc. (collectively, "Moving Defendants") move to dismiss Plaintiff Select Retrieval's First Amended Complaint (D.I. 28) for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the Moving Defendants' Opening Brief, submitted herewith.

*Attorneys for American Greetings Corporation*

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

George W. Rooney, Jr.
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th Floor
Cleveland, OH 44114
(216) 623-0150

2

| | |
|---|---|
| *Attorneys for Amerimark Direct LLC* | BAYARD, P.A. |
| | */s/ Stephen B. Brauerman* |
| | Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 429-4232<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| *Attorneys for Barneys New York, Inc.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Julia Heaney* |
| | Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

OF COUNSEL:

Steven Bauer
Colin G. Cabral
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

| | |
|---|---|
| *Attorneys for Crocs, Inc.* | POTTER ANDERSON & CORROON, LLP |

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David Moore (#3983)
1313 N. Market Street, Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Natalie Hanlon-Leh
Jared B. Briant
Katie R. Schwalb
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
(303) 607-3500

| | |
|---|---|
| *Attorneys for eBags, Inc.* | BARNES & THORNBURG LLP |

*/s/ E. Rebecca Workman*

David M. Powlen (#4978)
E. Rebecca Workman (#5404)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
302-888-0301
david.powlen@btlaw.com
rebecca.workman@btlaw.com

OF COUNSEL:

Todd P. Blakely
Matthew R. Ellsworth
Bruce A. Kugler
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
(303) 863-9700

| | |
|---|---|
| *Attorneys for Express LLC* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com

OF COUNSEL:

Thomas L. Duston
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
(312) 474-6300

| | |
|---|---|
| *Attorneys for Karmaloop, Inc.* | PROCTOR HEYMAN LLP |

*/s/ Patricia L. Enerio*

Patricia L. Enerio (#3728)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
penerio@proctorheyman.com

OF COUNSEL:

Merton E. Thompson
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

5

| | |
|---|---|
| *Attorneys for Liquidity Services, Inc.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com

OF COUNSEL:

Jeffri A. Kaminski
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
(202) 344-4048

| | |
|---|---|
| *Attorneys for Macy's Inc.* | MORRIS JAMES LLP |

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6855
kdorsney@morrisjames.com

OF COUNSEL:

Kent E. Baldauf, Jr.
Bryan P. Clark
James Bosco
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

6

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |

*/s/ Karen L. Pascale*

Karen L. Pascale (#2903)
James L. Higgins (#5021)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
302-571-6600
kpascale@ycst.com
jhiggins@ycst.com

OF COUNSEL:

John H. Barr, Jr.
Christopher A. Shield
John A. Yates
Robert D. Ayers, Jr.
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
(713) 223-2300

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | RICHARDS, LAYTON & FINGER, P.A. |

*/s/ Elizabeth R. He*

Frederick L. Cottrell, III (#2555)
Elizabeth R. He (#5345)
920 N. King Street
One Rodney Square
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
he@rlf.com

OF COUNSEL:

Matthew B. Lowrie
Aaron Moore
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2600
Boston, MA 02199-7610
(617) 342-4000

| | |
|---|---|
| *Attorneys for Redcats USA, Inc.* | MORRIS JAMES LLP |

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6855
kdorsney@morrisjames.com

OF COUNSEL:

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7475

| | |
|---|---|
| *Attorneys for Scholastic Corporation* | POTTER ANDERSON & CORROON LLP |
| | |
| | */s/ David E. Moore* |
| | |
| | Richard L. Horwitz (#2246) |
| | David E. Moore (#3983) |
| | Hercules Plaza, 6th Floor |
| | 1313 N. Market Street |
| | Wilmington, DE 19801 |
| | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | |
| | OF COUNSEL: |
| | |
| | Brian D. Siff |
| | Paul C. Maier |
| | DICKSTEIN SHAPIRO LLP |
| | 1633 Broadway |
| | New York, NY 10019-6708 |
| | (212) 277-6500 |
| *Attorneys for Shoebuy.com, Inc. and Staples Inc.* | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| | */s/ Julia Heaney* |
| | |
| | Jack B. Blumenfeld (#1014) |
| | Julie Heaney (#3052) |
| | Jennifer Ying (#5550) |
| | 1201 North Market Street |
| | P.O. Box 1347 |
| | Wilmington, DE 19899 |
| | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| | jheaney@mnat.com |
| | jying@mnat.com |

| | |
|---|---|
| *Attorneys for Under Armour, Inc.* | BALLARD SPAHR LLP |
| | |
| | */s/ Beth Moskow-Schnoll* |
| | _____ |
| | Beth Moskow-Schnoll (#2900) |
| | 919 North Market Street, 11th Floor |
| | Wilmington, DE 19801-3034 |
| | (302) 252-4465 |
| | moskowschnollb@ballardspahr.com |
| | |
| | OF COUNSEL: |
| | |
| | MAGINOT, MOORE & BECK LLP |
| | Harold C. Moore |
| | Michael A. Swift |
| | 111 Monument Circle, Suite 3250 |
| | Indianapolis, IN 46204 |
| | (317) 638-2922 |

January 10, 2012