## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | Civil Action No. 1:11-cv-00812-RGA |
| Plaintiff, | § | |
| | § | **JURY TRIAL REQUESTED** |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | **NOTICE OF VOLUNTARY** |
| | § | **DISMISSAL OF ACTION** |
| Defendants. | § | |

WHEREAS, Plaintiff Select Retrieval, LLC ("Plaintiff") and Defendant Express, LLC ("Express") have settled Plaintiff's claims for relief against Express.

NOW, THEREFORE, Plaintiff hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Express has not yet answered the Complaint.  Accordingly, Plaintiff voluntarily dismisses Express with prejudice pursuant to Rule 41(a)(1).

Dated: July 18, 2012

Of Counsel:

Steven R. Daniels (admitted *pro hac vice*)
    sdaniels@farneydaniels.com
Connie E. Merriett (admitted *pro hac vice*)
    cmerriett@farneydaniels.com
Farney Daniels LLC
800 South Austin Avenue, Suite 200
Georgetown, TX 78626
Telephone:  (512) 582-2828

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
    6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540

*Counsel for Plaintiff*
*Select Retrieval, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

<u>/s/ Richard C. Weinblatt</u>
Richard C. Weinblatt #5080