IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-812 (RGA) |
| | ) | |
| AMERIMARK DIRECT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

IT IS HEREBY STIPULATED by and between Plaintiff Select Retrieval, LLC and Defendant Wayfair LLC ("Wayfair"), subject to the approval of the Court, that the time for Wayfair to move, answer or otherwise respond to the First Amended Complaint is hereby extended through and including August 13, 2012.

STAMOULIS & WEINBLATT LLC

/s/ Richard Charles Weinblatt
_____
Stamatios Stamoulis (#4606)
Richard Charles Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Select Retrieval LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com
*Attorneys for Wayfair LLC*

July 20, 2012
5998186

SO ORDERED this _____ day of July, 2012.

_____
United States District Judge