IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | |
| Plaintiff, | C.A. No. 11-812-LPS |
| v. | |
| AMERIMARK DIRECT LLC, *et al.*, | JURY TRIAL DEMANDED |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that effective immediately Lauren Murphy Pringle, of Fish & Richardson P.C., hereby withdraws her appearance on behalf of Defendants Oriental Trading Company, Inc., Tech For Less LLC, Tiffany & Co. and Hanover Direct, Inc. Fish & Richardson P.C. remains counsel of record for these Defendants and are not intended to be affected by this notice.

Dated: July 20, 2012

FISH & RICHARDSON P.C.

By: */s/ Susan M. Coletti*
William J. Marsden, Jr. (#2247)
Susan M. Coletti (#4690)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
(302) 652-5070
marsden@fr.com
coletti@fr.com

*Counsel for Defendants*
*Attorneys for Defendants Oriental Trading*
*Company, Inc., Tech For Less LLC*
*Tiffany & Co. and Hanover Direct, Inc.*