### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-812-RGA |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, attorney Paul C. Maier, formerly of Schiff Hardin LLP, 666 Fifth Avenue, Suite 1700, New York, NY 10103, hereby withdraws his appearance as counsel for Scholastic Corporation ("Defendant"). All other attorneys involved in the case from Schiff Hardin LLP and Potter Anderson & Corroon LLP continue to represent Defendant.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Brian D. Siff
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
Tel: (212) 745-0847

Dated: August 1, 2012
1069225 / 37313

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Scholastic Corporation*


**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 1, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 1, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Connie E. Merriett<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>cmerriett@farneydaniels.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Elizabeth Gardner<br>Matthew J. Faust<br>Kenyon & Kenyon LLP<br>One Broadway<br>New York, NY 10004<br>egardner@kenyon.com<br>MFaust@kenyon.com<br>*Attorneys for Defendant 1800Mattress.com* | George W. Rooney, Jr.<br>Roetzel & Andress<br>1375 E. 9th Street<br>One Cleveland Center - 9th Floor<br>Cleveland, OH 44114<br>grooney@ralaw.com<br>*Attorneys for Defendants American Greetings Corporation and CompSource, Inc.* |
| James C. Scott<br>Roetzel & Andress<br>1375 E. 9th Street<br>One Cleveland Center, 9th Floor<br>Cleveland, OH 44114<br>jscott@ralaw.com<br>*Attorneys for Defendants American Greetings Corporation and CompSource, Inc.* | Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Defendant AmeriMark Direct LLC* |

| | |
|---|---|
| Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Johnson@pepperlaw.com<br>mcmillan@pepperlaw.com<br>*Attorneys for Defendants BabyAge.com, Inc. and TABcom, LLC* | Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants B & H Foto & Electronics Corp., Barneys New York, Inc., Express, LLC, PetSmart, Inc., Ross-Simons of Warwick, Inc., Shoebuy.com and Wayfair LLC* |
| Aaron Stiefel<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022<br>(212) 836-8442<br>astiefel@kayescholer.com<br>*Attorneys for Defendants B & H Foto & Electronics Corp.* | Colin G. Cabral<br>Jared T. Kelly<br>Steven M. Bauer<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>ccabral@proskauer.com<br>jkelly@proskauer.com<br>sbauer@proskauer.com<br>*Attorneys for Defendant Barneys New York, Inc. and Shoebuy.com, Inc.* |
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE  19801<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendants Ann Inc., Buckle Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Dillard's, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), Green Mountain Coffee Roaster, Inc., Ice.com, and Skymall Inc.* | Robert L. Lee<br>Holly S. Hawkins<br>Alston & Bird<br>1201 West Peachtree Street<br>Atlanta, GA  30309<br>bob.lee@aslton.com<br>holly.hawkins@alston.com<br>*Attorneys for Defendants Ann Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc.,  Dillard's, Inc., Ice.com, and Skymall Inc.* |

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Dillard's, Inc., Ice.com, and Skymall Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Todd P. Blakely
Matthew R. Ellsworth
Bruce A. Kugler
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
tblakely@sheridanross.com
mellsworth@sheridanross.com
bkugler@sheridanross.com
*Attorneys for Defendant eBags, Inc.*

Michael A. Albert
Gerald B. Hrycyszyn
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
ghrycyszyn@wolfgreenfield.com
cloughran@wolfgreenfield.com
*Attorneys for Defendant Green Mountain Coffee Roasters, Inc.*

Eugene Chang
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

David M. Powlen
E. Rebecca Workman
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
david.powlen@btlaw.com
rebecca.workman@btlaw.com
*Attorneys for Defendant eBags, Inc.*

Thomas L. Duston
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
tduston@marshallip.com
*Attorneys for Defendant Express, LLC*

William J. Marsden, Jr.
Fish & Richardson P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19801
marsden@fr.com
*Attorneys for Defendants Hanover Direct, Inc., Oriental Trading Company, Inc. and Tech for Less, LLC*

Neil J. McNabnay
P. Weston Musselman, Jr.
Fish & Richardson P.C.
1717 Main Street, Ste. 5000
Dallas, TX  75201
mcnabnay@fr.com
musselman@fr.com
*Attorneys for Defendants Hanover Direct, Inc., Oriental Trading Company, Inc. and Tech for Less, LLC*

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE  19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jason S. Jackson
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
jason.jackson@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia Smink Rogowski
Alan R. Silverstein
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE  19899
progowski@cblh.com
asilverstein@cblh.com
*Attorneys for Defendant J & R Electronics Inc.*

David C. Bohrer
Confluence Law Partners
60 South Market Street, Suite 1400
San Jose, CA  9513-2396
dbohrer@confluencelaw.com
*Attorneys for Defendant J & R Electronics Inc.*

Pat Heptig
Heptig Law Group, Ltd.
1700 Pacific Ave., Suite 2650
Dallas, TX  75201
pheptig@heptiglaw.com
*Attorneys for Defendant J & R Electronics Inc.*

Patricia L. Enerio
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
penerio@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Liberty Media Corporation*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX  75201
tdurst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com
*Attorneys for Defendant Liberty Media Corporation*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc. and Liquidity Services, Inc.*

Jeffri A. Kaminski
Christopher T. La Testa
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
jakaminski@venable.com
ctlatesta@venable.com
*Attorneys for Defendant Liquidity Services, Inc.*

Kenneth Laurence Dorsney
Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Ave., Suite 1500
P. O. Box 2306
Wilmington, DE  19899-2306
kdorsney@morrisjames.com
mmatterer@morrisjames.com
rherrmann@morrisjames.com
*Attorneys for Defendants Macy's Inc. and Redcats USA, Inc.*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

| | |
|---|---|
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | Barry M. Klayman<br>Joseph J. Bellew<br>Cozen O'Connor<br>1201 N. Market Street, Ste.1400<br>Wilmington, DE  19801<br>bklayman@cozen.com<br>jbellow@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* |
| Julia S. Kim<br>Martin B. Pavane<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY  10172<br>jkim@cozen.com<br>mpavane@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* | Dan D. Davison<br>Fulbright & Jaworski, L.L.P.<br>220 Ross Avenue, Suite 2800<br>Dallas, TX  75201<br>ddavison@fulbright.com<br>*Attorneys for Defendant PetSmart, Inc.* |
| Richard S. Zembek<br>Fulbright & Jaworski, L.L.P.<br>Fulbright Tower<br>1301 McKinney, Suite 1500<br>Houston, TX  77010<br>rzembek@fulbright.com<br>*Attorneys for Defendant PetSmart, Inc.* | Matias Ferrario<br>Kilpatrick Townsend & Stockton LLP<br>1001 West Fourth Street<br>Winston Salem, NC  27101<br>mferrario@kilpatricktownsend.com<br>*Attorneys for Defendant Redcats USA, Inc.* |
| William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |

| | |
|---|---|
| Brian D. Siff<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>*Attorneys for Defendant Scholastic Corporation* | Carmella P. Keener<br>Rosenthal, Monhait & Goddess, P.A.<br>919 N. Market Street, Suite 1401<br>Citizens Bank Center<br>Wilmington, DE 19801<br>ckeener@rmgglaw.com<br>*Attorneys for Defendant Toolfetch, LLC* |
| Stephen Lowey<br>Sung-Min Lee<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-2310<br>slowey@lowey.com<br>slee@lowey.com<br>*Attorneys for Defendant Toolfetch, LLC* | Beth Moskow-Schnoll<br>Ballard Spahr LLP<br>919 North Market Street, 11th Fl.<br>Wilmington, DE 19801<br>moskowb@ballardspahr.com<br>*Attorneys for Defendant Under Armour, Inc.* |
| Harold C. Moore<br>Michael A. Swift<br>Maginot, Moore & Beck LLP<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis, IN 46204-5109<br>protect@maginot.com<br>*Attorneys for Defendant Under Armour, Inc.* | Gregory B. Williams<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899<br>gwilliams@foxrothschild.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |
| David E. Finkelson<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030<br>dfinkelson@mcguirewoods.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* | Joshua M. Dalton<br>Lawrence T. Stanley, Jr.<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>josh.dalton@bingham.com<br>lawrence.stanley@bingham.com<br>*Attorneys for Defendant Wayfair LLC* |

By:   */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

1028857 / 37313