IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 11-cv-812-RGA |
| AMERIMARK DIRECT, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between Plaintiff Select Retrieval, LLC and Defendant Shoebuy.com, Inc., through their undersigned counsel and subject to the approval of the Court, that the time for Select Retrieval, LLC to respond to Shoebuy.com, Inc.'s Motion to Dismiss or, in the Alternative, to Sever and Transfer Venue, in the above-captioned action, is hereby extended through and including August 13, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Jack B. Blumenfeld* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard Charles Weinblatt (#5080) | Julia Heaney (#3052) |
| Two Fox Point Centre | Jennifer Ying (#5550) |
| 6 Denny Road, Suite 307 | 1201 North Market Street |
| Wilmington, DE 19809 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| | jheaney@mnat.com |
| *Attorneys for Select Retrieval, LLC* | jying@mnat.com |
| | *Attorneys for Shoebuy.com Inc.* |

IT IS SO ORDERED this ____ day of August, 2012.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080