**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:11-cv-812-RGA |
| | § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**OF TECH FOR LESS LLC**

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to

Federal Rule of Civil Procedure 41(a)(1).   According to Rule 41(a)(1), an action may be

dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before

service by the adverse party of an answer.  Defendant Tech For Less LLC has not yet answered

the complaint.   Accordingly, Select Retrieval, LLC voluntarily dismisses Tech For Less LLC

with prejudice pursuant to Rule 41(a)(1).


Dated:  August 2, 2012                                    STAMOULIS & WEINBLATT LLC

                                                                         */s/ Richard C. Weinblatt*
Of Counsel:                                                  Stamatios Stamoulis #4606
                                                                                 stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)      Richard C. Weinblatt #5080
        sdaniels@farneydaniels.com                          weinblatt@swdelaw.com
Connie E. Merriett (admitted *pro hac vice*)    Two Fox Point Centre
        cmerriett@farneydaniels.com                6 Denny Road, Suite 307
Farney Daniels LLP                                         Wilmington, DE 19809
800 South Austin Avenue, Suite 200             Telephone:  (302) 999-1540
Georgetown, TX 78626
Telephone:  (512) 582-2828


                                                                 *Counsel for Plaintiff*
                                                                 *Select Retrieval, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080