IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) ) ) C.A. No. 11-812-RGA |
| v. | ) ) ) **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT LLC, *et al.*, | ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Bindu A. Palapura of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19801, as Delaware counsel on behalf of defendant American Greetings Corporation.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| George W. Rooney, Jr.<br>ROETZEL & ANDRESS<br>1375 E. 9th Street<br>One Cleveland Center - 9th Floor<br>Cleveland, OH 44114<br>Tel: (216) 623-0150 | By: /s/ Bindu A. Palapura<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| James C. Scott<br>Amanda M. Knapp<br>ROETZEL & ANDRESS<br>1375 E. 9th Street<br>One Cleveland Center - 9th Floor<br>Cleveland, OH 44114<br>Tel: (216) 623-0150 | *Attorneys for Defendant*<br>*American Greetings Corporation* |

Dated: August 9, 2012
1070276 / 38593

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on August 9, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 9, 2012, the attached document was Electronically Mailed to the following person(s):

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Connie E. Merriett
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
cmerriett@farneydaniels.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Elizabeth Gardner
Matthew J. Faust
Kenyon & Kenyon LLP
One Broadway
New York, NY 10004
egardner@kenyon.com
MFaust@kenyon.com
*Attorneys for Defendant 1800Mattress.com*

George W. Rooney, Jr.
Roetzel & Andress
1375 E. 9th Street
One Cleveland Center - 9th Floor
Cleveland, OH 44114
grooney@ralaw.com
*Attorneys for Defendants American Greetings Corporation and CompSource, Inc.*

James C. Scott
Roetzel & Andress
1375 E. 9th Street
One Cleveland Center, 9th Floor
Cleveland, OH 44114
jscott@ralaw.com
*Attorneys for Defendants American Greetings Corporation and CompSource, Inc.*

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Defendant AmeriMark Direct LLC*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Johnson@pepperlaw.com
mcmillan@pepperlaw.com
*Attorneys for Defendants BabyAge.com, Inc. and TABcom, LLC*

Aaron Stiefel
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8442
astiefel@kayescholer.com
*Attorneys for Defendants B & H Foto & Electronics Corp.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Buckle Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Dillard's, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), Green Mountain Coffee Roaster, Inc., Ice.com, and Skymall Inc.*

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants B & H Foto & Electronics Corp., Barneys New York, Inc., Express, LLC, PetSmart, Inc., Ross-Simons of Warwick, Inc., Shoebuy.com and Wayfair LLC*

Colin G. Cabral
Jared T. Kelly
Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110
ccabral@proskauer.com
jkelly@proskauer.com
sbauer@proskauer.com
*Attorneys for Defendant Barneys New York, Inc. and Shoebuy.com, Inc.*

Robert L. Lee
Holly S. Hawkins
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
bob.lee@aslton.com
holly.hawkins@alston.com
*Attorneys for Defendants Ann Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Dillard's, Inc., Ice.com, and Skymall Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Bluefly, Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Dillard's, Inc., Ice.com, and Skymall Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon-leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Todd P. Blakely
Matthew R. Ellsworth
Bruce A. Kugler
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
tblakely@sheridanross.com
mellsworth@sheridanross.com
bkugler@sheridanross.com
*Attorneys for Defendant eBags, Inc.*

Michael A. Albert
Gerald B. Hrycyszyn
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
ghrycyszyn@wolfgreenfield.com
cloughran@wolfgreenfield.com
*Attorneys for Defendant Green Mountain Coffee Roasters, Inc.*

Eugene Chang
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

David M. Powlen
E. Rebecca Workman
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
david.powlen@btlaw.com
rebecca.workman@btlaw.com
*Attorneys for Defendant eBags, Inc.*

Thomas L. Duston
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606
tduston@marshallip.com
*Attorneys for Defendant Express, LLC*

William J. Marsden, Jr.
Fish & Richardson P.C.
222 Delaware Avenue, 17th Fl.
P.O. Box 1114
Wilmington, DE 19801
marsden@fr.com
*Attorneys for Defendants Hanover Direct, Inc., Oriental Trading Company, Inc.*

3

Neil J. McNabnay
P. Weston Musselman, Jr.
Fish & Richardson P.C.
1717 Main Street, Ste. 5000
Dallas, TX 75201
mcnabnay@fr.com
musselman@fr.com
*Attorneys for Defendants Hanover Direct, Inc and, Oriental Trading Company, Inc.*

Jason S. Jackson
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

David C. Bohrer
Confluence Law Partners
60 South Market Street, Suite 1400
San Jose, CA 9513-2396
dbohrer@confluencelaw.com
*Attorneys for Defendant J & R Electronics Inc.*

Patricia L. Enerio
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
penerio@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE 19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia Smink Rogowski
Alan R. Silverstein
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
progowski@cblh.com
asilverstein@cblh.com
*Attorneys for Defendant J & R Electronics Inc.*

Pat Heptig
Heptig Law Group, Ltd.
1700 Pacific Ave., Suite 2650
Dallas, TX 75201
pheptig@heptiglaw.com
*Attorneys for Defendant J & R Electronics Inc.*

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Liberty Media Corporation*

| | |
|---|---|
| Timothy S. Durst<br>Matthew Colagrosso<br>Keith Willis<br>Baker Botts, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>tdurst@bakerbotts.com<br>matthew.colagrosso@bakerbotts.com<br>keith.willis@bakerbotts.com<br>*Attorneys for Defendant Liberty Media Corporation* | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>mgraham@mnat.com<br>*Attorneys for Defendants CPA2BIZ, Inc. and Liquidity Services, Inc.* |
| Jeffri A. Kaminski<br>Christopher T. La Testa<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC  20004-1601<br>jakaminski@venable.com<br>ctlatesta@venable.com<br>*Attorneys for Defendant Liquidity Services, Inc.* | Kenneth Laurence Dorsney<br>Mary B. Matterer<br>Richard K. Herrmann<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>P. O. Box 2306<br>Wilmington, DE  19899-2306<br>kdorsney@morrisjames.com<br>mmatterer@morrisjames.com<br>rherrmann@morrisjames.com<br>*Attorneys for Defendants Macy's Inc. and Redcats USA, Inc.* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY 10172
jkim@cozen.com
mpavane@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Richard S. Zembek
Fulbright & Jaworski, L.L.P.
Fulbright Tower
1301 McKinney, Suite 1500
Houston, TX 77010
rzembek@fulbright.com
*Attorneys for Defendant PetSmart, Inc.*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE 19801
bklayman@cozen.com
jbellow@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Dan D. Davison
Fulbright & Jaworski, L.L.P.
220 Ross Avenue, Suite 2800
Dallas, TX 75201
ddavison@fulbright.com
*Attorneys for Defendant PetSmart, Inc.*

Matias Ferrario
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Winston Salem, NC 27101
mferrario@kilpatricktownsend.com
*Attorneys for Defendant Redcats USA, Inc.*

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
scarlotti@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

Stephen Lowey
Sung-Min Lee
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
slowey@lowey.com
slee@lowey.com
*Attorneys for Defendant Toolfetch, LLC*

Harold C. Moore
Michael A. Swift
Maginot, Moore & Beck LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN 46204-5109
protect@maginot.com
*Attorneys for Defendant Under Armour, Inc.*

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
ckeener@rmgglaw.com
*Attorneys for Defendant Toolfetch, LLC*

Beth Moskow-Schnoll
Ballard Spahr LLP
919 North Market Street, 11th Fl.
Wilmington, DE 19801
moskowb@ballardspahr.com
*Attorneys for Defendant Under Armour, Inc.*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

Joshua M. Dalton
Lawrence T. Stanley, Jr.
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726
josh.dalton@bingham.com
lawrence.stanley@bingham.com
*Attorneys for Defendant Wayfair LLC*

By:   */s/ Bindu A. Palapura*
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      Tel: (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1028857 / 37313