IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMENDED COMPLAINT**

IT IS HEREBY stipulated by plaintiff Select Retrieval, LLC and defendant Liquidity Services, Inc., subject to the approval of the Court, that the time for Liquidity Services, Inc. to move, answer or otherwise respond to the First Amended Complaint (D.I. 28) is extended to August 20, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Mary B. Graham* |
| Stamatios Stamoulis (#4606) | Mary B. Graham (#2256) |
| Richard C. Weinblatt (#5080) | 1201 N. Market Street |
| Two Fox Point Centre | P.O. Box 1347 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19809 | (302) 658-9200 |
| (302) 999-1540 | mgraham@mnat.com |
| stamoulis@swdelaw.com | *Attorneys for Liquidity Services, Inc.* |
| weinblatt@swdelaw.com | |
| *Attorneys for Select Retrieval, LLC* | |

August 14, 2012

SO ORDERED this ___ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

6227997