IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-812-RGA |
| | : | |
| AMERIMARK DIRECT LLC, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on behalf of Defendant Karmaloop, Inc.

PROCTOR HEYMAN LLP

*/s/ Meghan A. Adams*
Patricia L. Enerio (# 3728)
E-mail: penerio@proctorheyman.com
Meghan A. Adams (# 4981)
E-mail: madams@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Karmaloop, Inc.

Dated: August 15, 2012