# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § § | Civil Action No. 1:11-cv-00812-RGA  **JURY TRIAL REQUESTED** |
| v. | § § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § § | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF** |
| Defendants. | § | **WAYFAIR LLC** |

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Wayfair LLC has not yet answered the complaint. Accordingly, Select Retrieval, LLC voluntarily dismisses Wayfair LLC with prejudice pursuant to Rule 41(a)(1).

Dated: August 17, 2012	STAMOULIS & WEINBLATT LLC

	 */s/ Richard C. Weinblatt*
Of Counsel:	Stamatios Stamoulis #4606
	stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)	Richard C. Weinblatt #5080
sdaniels@farneydaniels.com	weinblatt@swdelaw.com
Connie E. Merriett (admitted *pro hac vice*)	Two Fox Point Centre
cmerriett@farneydaniels.com	6 Denny Road, Suite 307
Farney Daniels LLP	Wilmington, DE 19809
800 South Austin Avenue, Suite 200	Telephone:  (302) 999-1540
Georgetown, TX 78626
Telephone:  (512) 582-2828


	*Counsel for Plaintiff*
	*Select Retrieval, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 17, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                */s/ Richard C. Weinblatt*
                                                Richard C. Weinblatt #5080