IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of attorney Christopher P. Broderick of Orrick, Herrington and Sutcliffe, LLP to represent CPA2Biz, Inc. in this matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney will be submitted to the Clerk's office with this motion.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
   *Attorneys for CPA2Biz, Inc.*

OF COUNSEL:

Eugene L. Chang
Robert G. Kofsky
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

August 21, 2012

SO ORDERED this ___ day of _____, 2012.

6278768

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Christopher P. Broderick, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: August 21, 2012

Christopher P. Broderick
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
(213) 612-2414
cbroderick@orrick.com

6278826.1