IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-812-RGA |
| v. | ) | |
| | ) | |
| AMERIMARK DIRECT, LLC et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

*pro hac vice* of Christopher W. Henry to represent the defendant Green Mountain Coffee

Roasters, Inc. in this matter.  Pursuant to this Court's Standing Order effective July 23, 2009,

payment will be submitted following the filing of this motion.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____

John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Green Mountain*
*Coffee Roasters, Inc.*

Dated:  August 23, 2012

{00663450;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SELECT RETRIEVAL, LLC,                    )
                                          )
                Plaintiff,                )
                                          )        C.A. No. 11-812-RGA
        v.                                )
                                          )
AMERIMARK DIRECT, LLC et al.,             )
                                          )
                Defendants.               )

## **ORDER**

This _____ day of _____, 2012, the Court having considered the motion for the

admission *pro hac vice* of Christopher W. Henry to represent the defendant Green Mountain

Coffee Roasters, Inc. in the above action; now therefore,

        IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing

attorneys are admitted *pro hac vice*.


                                    _____
                                    United States District Judge

{00663450;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:11-cv-00812-RGA |
| AMERIMARK DIRECT LLC, *et al.* | |
| Defendants. | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Christopher W. Henry, Esquire, certify that I am eligible

for admission to this Court, am admitted, practicing and in good standing as a member of the Bar

of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the

disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or

course of this action.  I also certify I am generally familiar with this Court's Local Rules.  In

accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify

the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, this

payment will be submitted to the Clerk's office upon the filing of this motion.

Christopher W. Henry
chenry@wolfgreenfield.com
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
Tel.: 617-646-8000
Fax.: 617-646-8646

Dated:  August 22, 2012

2795062.1