IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, <br><br>*Plaintiff* <br><br> vs. <br><br> AMERIMARK DIRECT LLC., *et al.* <br><br> *Defendants.* | Civil Action No. 1:11-cv-00812-LPS <br><br> DEMAND FOR JURY TRIAL |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of James M. Sulentic, Esquire, to represent Hayneedle, Inc. in this matter.

Signed: _____
Nicholas E. Skiles, Esquire, (DE I.D. #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1130
Wilmington, DE 19899
(302) 656-5935
Attorney for Defendant, Hayneedle, Inc.
Date: 8/27/12

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Nebraska and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid [ ] to the clerk of

Court, or, if not paid previously, the fee payment will be submitted [X] to the Clerk's Office upon the filing of this motion.

Signed: _____
Date: 8-24-2012

James M. Sulentic, Nebraska Bar No. 19610
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000