**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | Civil Action No. 1:11-cv-00812-RGA |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | **NOTICE OF SERVICE** |
| | § | |
| Defendants. | § | |

PLEASE TAKE NOTICE THAT on August 27, 2012, copies of PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON INTERROGATORIES NOS. 1 – 6 TO DEFENDANTS and PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION (NOS. 1 – 65) TO DEFENDANTS were caused to be served upon the following counsel of record for defendants by electronic mail:

Richard D. Kirk
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Stephen B Brauerman
Bayard, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Aaron Stiefel
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
(212) 836-8442

Edmond D. Johnson
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

James G. McMillan, III
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Holly S. Hawkins
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

Tiffany Geyer Lydon
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Jeremy Alexander Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Bindu A. Palapura
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Jared B. Briant
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Robert L. Lee
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309

William H. Baker
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016

Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

David E. Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

Natalie Hanlon-Leh
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Bruce A. Kugler
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

Todd P. Blakely
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

Matthew R. Ellsworth
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

David M. Powlen
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Kevin G. Collins
Barnes & Thornburg LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801

Michael A. Albert
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

Gerald B. Hrycyszyn
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

Chelsea A. Loughran
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

William J. Marsden, Jr.
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

Susan M. Coletti
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue
Suite 1410
P.O. Box 330
Wilmington, DE 19801

John Legare Williams
The Williams Law Firm. P.A.
One Commerce Center, Suite 600
1201 N. Orange Street
Wilmington, DE 19801

Brian Charles Crawford
The Williams Law Firm. P.A.
One Commerce Center, Suite 600
1201 N. Orange Street
Wilmington, DE 19801

John M. Weyrauch
DICKE, BILLIG & CZAJA, PLLC
100 South Fifth Street, Suite 2250
Minneapolis, MN 55402

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

David C. Bohrer
CONFLUENCE LAW PARTNERS
60 South Market Street, Suite 1400
San Jose, CA 95113-2396

Alan R. Silverstein
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

J. Pat Heptig
Heptig Law Group, Ltd.
1700 Pacific Ave.
Suite 2650
Dallas, TX 75201

Merton E. Thompson
BURNES & LEVINSON LLP
125 Summer Street
Boston, MA 02110

Philip A. Rovner
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Keith Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Timothy S. Durst
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Kent E. Bauldauf
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222

James J. Bosco
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222

Karen L. Pascale
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Patricia L. Enerio
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

Jonathan A. Choa
POTTER ANDERSON & CORROON LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899

Matthew Colagrosso
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201

Kenneth Laurence Dorsney
Morris James LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222

Neil J. McNabnay
FISH &RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

James L. Higgins
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

Barry M. Klayman
COZEN O'CONNOR
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801

Joseph J. Bellew
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Elizabeth Rui He
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Aaron W. Moore
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610

Mary B. Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Brian D. Siff
SCHIFF HARDIN LLP
666 Fifth Avenue
Suite 1700
New York, NY 10103

Steven M. Bauer
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110

Julia S. Kim
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172

Martin B. Pavane
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172

Frederick L. Cottrell, III
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

Richard K. Herrmann
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Matias Ferrario
KILPATRICK TOWNSEND &STOCKTON
LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400

Jared T. Kelly
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
Mellon Bank Center, Suite 1401
P.O. Box 1070
919 Market Street
Wilmington, DE 19899-1070

Stephen Lowey
LOWEY DANNENBERG COHEN &HART
P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Gregory B. Williams
Fox Rothschild LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

Christopher W. Henry
WOLF GREENFIELD &SACKS PC
600 Atlantic Avenue
Boston, MA 02210-2206

Christopher P. Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855

Sung-Min Lee
LOWEY DANNENBERG COHEN &HART
P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219

Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110

Beth Moskow-Schnoll
BALLARD SPAHR LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034


Dated:  August 27, 2012


Of Counsel:

Steven R. Daniels (admitted *pro hac vice*)
    sdaniels@farneydaniels.com
Connie E. Merriett (admitted *pro hac vice*)
    cmerriett@farneydaniels.com
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, TX 78626
Telephone:  (512) 582-2828

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540


*Counsel for Plaintiff*
*Select Retrieval, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 27, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

<u>*/s/ Richard C. Weinblatt*</u>
Richard C. Weinblatt #5080