# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | Civil Action No. 1:11-cv-00812-RGA |
| Plaintiff, | § § | |
| | § | **JURY TRIAL REQUESTED** |
| v. | § § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | **NOTICE OF SERVICE** |
| | § § | |
| Defendants. | § | |

PLEASE TAKE NOTICE THAT on August 29, 2012, copies of PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION (NOS. 1 – 65) TO AMERICAN GREETINGS CORPORATION and PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON INTERROGATORIES NOS. 1 – 6 TO AMERICAN GREETINGS CORPORATION, were caused to be served upon the following counsel of record for defendant by electronic mail:

Amanda M. Knapp
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th floor
Cleveland, OH 44114

David Ellis Moore
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

James C. Scott
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th floor
Cleveland, OH 44114

Bindu Ann George Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

George W. Rooney
ROETZEL & ANDRESS
222 South Main Street
Akron, OH 44308

| | |
|---|---|
| Dated: August 30, 2012 | STAMOULIS & WEINBLATT LLC |
| | |
| |   /s/ Richard C. Weinblatt   |
| Of Counsel: | Stamatios Stamoulis #4606 |
| |     stamoulis@swdelaw.com |
| Steven R. Daniels (admitted *pro hac vice*) | Richard C. Weinblatt #5080 |
|     sdaniels@farneydaniels.com |     weinblatt@swdelaw.com |
| Connie E. Merriett (admitted *pro hac vice*) | Two Fox Point Centre |
|     cmerriett@farneydaniels.com | 6 Denny Road, Suite 307 |
| Farney Daniels LLP | Wilmington, DE 19809 |
| 800 South Austin Avenue, Suite 200 | Telephone: (302) 999-1540 |
| Georgetown, TX 78626 | |
| Telephone: (512) 582-2828 | |
| | |
| | *Counsel for Plaintiff* |
| | *Select Retrieval, LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2012, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Richard C. Weinblatt
Richard C. Weinblatt #5080