IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**<u>FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kimberly A. Mottley of PROSKAUER ROSE LLP, One International Place, Boston, MA 02110 to represent defendant Shoebuy.com, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com
*Attorneys for Shoebuy.com Inc.*

OF COUNSEL:

Steven Bauer
Jared T. Kelly
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600

September 5, 2012
6368014

SO ORDERED this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective July 23, 2009, I further certify that the annual fee of $25.00 has been submitted to the Clerk's Office.

September 4, 2012

                                                    /s/ Kimberly A. Mottley
Kimberly A. Mottley
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
kmottley@proskauer.com
Telephone:   (617) 526-9600
Facsimile:    (617) 526-9899

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on September 5, 2012 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Connie E. Merriett<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>cmerriett@farneydaniels.com |
| *Attorneys for Barneys New York Inc., Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

| | |
|---|---|
| *Attorneys for Barneys New York Inc.* | Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for B&H Foto & Electronics Corp.* | Jack B. Blumenfeld<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com |
| *Attorneys for B & H Foto & Electronics Corp.* | Aaron Stiefel<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY  10022<br>(212) 836-8442<br>astiefel@kayescholer.com |
| *Attorneys for CPA2BIZ, Inc. and Liquidity Services Inc.* | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |

| | |
|---|---|
| *Attorneys for CPA2BIZ, Inc.* | Eugene Chang<br>WILKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>(212) 728-8000<br>(212) 728-8111<br>echang@wilkie.com<br><br>Christopher P. Broderick<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com |
| *Attorneys for Liquidity Services Inc.* | Jeffri A. Kaminski<br>VENABLE LLP<br>575 7th Street, NW<br>Washington, D.C. 20004<br>(202) 344-4048<br>jakaminski@venable.com<br><br>Christopher T. La Testa<br>VENABLE LLP<br>750 E. Pratt Street<br>Baltimore, MD  21202<br>(410) 244-7400<br>ctlatesta@venable.com |
| *Attorneys for 1800Mattress.com, LLC, American Greetings Corporation, CompSource, Inc., Crocs Inc. and Scholastic Corporation* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |

| | |
|---|---|
| *Attorneys for 1800Mattress.com, LLC* | Elizabeth Gardner<br>Matthew J. Faust<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY  10004<br>(212) 908-6237<br>egardner@kenyon.com<br>mfaust@kenyon.com |
| *Attorneys for American Greetings Corporation and CompSource, Inc.* | George W. Rooney<br>ROETZEL & ANDRESS<br>222 South Main Street<br>Akron, OH 44308<br>(330) 376-2700<br>grooney@ralaw.com<br><br>James C. Scott<br>ROETZEL & ANDRESS<br>1375 E. 9th Street<br>One Cleveland Center, 9th Floor<br>Cleveland, OH 44114<br>(216) 623-0150<br>jscott@ralaw.com |
| *Attorneys for Crocs Inc.* | Natalie Hanlon-Leh<br>Jared B. Briant<br>FAEGRE BAKER DANIELS<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>natalie.hanlonleh@faegrebd.com<br>jared.briant@faegrebd.com |
| *Attorneys for Scholastic Corporation* | Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com |

| | |
|---|---|
| *Attorneys for Amerimark Direct LLC* | Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com |
| *Attorneys for Babyage.com Inc. and Tabcom, LLC* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com |
| *Attorneys for Ann Inc., Buckle Inc., Bluefly Inc., Brown Shoe Company Inc., Charming Shoppes Inc., Dillard's Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), Green Mountain Coffee Roasters Inc., Ice.com Inc. and Skymall Inc.* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |

| | |
|---|---|
| *Attorneys for Bluefly Inc., Brown Shoe Company Inc., Charming Shoppes Inc., Dillard's Inc. and Ice.com* | Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON & BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br><br>William H. Baker<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com |
| *Attorneys for Green Mountain Coffee Roasters Inc.* | Michael A. Albert<br>Chelsea A. Loughran<br>Gerald B. Hrycyszyn<br>Christopher W. Henry<br>WOLF GREENFIELD & SACKS PC<br>600 Atlantic Avenue<br>Boston, MA  02210-2206<br>(617) 646-8000<br>malbert@wolfgreenfield.com<br>chelsea.loughran@wolfgreenfield.com<br>gerald.hrycyszyn@wolfgreenfield.com<br>chenry@wolfgreenfield.com |
| *Attorneys for eBags, Inc.* | David M. Powlen<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 888-0301<br>david.powlen@btlaw.com |

| | |
|---|---|
| *Attorneys for eBags, Inc.* | Todd P. Blakely |
| | Matthew R. Ellsworth |
| | Bruce A. Kugler |
| | SHERIDAN ROSS P.C. |
| | 1560 Broadway, Suite 1200 |
| | Denver, CO  80202 |
| | (303) 863-9700 |
| | tblakely@sheridanross.com |
| | mellsworth@sheridanross.com |
| | bkugler@sheridanross.com |
| | |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III |
| | Elizabeth Rui He |
| | RICHARDS, LAYTON & FINGER, PA |
| | One Rodney Square |
| | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 658-6541 |
| | cottrell@rlf.com |
| | he@rlf.com |
| | |
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie |
| | Aaron Moore |
| | FOLEY & LARDNER LLP |
| | 111 Huntington Avenue |
| | Suite 2600 |
| | Boston, MA 02199-7610 |
| | (617) 342-4000 |
| | mlowrie@foley.com |
| | amoore@foley.com |
| | |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles |
| | SWARTZ CAMPBELL LLC |
| | 300 Delaware Avenue, Suite 1410 |
| | P.O. Box 330 |
| | Wilmington, DE  19801 |
| | (302) 656-5935 |
| | nskiles@swartzcampbell.com |

| | |
|---|---|
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson<br>James M. Sulentic<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>(402) 346-6000<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com |
| *Attorneys for J & R Electronics Inc.* | Patricia Smink Rogowski<br>Alan Richard Silverstein<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>progowski@cblh.com<br>asilverstein@cblh.com |
| *Attorneys for J & R Electronics Inc.* | David C. Bohrer<br>Jessie J. Ho<br>Jackie Lara<br>CONFLUENCE LAW PARTNERS<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113<br>(408) 938-3882<br>dbohrer@confluencelaw.com<br>jho@confluencelaw.com<br>jlara@confluencelaw.com<br><br>J. Pat Heptig<br>HEPTIG LAW GROUP, LTD.<br>1700 Pacific Avenue, Suite 2650<br>Dallas, TX 75201<br>(214) 451-2154<br>pheptig@heptiglaw.com |

*Attorneys for Karmaloop Inc.*

Patricia L. Enerio
Meghan Adams
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
penerio@proctorheyman.com
madams@proctorheyman.com

*Attorneys for Karmaloop Inc.*

Merton E. Thompson IV
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000
mthompson@burnslev.com
acapachietti@burnslev.com

*Attorneys for Liberty Interactive Corp.*

Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Liberty Interactive Corp.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(214) 953-6500
tim.durst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com

| | |
|---|---|
| *Attorneys for Macy's Inc. and Redcats USA Inc.* | Richard K. Herrmann<br>Mary B. Matterer<br>Kenneth L. Dorsney<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, DE 19899-2306<br>(302) 888-6855<br>rherrmann@morrisjames.com<br>mmatterer@morrisjames.com<br>kdorsney@morrisjames.com |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr.<br>James Bosco<br>Bryan P. Clark<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Fort Duquesne, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufjr@webblaw.com<br>jbosco@webblaw.com<br>bclark@webblaw.com |
| *Attorneys for Redcats USA Inc.* | Matias Ferrario<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>(336) 607-7475<br>mferrario@kilpatricktownsend.com |
| *Attorneys for Hanover Direct Inc. and Oriental Trading Company Inc.* | William J. Marsden<br>FISH & RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 778-8474<br>marsden@fr.com |
| *Attorneys for Hanover Direct Inc. and Oriental Trading Company Inc.* | Neil J. McNabnay<br>Wes Musselman<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>mcnabnay@fr.com<br>musselman@fr.com |

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |

| | |
|---|---|
| *Attorneys for ToolFetch, LLC* | Carmella P. Keener<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE  19801<br>(302) 656-4433<br>ckeener @rmgglaw.com |
| *Attorneys for ToolFetch, LLC* | Stephen Lowey<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| *Attorneys for Under Armour Inc.* | Beth Moskow-Schnoll<br>BALLARD SPAHR LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801-3034<br>(302) 252-4465<br>moskowschnollb@ballardspahr.com |
| *Attorneys for Under Armour Inc.* | Harold C. Moore<br>Michael A. Swift<br>MAGINOT, MOORE & BECK LLP<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis, IN 46204<br>(317) 638-2922<br>hcmoore@maginot.com<br>maswift@maginot.com |
| *Attorneys for Wal-Mart Stores Inc.* | Gregory B. Williams<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Ste 1300<br>Wilmington, DE  19801<br>(302) 622-4211<br>gwilliams@foxrothschild.com |

| | |
|---|---|
| *Attorneys for Wal-Mart Stores Inc.* | Derek Swanson<br>David E. Finkelson<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA  23219<br>(804) 775-1157<br>dswanson@mcguirewoods.com<br>dfinkelson@mcguirewoods.com |
| *Attorneys for J & P Cycles LLC* | John Legare Williams<br>Brian C. Crawford<br>THE WILLIAMS LAW FIRM P.A.<br>One Commerce Center, Suite 600<br>1201 N. Orange Street<br>Wilmington, DE 19801<br>302-563-0548<br>john@trustwilliams.com<br>brian@trustwilliams.com |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)