## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

SELECT RETRIEVAL, LLC,           )
                                 )
            Plaintiff,           )        C.A. No. 11-812-RGA
                                 )
      v.                         )
                                 )        **JURY TRIAL DEMANDED**
AMERIMARK DIRECT LLC, et al.,    )
                                 )
            Defendants.          )

## STIPULATION OF DISMISSAL OF 1800MATTRESS.COM, LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant 1800Mattress.com, LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

STAMOULIS & WEINBLAT LLC                    POTTER ANDERSON & CORROON LLP


By: */s/ Stamatious Stamoulis*_____        By:  */s/ David E. Moore*_____
    Stamatious Stamoulis (#4606)                 Richard L. Horwitz (#2246)
    Richard C. Weinblatt (#5080)                 David E. Moore (#3983)
    STAMOULIS & WEINBLAT LLC                      Bindu A. Palapura (#5370)
    Two Fox Point Centre                         Hercules Plaza, 6th Floor
    6 Denny Road, Suite 307                      1313 N. Market Street
    Wilmington, DE 19809                         Wilmington, DE  19801
    (302) 999-1540                               Tel:  (302) 984-6000
    Email: stamoulis@swdelaw.com                 rhorwitz@potteranderson.com
    Email: weinblatt@swdelaw.com                 dmoore@potteranderson.com
                                                 bpalapura@potteranderson.com


    *Attorneys for Plaintiff*                    *Attorneys for Defendant*
    *Select Retrieval, LLC*                      *1800Mattress.com, LLC*

Dated:  September 6, 2012
1073822 / 37313