# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § | Civil Action No. 1:11-cv-00812-RGA |
| | § § | |
| v. | § | |
| | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER OF DISMISSAL OF
## SHOEBUY.COM, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Shoebuy.com, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 7, 2012.                                                    Respectfully submitted,

| | |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Julia Heaney* |
| Stamatious Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Julia Heaney (#3052) |
| STAMOULIS & WEINBLAT LLC | Jennifer Ying (#5550) |
| Two Fox Point Centre | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| 6 Denny Road, Suite 307 | 1201 North Market Street |
| Wilmington, DE 19809 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| Email: stamoulis@swdelaw.com | (302) 658-9200 |
| Email: weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| ***Attorneys for Plaintiff Select Retrieval, LLC*** | jheaney@mnat.com |
| | jying@mnat.com |
| | ***Attorneys for Defendant Shoebuy.com, Inc.*** |

SO ORDERED on this ___ day of September, 2012

                                                                                    _____
                                                                                       United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

>   */s/ Richard C. Weinblatt*
>   Richard C. Weinblatt #5080