IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER OF DISMISSAL OF SHOEBUY.COM, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Shoebuy.com, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 7, 2012.  Respectfully submitted,

/s/ Richard C. Weinblatt
Stamatious Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLAT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jennifer Ying (#5550)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com
*Attorneys for Defendant Shoebuy.com, Inc.*

SO ORDERED on this 10th day of September, 2012

_____
United States District Judge

1