IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| v. | ) **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT LLC, et al., | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL OF 1800MATTRESS.COM, LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant 1800Mattress.com, LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| STAMOULIS & WEINBLAT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Stamatious Stamoulis* | By: */s/ David E. Moore* |
| Stamatious Stamoulis (#4606) | Richard L. Horwitz (#2246) |
| Richard C. Weinblatt (#5080) | David E. Moore (#3983) |
| STAMOULIS & WEINBLAT LLC | Bindu A. Palapura (#5370) |
| Two Fox Point Centre | Hercules Plaza, 6th Floor |
| 6 Denny Road, Suite 307 | 1313 N. Market Street |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | Tel: (302) 984-6000 |
| Email: stamoulis@swdelaw.com | rhorwitz@potteranderson.com |
| Email: weinblatt@swdelaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Select Retrieval, LLC* | *1800Mattress.com, LLC* |

Dated: September 6, 2012
1073822 / 37313

So ordered this 10th day of September 2012.

*/s/ Richard G. Andrews*
United States District Judge