IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § | |
| § | |
| Plaintiff, § | Civil Action No. 1:11-cv-00812-RGA |
| § | |
| v. § | |
| § | |
| AMERIMARK DIRECT, LLC, et al., § | |
| § | **JURY TRIAL REQUESTED** |
| Defendants. § | |

## STIPULATION OF DISMISSAL OF COMPSOURCE, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant CompSource, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: September 11, 2012.

Respectfully submitted,

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
Email: rhorwitz@potteranderson.com
Email: dmoore@potteranderson.com

*Attorneys for Defendant*
*CompSource, Inc.*

/s/ Richard C. Weinblatt
Stamatious Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLAT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

So Ordered this 12th day of September 2012.

_Richard G. Andrews_
United States District Judge