# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> AMERIMARK DIRECT, LLC, *et al.*, § <br> § <br> Defendants. § | Civil Action No. 1:11-cv-00812-RGA <br><br> **JURY TRIAL REQUESTED** |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that the appearance of Connie E. Merriett for Plaintiff Select Retrieval, LLC is hereby withdrawn. Select Retrieval, LLC continues to be represented by the law firms of Stamoulis & Weinblatt LLC and Farney Daniels LLP.

Dated: September 13, 2012

Of Counsel:

Steven R. Daniels (admitted *pro hac vice*)
 sdaniels@farneydaniels.com
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
 stamoulis@swdelaw.com
Richard C. Weinblatt #5080
 weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Counsel for Plaintiff*
*Select Retrieval, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2012, I electronically filed the above document(s) with the Clark of the Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ *Richard C. Weinblatt*
Richard C. Weinblatt #5080