# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION AND ORDER

COME NOW, Plaintiff and Defendants stating that the parties continue to negotiate the provisions of a proposed Protective Order; AND

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants, through their undersigned counsel and subject to the approval of the Court, that the time for the parties to submit a proposed Protective Order pursuant to Paragraph 4 of the Scheduling Order entered August 27, 2012 (D.I. 385) is extended through and including September 24, 2012.

Dated: September 17, 2012.

Steven R. Daniels
FARNEY DANIELS, LLP
800 South Austin Avenue, Suite 200
Georgetown, Texas 78626
(512) 582-2828
sdaniels@farneydaniels.com

*Of Counsel for Plaintiff*
*Select Retrieval, LLC*

Respectfully submitted,

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

| | |
|---|---|
| Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com<br><br>***Of Counsel for Defendant***<br>***Barneys New York Inc.***<br><br>William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com<br><br>***Of Counsel for Defendant***<br>***Ross-Simons of Warwick, Inc.***<br><br>Aaron Stiefel<br>KAYE SCHOLER LLP<br>425 Park Avenue<br>New York, NY 10022<br>(212) 836-842<br>astiefel@kayescholer.com<br><br>***Of Counsel for Defendant***<br>***B & H Foto & Electronics Corp.*** | */s/ Julia Heaney*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Jennifer Ying (#5550)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com<br><br>***Attorneys for Defendants***<br>***Barneys New York Inc., B & H Foto &***<br>***Electronics Corp., Staples Inc.***<br>***and Ross-Simons of Warwick, Inc.*** |

Eugene Chang
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
(212) 728-8000
(212) 728-8111
echang@wilkie.com

*Of Counsel for Defendant*
*CPA2BIZ, Inc.*

Christopher P. Broderick
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
(213) 612-2414
cbroderick@orrick.com

*Of Counsel for Defendant*
*CPA2BIZ, Inc.*

Jeffri A. Kaminski
VENABLE LLP
575 7th Street, NW
Washington, D.C. 20004
(202) 344-4048
jakaminski@venable.com

Christopher T. La Testa
VENABLE LLP
750 E. Pratt Street
Baltimore, MD 21202
(410) 244-7400
ctlatesta@venable.com

*Of Counsel for Defendant*
*Liquidity Services, Inc.*

*/s/ Mary B. Graham*
Mary B. Graham (#2256)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com

*Attorneys for Defendants*
*CPA2BIZ, Inc. and Liquidity Services, Inc.*

George W. Rooney
ROETZEL & ANDRESS
222 South Main Street
Akron, OH 44308
(330) 376-2700
grooney@ralaw.com

James C. Scott
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th Floor
Cleveland, OH 44114
(216) 623-0150
jscott@ralaw.com

*Of Counsel for Defendant*
*American Greetings Corporation*

Natalie Hanlon-Leh
Jared B. Briant
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
(303) 607-3500
natalie.hanlonleh@faegrebd.com
jared.briant@faegrebd.com

*Of Counsel for Defendant*
*Crocs Inc.*

Brian D. Siff
Gina M. Bassi
SCHIFF HARDIN LLP
666 Fifth Avenue
Suite 1700
New York, NY 10103
(212) 745-0847
(212) 745-9551
bsiff@schiffhardin.com
gbassi@schiffhardin.com

*Of Counsel for Defendant*
*Scholastic Corporation*

/s/ David Ellis Moore
Richard L. Horwitz (#2246)
David Ellis Moore (#3983)
POTTER ANDERSON & CORROON LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants*
*American Greetings Corporation,*
*Crocs Inc. and Scholastic Corporation*

4

*/s/ Stephen B. Brauerman*
Richard D. Kirk (#0922)
Stephen B. Brauerman (#4952)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Defendant*
*Amerimark Direct LLC*

*/s/ James G. McMillan, III*
Edmond D. Johnson (#2257)
James G. McMillan, III (#3979)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
johnsone@pepperlaw.com
mcmillanj@pepperlaw.com

*Attorneys for Defendants*
*Babyage.com Inc. and Tabcom, LLC*

| | |
|---|---|
| Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON &BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br><br>William H. Baker<br>ALSTON &BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com<br><br>*Of Counsel for Defendants*<br>*Bluefly Inc., Brown Shoe Company, Inc.,*<br>*Charming Shoppes Inc., Dillard's Inc.*<br>*And Ice.com* | */s/ John G. Day*<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>ASHBY &GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Defendants*<br>*Ann Inc., Bluefly Inc., Brown Shoe*<br>*Company Inc., Charming Shoppes Inc.,*<br>*Dillard's Inc., Ellison Systems, Inc.*<br>*(d/b/a Shoplet.com), Green Mountain*<br>*Coffee Roasters Inc., Ice.com Inc.*<br>*and Skymall Inc.* |
| Michael A. Albert<br>Chelsea A. Loughran<br>Gerald B. Hrycyszyn<br>Christopher W. Henry<br>WOLF GREENFIELD &SACKS PC<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>(617) 646-8000<br>malbert@wolfgreenfield.com<br>chelsea.loughran@wolfgreenfield.com<br>gerald.hrycyszyn@wolfgreenfield.com<br>chenry@wolfgreenfield.com<br><br>*Of Counsel for Defendant*<br>*Green Mountain Coffee Roasters Inc.* | |

Todd P. Blakely
Matthew R. Ellsworth
Bruce A. Kugler
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
(303) 863-9700
tblakely@sheridanross.com
mellsworth@sheridanross.co
bkugler@sheridanross.com

*Of Counsel for Defendant*
*eBags, Inc.*

Matthew B. Lowrie
Aaron Moore
FOLEY & LARDNER LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
(617) 342-4000
mlowrie@foley.com
amoore@foley.com

*Of Counsel for Defendant*
*PC Connection, Inc.*

Jason S. Jackson
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com

*Of Counsel for Defendant*
*Hayneedle, Inc.*

*/s/ David M. Powlen*
David M. Powlen (#4978)
BARNES &THORNBURG LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 888-0301
david.powlen@btlaw.com

*Attorneys for Defendant*
*eBags, Inc.*

*/s/ Elizabeth Rui He*
Frederick L. Cottrell, III (#2555)
Elizabeth Rui He (#5345)
RICHARDS, LAYTON &FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
cottrell@rlf.com
he@rlf.com

*Attorneys for Defendant*
*PC Connection, Inc.*

*/s/ Nicholas E. Skiles*
Nicholas E. Skiles (#3777)
SWARTZ CAMPBELL LLC
300 Delaware Avenue, Suite 1410
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935
nskiles@swartzcampbell.com

*Attorneys for Defendant*
*Hayneedle, Inc.*

| | |
|---|---|
| David C. Bohrer<br>CONFLUENCE LAW PARTNERS<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113<br>(408) 938-3882<br>dbohrer@confluencelaw.com<br><br>***Of Counsel for Defendant***<br>***J & R Electronics Inc.*** | */s/ Alan Richard Silverstein*<br>Alan Richard Silverstein (#5066)<br>CONNOLLY, BOVE, LODGE &HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141<br>asilverstein@cblh.com<br><br>***Attorneys for Defendant***<br>***J & R Electronics Inc.*** |
| J. Pat Heptig<br>HEPTIG LAW GROUP, LTD.<br>1700 Pacific Avenue, Suite 2650<br>Dallas, TX 75201<br>(214) 451-2154<br>pheptig@heptiglaw.com<br><br>***Of Counsel for Defendant***<br>***J & R Electronics Inc.*** | |
| Merton E. Thompson IV<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000<br>mthompson@burnslev.com<br>acapachietti@burnslev.com<br><br>***Of Counsel for Defendant***<br>***Karmaloop Inc.*** | */s/ Patricia L. Enerio*<br>Patricia L. Enerio (#3728)<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>penerio@proctorheyman.com<br><br>***Attorneys for Defendant***<br>***Karmaloop Inc.*** |

Timothy S. Durst
Keith Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(214) 953-6500
tim.durst@bakerbotts.com
keith.willis@bakerbotts.com

*Of Counsel for Defendant*
*Liberty Interactive Corp.*


Kent E. Baldauf, Jr.
James Bosco
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
kbaldaufjr@webblaw.com
jbosco@webblaw.com
bclark@webblaw.com

*Of Counsel for Defendant*
*Macy's Inc.*


Matias Ferrario
KILPATRICK TOWNSEND &STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
(336) 607-7475
mferrario@kilpatricktownsend.com

*Of Counsel for Defendant*
*Redcats USA Inc.*


*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
POTTER ANDERSON &CORROON
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant*
*Liberty Interactive Corp.*

*/s/ Kenneth L. Dorsney*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6855
rherrmann@morrisjames.com
mmatterer@morrisjames.com
kdorsney@morrisjames.com

*Attorneys for Defendants*
*Macy's Inc. and Redcats USA Inc.*

| | |
|---|---|
| Neil J. McNabnay<br>Wes Musselman<br>FISH &RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>mcnabnay@fr.com<br>musselman@fr.com<br><br>*Of Counsel for Defendants*<br>*Hanover Direct Inc. and*<br>*Oriental Trading Company Inc.* | */s/ Susan Morrison Coletti*<br>William J. Marsden (#2247)<br>Susan Morrison Coletti (#4690)<br>FISH &RICHARDSON, P.C.<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 778-8474<br>marsden@fr.com<br>coletti@fr.com<br><br>*Attorneys for Defendants*<br>*Hanover Direct Inc. and*<br>*Oriental Trading Company Inc.* |
| John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL &GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX 77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com<br><br>*Of Counsel for Defendant*<br>*Overstock.com Inc.* | */s/ Karen L. Pascale*<br>Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>YOUNG, CONAWAY, STARGATT<br>&TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br><br>*Attorney for Defendant*<br>*Overstock.com Inc.* |
| Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com<br><br>*Of Counsel for Defendant*<br>*Paragon Sporting Goods Co., LLC* | */s/ Joseph Bellow*<br>Barry Klayman (#3676)<br>Joseph Bellew (#4816)<br>COZEN O'CONNOR<br>Suite 1400<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com<br><br>*Attorney for Defendant*<br>*Paragon Sporting Goods Co., LLC* |

Stephen Lowey
Sung-Min Lee
LOWEY DANNENBERG COHEN &HART P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
slowey@lowey.com
slee@lowey.com

*Of Counsel for Defendant*
*ToolFetch, LLC*

Harold C. Moore
Michael A. Swift
MAGINOT, MOORE & BECK LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN 46204
(317) 638-2922
hcmoore@maginot.com
maswift@maginot.com

*Of Counsel for Defendant*
*Under Armour Inc.*

Derek Swanson
David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
(804) 775-1157
dswanson@mcguirewoods.com
dfinkelson@mcguirewoods.com

*Of Counsel for Defendant*
*Wal-Mart Stores Inc.*

*/s/ Carmella Keener*
Carmella Keener (#2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener @rmgglaw.com

*Attorney for Defendant*
*ToolFetch, LLC*

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (#2900)
BALLARD SPAHR LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
(302) 252-4465
moskowschnollb@ballardspahr.com

*Attorney for Defendant*
*Under Armour Inc.*

*/s/ Gregory B. Williams*
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
919 N. Market Street, Ste 1300
Wilmington, DE 19801
(302) 622-4211
gwilliams@foxrothschild.com

*Attorney for Defendant*
*Wal-Mart Stores Inc.*

*/s/ John Legare Williams*
John Legare Williams (#4473)
Brian C. Crawford (#4941)
THE WILLIAMS LAW FIRM P.A.
One Commerce Center, Suite 600
1201 N. Orange Street
Wilmington, DE 19801
302-563-0548
john@trustwilliams.com
brian@trustwilliams.com

***Attorneys for Defendant***
***J & P Cycles LLC***

SO ORDERED on this ___ day of September, 2012

_____
United States District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080