IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIMARK DIRECT, LLC et al., )<br>)<br>Defendants. ) | C.A. No. 11-812-RGA |

**DEFENDANT SKYMALL, INC.'S AMENDED RULE 7.1
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendant SkyMall, Inc. states that it is a subsidiary of SkyMall Holdings Corp., which is a subsidiary of SkyMall Holdings LLC. SkyMall Holdings LLC is a subsidiary of BKSPN Holdings, LLC, a privately held company.

|  | ASHBY & GEDDES |
|---|---|
|  | /s/ *John G. Day* |
|  | John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150 |
| *Of Counsel:* | Wilmington, DE 19899<br>(302) 654-1888 |
| Robert L. Lee | jday@ashby-geddes.com |
| Holly Hawkins Saporito | tlydon@ashby-geddes.com |
| Joshua Weeks | amayo@ashby-geddes.com |
| Alston & Bird |  |
| 1201 West Peachtree Street | *Attorneys for Defendant SkyMall, Inc.* |
| Atlanta, GA  30309 |  |
| (404) 881-7000 |  |
|  |  |
| William H. Baker |  |
| Alston & Bird |  |
| 90 Park Avenue |  |
| New York, NY  10016 |  |
| (212) 210-9400 |  |

Dated: September 18, 2012

{00670795;v1 }