# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LCC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 1:11-cv-00812-RGA |
| | ) |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT TOOLFETCH, LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Defendant ToolFetch, LLC states that it does not have any parent corporations, and no publicly-held corporation owns 10% or more of its stock.

Dated: September 18, 2012                              ROSENTHAL, MONHAIT & GODDESS, P.A.

                                                       By:   /s/ *Carmella P. Keener*
                                                           Carmella P. Keener (Del. Bar No. 2810)
                                                           919 Market Street, Suite 1401
                                                           P.O. Box 1070
OF COUNSEL:                                                Wilmington, Delaware 19899-1070
                                                           (302) 656-4433
LOWEY DANNENBERG COHEN                                     ckeener@rmgglaw.com
    & HART, P.C.
Stephen Lowey (admitted *pro hac vice*)                *Delaware Counsel for Defendant*
Sung-Min Lee (admitted *pro hac vice*)                 *ToolFetch, LLC*
1 North Broadway, Suite 509
White Plains, NY 10601-2310
Tel.: (914) 997-0500
Fax: (914) 997-0035

*Counsel for Defendant*
*ToolFetch, LLC*