IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | Civil Action No. 1:11-cv-00812-RGA |
| Plaintiff, | § | |
| | § | |
| v. | § | **NOTICE OF SERVICE** |
| | § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | |
| | § | JURY TRIAL REQUESTED |
| Defendants. | § | |

PLEASE TAKE NOTICE THAT on September 18, 2012, a copy of PLAINTIFF SELECT RETRIEVAL, LLC'S INITIAL IDENTIFICATION OF ACCUSED WEBSITES, pursuant to this Court's Scheduling Order (D.I. 385), was caused to be served upon the following counsel of record via e-mail:

Bindu Ann George Palapura
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

David Ellis Moore
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Amanda M. Knapp
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th Floor
Cleveland, OH 44114

George W. Rooney
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th Floor
Cleveland, OH 44114

Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Meghan A. Adams
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

Richard L. Horwitz
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE  19899-0951

Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

James C. Scott
ROETZEL & ANDRESS
1375 E. 9th Street
One Cleveland Center, 9th floor
Cleveland, OH 44114

John G. Day
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Todd P. Blakely
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

James Gordon McMillan, III
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709

Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Christopher W. Henry
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

Susan Morrison Coletti
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114

Jack B. Blumenfeld
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899

Jared B. Briant
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Natalie M. Hanlon-Leh
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532

Matthew R. Ellsworth
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

Bruce A. Kugler
SHERIDAN ROSS, PC
1560 Broadway, Suite 1200
Denver, CO 80202-5141

Chelsea A. Loughran
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

Andrew Colin Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899

Michael A. Albert
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

Gerald B. Hrycyszyn
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210

| | |
|---|---|
| Kevin Grant Collins<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801 | David E. Finkelson<br>MCGUIRE WOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219 |
| David M. Powlen<br>BARNES & THORNBURG LLP<br>1000 N. West Street, Suite 1200<br>Wilmington, DE  19801 | Nicholas E. Skiles<br>SWARTZ CAMPBELL LLC<br>300 Delaware Avenue, Suite 1410<br>P.O. Box 330<br>Wilmington, DE  19801 |
| Brian C. Crawford<br>THE WILLIAMS LAW FIRM. P.A.<br>One Commerce Center, Suite 600<br>1201 N. Orange Street<br>Wilmington, DE  19801 | Harold C. Moore<br>MAGINOT, MOORE & BECK LLP<br>3250 Chase Tower<br>111 Monument Circle<br>Indianapolis, IN 46204-5109 |
| Patricia Smink Rogowski<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | J. Pat Heptig<br>HEPTIG LAW GROUP, LTD.<br>1700 Pacific Avenue, Suite 2650<br>Dallas, Texas 75201 |
| Alan Richard Silverstein<br>CONNOLLY, BOVE, LODGE & HUTZ<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | David Bohrer<br>CONFLUENCE LAW PARTNERS<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113-2396 |
| Patricia L. Enerio<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801 | Keith Willis<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980 |
| Timothy S. Durst<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980 | Matthew Colagrosso<br>BAKER BOTTS LLP<br>2001 Ross Avenue<br>Dallas, Texas 75201-2980 |

Philip A. Rovner
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE  19899-0951

Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center, Suite 1200
420 Fort Duquesne Blvd.
Pittsburgh, PA 15222

Kent E. Baldauf
THE WEBB LAW FIRM
One Gateway Center, Suite 1200
420 Fort Duquesne Blvd.
Pittsburgh, PA 15222

Karen L. Pascale
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square 1000 North King Street
Wilmington, DE  19801

Joseph James Bellew
COZEN & O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE  19801

Julia S. Kim
COZEN O'CONNNOR
1201 N. Market Street,  suite 1400
Wilmington, DE 19801

Elizabeth Rui He
RICHARDS, LAYTON & FINGER, PA
One Rodney Square 920 N. King Street
Wilmington, DE  19801

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400

Stephen Lowey
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Gregory Brian Williams
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE  19899-2323

Kenneth Laurence Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE  19899-2306

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114

James J. Bosco
THE WEBB LAW FIRM
One Gateway Center, Suite 1200
420 Fort Duquesne Blvd.
Pittsburgh, PA 15222

Neil J. McNabnay
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19801

Martin B. Pavane
COZEN O'CONNNOR
1201 N. Market Street,  suite 1400
Wilmington, DE 19801

Frederick L. Cottrell, III
RICHARDS, LAYTON & FINGER, PA
One Rodney Square 920 N. King Street
Wilmington, DE  19801

Brian D. Siff
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103

Edmond D. Johnson
PEPPER HAMILTON LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE  19899-1709

Sung-Min Lee
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

Beth Moskow-Schnoll
BALLARD SPAHR LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Carmella P. Keener
ROSENTHAL, MONHAIT & GODDESS, P.A.
Mellon Bank Center, Suite 1401 P.O. Box 1070 919 Market Street
Wilmington, DE 19899-1070

Michael A. Swift
MAGINOT, MOORE & BECK LLP
3250 Chase Tower
111 Monument Circle
Indianapolis, IN 46204-5109


Dated: September 18, 2012

Of Counsel:

Steven R. Daniels (admitted *pro hac vice*)
    sdaniels@farneydaniels.com
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, Texas 78626
Telephone: (512) 582-2828

STAMOULIS & WEINBLATT LLC

 */s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
    stamoulis@swdelaw.com
Richard C. Weinblatt #5080
    weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

*Counsel for Plaintiff*
*Select Retrieval, LLC*