**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>AMERIMARK DIRECT LLC, *et al.*<br><br>*Defendants.* | Civil Action No. 1:11-cv-812-LPS |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC and Defendant BabyAge.com, Inc., subject to the Court's approval, that the time for Defendant BabyAge.com, Inc. to serve initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) is extended through October 24, 2012, and that its time to respond to Plaintiff's First Set of Common Interrogatories and First Set of Common Requests for Production is extended through October 26, 2012.

| | |
|---|---|
| /s/ *Richard C. Weinblatt*<br>Stamatios Stamoulis (No. 4606)<br>Richard C. Weinblatt (No. 5080)<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE  19809<br>(302 999-1450<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff* | /s/ *James G. McMillan, III*<br>Edmond D. Johnson (No. 2257)<br>James G. McMillan, III (No. 3979)<br>PEPPER HAMILTON LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street<br>P.O. Box 1709<br>Wilmington, DE 19899-1709<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillaj@pepperlaw.com<br><br>*Attorneys for Defendant BabyAge.com* |

Dated:  September 20, 2012

SO ORDERED this ____ day of September, 2012.

                                                                       United States District Court Judge

#16730275 v1