UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERIMARK DIRECT LLC et al., )<br>)<br>Defendants. )<br>) | C.A. No. 11-812 (LPS) |

## NOTICE OF WITHDRAWAL AS COUNSEL

Pursuant to D. Del. LR 83.7, John L. Williams, Esq. and Brian C. Crawford, Esq. hereby withdraw their appearance for Defendant, J&P Cycles, LLC. Such withdrawal shall leave Mary B. Graham, Esq. and Julia Heaney, Esq., members of the Bar of this Court, as counsel of Record for Defendant, J&P Cycles, LLC. Christopher Broderick, Esq., Karen Johnson-McKewan, Esq and Christina Von de Ahe, Esq. have also been admitted Pro Hac Vice in this matter and will remain as counsel of Record for Defendant, J&P Cycles, LLC.

    Respectfully submitted,

    The Williams Law Firm, P.A.

    By: /s/ John L. Williams
    John Legaré Williams (Del. Bar #4473)
    Brian Charles Crawford (Del. Bar #4941)
    1201 N. Orange Street, Suite 600
    P.O. Box 511
    Wilmington, DE 19899-0511
    Tele: (302) 575-0873
    Fax: (302) 575-0925
    E-mail: John@TrustWilliams.com
          Brian@TrustWilliams.com

## CERTIFICATE OF SERVICE

I, hereby certify that on September 20, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to all registered counsel.

    Respectfully submitted,

    The Williams Law Firm, P.A.

    By: /s/ John J. Williams
    John Legare Williams (Del. Bar #4473)
    Brian Charles Crawford (Del. Bar #4941)
    1201 N. Orange Street, Suite 600
    P.O. Box 511
    Wilmington, DE 19899-0511
    Tele: (302) 575-0873
    Fax: (302) 575-0925
    E-mail: John@TrustWilliams.com
           Brian@TrustWilliams.com