IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERIMARK DIRECT LLC, et al.,<br><br>  Defendants. | C. A. No. 11-812-RGA<br><br>JURY TRIAL DEMANDED |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that William J. Marsden, Jr., Susan M. Coletti, Neil J. McNabnay, and P. Weston Musselman, Jr. of Fish & Richardson P.C. hereby withdraw their appearance as counsel of record on behalf of Defendants Hanover Direct, Inc. and Oriental Trading Company, Inc. in the above captioned action.

Dated:  September 20, 2012    FISH & RICHARDSON P.C.

                By: */s/ Susan M. Coletti*
                   William J. Marsden, Jr. (No. 2247)
                   Susan M. Coletti (#4690)
                   222 Delaware Avenue, 17th Floor
                   P. O. Box 1114
                   Wilmington, DE  19899-1114
                   (302) 652-5070
                   marsden@fr.com
                   coletti@fr.com

                   **ATTORNEYS FOR DEFENDANTS**
                   **HANOVER DIRECT, INC. AND ORIENTAL**
                   **TRADING COMPANY, INC.**