# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-812-RGA |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorneys Richard L. Horwitz, David E. Moore and Bindu A. Palapura of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19801, and George W. Rooney, Jr., James C. Scott and Amanda M. Knapp of Roetzel & Andress, 1375 E. 9th Street, One Cleveland Center, 9th Floor, Cleveland, OH 44114, hereby withdraw their appearances as counsel for Defendant American Greetings Corporation.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: */s/ David E. Moore* |
| George W. Rooney, Jr. | Richard L. Horwitz (#2246) |
| James C. Scott | David E. Moore (#3983) |
| Amanda M. Knapp | Bindu A. Palapura (#5370) |
| ROETZEL & ANDRESS | Hercules Plaza, 6th Floor |
| 1375 E. 9th Street | 1313 N. Market Street |
| One Cleveland Center - 9th Floor | Wilmington, DE 19801 |
| Cleveland, OH 44114 | Tel: (302) 984-6000 |
| Tel: (216) 623-0150 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: September 25, 2012 | bpalapura@potteranderson.com |
| 1076420 / 38593 |  |
|  | *Attorneys for Defendant* |
|  | *American Greetings Corporation* |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 25, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 25, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., and Redcats USA, Inc.* | Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., and Redcats USA, Inc.* |

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., and Redcats USA, Inc.*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., and Redcats USA, Inc.*

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Defendant AmeriMark Direct LLC*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
Johnson@pepperlaw.com
mcmillan@pepperlaw.com
*Attorneys for Defendant BabyAge.com, Inc.*

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York, Inc., Express, LLC, PetSmart, Inc., and Ross-Simons of Warwick, Inc.*

Colin G. Cabral
Jared T. Kelly
Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA  02110
ccabral@proskauer.com
jkelly@proskauer.com
sbauer@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Buckle Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), Green Mountain Coffee Roaster, Inc., and Skymall Inc.*

Robert L. Lee
Holly S. Hawkins
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
bob.lee@aslton.com
holly.hawkins@alston.com
*Attorneys for Defendants Ann Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., and Skymall Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY  10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Brown Shoe Company, Inc., Charming Shoppes, Inc., and Skymall Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

<div style="column-count:2">

Thomas L. Duston
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL  60606
tduston@marshallip.com
*Attorneys for Defendant Express, LLC*

Nicholas E. Skiles
Swartz Campbell LLC
300  Delaware Avenue, Suite 330
Wilmington, DE  19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
penerio@proctorheyman.com
madams@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Liberty Media Corporation*

Michael A. Albert
Gerald B. Hrycyszyn
Chelsea A. Loughran
Christopher W. Henry
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA  02210
malbert@wolfgreenfield.com
ghrycyszyn@wolfgreenfield.com
cloughran@wolfgreenfield.com
chenry@wolfgreenfield.com
*Attorneys for Defendant Green Mountain Coffee Roasters, Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
mthompson@burnslev.com
acapachietti@burnslev.com
*Attorneys for Defendant Karmaloop, Inc.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX  75201
tdurst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com
*Attorneys for Defendant Liberty Media Corporation*

</div>

| | |
|---|---|
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>mgraham@mnat.com<br>*Attorneys for Defendants CPA2BIZ, Inc. and*<br>*Liquidity Services, Inc.* | Jeffri A. Kaminski<br>Christopher T. La Testa<br>Venable LLP<br>575 7th Street, NW<br>Washington, DC  20004-1601<br>jakaminski@venable.com<br>ctlatesta@venable.com<br>*Attorneys for Defendant Liquidity Services, Inc.* |
| Kenneth Laurence Dorsney<br>Mary B. Matterer<br>Richard K. Herrmann<br>Morris James LLP<br>500 Delaware Ave., Suite 1500<br>P. O. Box 2306<br>Wilmington, DE  19899-2306<br>kdorsney@morrisjames.com<br>mmatterer@morrisjames.com<br>rherrmann@morrisjames.com<br>*Attorneys for Defendant Macy's Inc* | Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* |
| Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* |
| Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* | Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* |

Barry M. Klayman  
Joseph J. Bellew  
Cozen O'Connor  
1201 N. Market Street, Ste.1400  
Wilmington, DE  19801  
bklayman@cozen.com  
jbellow@cozen.com  
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Julia S. Kim  
Martin B. Pavane  
Cozen O'Connor  
277 Park Avenue  
New York, NY  10172  
jkim@cozen.com  
mpavane@cozen.com  
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Dan D. Davison  
Fulbright & Jaworski, L.L.P.  
220 Ross Avenue, Suite 2800  
Dallas, TX  75201  
ddavison@fulbright.com  
*Attorneys for Defendant PetSmart, Inc.*

Richard S. Zembek  
Fulbright & Jaworski, L.L.P.  
Fulbright Tower  
1301 McKinney, Suite 1500  
Houston, TX  77010  
rzembek@fulbright.com  
*Attorneys for Defendant PetSmart, Inc.*

William R. Grimm  
Hinckley, Allen & Snyder LLP  
28 State Street  
Boston, MA  02109-1775  
wgrimm@haslaw.com  
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Stephen J. Carlotti  
Hinckley, Allen & Snyder LLP  
50 Kennedy Plaza, Suite 1500  
Providence, RI  02903  
scarlotti@haslaw.com  
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff  
Gina M. Bassi  
Schiff Hardin LLP  
666 Fifth Avenue, Suite 1700  
New York, NY 10103  
BSiff@SchiffHardin.com  
gbassi@schiffhardin.com  
*Attorneys for Defendant Scholastic Corporation*

Carmella P. Keener  
Rosenthal, Monhait & Goddess, P.A.  
919 N. Market Street, Suite 1401  
Citizens Bank Center  
Wilmington, DE  19801  
ckeener@rmgglaw.com  
*Attorneys for Defendant Toolfetch, LLC*

Stephen Lowey  
Sung-Min Lee  
Lowey Dannenberg Cohen & Hart, P.C.  
White Plains Plaza  
One North Broadway  
White Plains, NY  10601-2310  
slowey@lowey.com  
slee@lowey.com  
*Attorneys for Defendant Toolfetch, LLC*

Beth Moskow-Schnoll  
Ballard Spahr LLP  
919 North Market Street, 11th Fl.  
Wilmington, DE  19801  
moskowb@ballardspahr.com  
*Attorneys for Defendant Under Armour, Inc.*

Harold C. Moore
Michael A. Swift
Maginot, Moore & Beck LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN  46204-5109
protect@maginot.com
*Attorneys for Defendant Under Armour, Inc.*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1028857 / 37313