**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC )<br>)<br>    Plaintiffs Defendants, )<br>)<br>    v. )<br>)<br>AMERIMARK DIRECT, et. al., )<br>)<br>    Defendants. )<br>) | C.A. No. 11-812-RGA |

**<u>NOTICE OF SERVICE OF UNDER ARMOUR, INC.'S INITIAL DISCLOSURES</u>**

PLEASE TAKE NOTICE that on September 24, 2012, the undersigned caused a true and correct copy of Under Armour, Inc.'s Initial Disclosures to be served via e-mail on the parties identified on the attached service list.

Dated: September 25, 2012

                                                    BALLARD SPAHR LLP

                                                    /s/ Beth Moskow-Schnoll
                                                    Beth Moskow-Schnoll (I.D. #2900)
                                                    919 N. Market Street, 11th Floor
                                                    Wilmington, DE 19801-3034
                                                    (302) 252-4465
                                                    moskowb@ballardspahr.com

                                                    *Counsel for Defendant Under Armour, Inc.*

OF COUNSEL:

Harold C. Moore
MAGINOT, MOORE & BECK
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN 46204-5109
(317) 638-2922

**SERVICE LIST**

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
mthompson@burnslev.com
acapachietti@burnslev.com

George W. Rooney, Jr.
James C. Scott
Amanda M. Knapp
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland OH, 44114
grooney@ralaw.com
jscott@ralaw.com
aknapp@ralaw.com

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
mlowrie@foley.com
amoore@foley.com

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA 15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Cbroderick@orrick.com

Michael A. Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
chelsea.loughran@wolfgreenfield.com

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
ckeener@rmgglaw.com

Frederick L. Cottrell, III
Kelly E. Farnan
Elizabeth R. He
Anne Shea Gaza
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
farnan@rlf.com
gaza@rlf.com
he@rlf.com

Jeffri A. Kaminski
Christopher T. La Testa
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
jakaminski@venable.com
ctlatesta@venable.com

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
cvonderahe@orrick.com

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
dfinkelson@mcguirewoods.com

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
rkofsky@wilkie.com

Michael A. Albert
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
gwilliams@foxrothschild.com

Harold C. Moore
Maginot, Moore & Beck LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN 46204-5109
hcmoore@maginot.com

Robert L. Lee
Holly S. Hawkins
Joshua M. Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE 19801
bklayman@cozen.com
jbellow@cozen.com

Jack B. Blumenfeld
Julia Heaney
Jeremy A. Tigan
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
jtigan@mnat.com
jying@mnat.com

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

Jared T. Kelly
Proskauer Rose LLP
One International Place
Boston, MA 02110
jkelly@proskauer.com

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY 10172
jkim@cozen.com
mpavane@cozen.com

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
johnsone@pepperlaw.com
mcmillanj@pepperlaw.com

Kenneth Laurence Dorsney
Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Ave., Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
kdorsney@morrisjames.com
mmatterer@morrisjames.com

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201
tim.durst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Kjohnson-mckewan@orrick.com

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
penerio@proctorheyman.com
madams@proctorheyman.com

Matias Ferrario
Kilpatrick Townsend
1001 West Fourth Street
Winston-Salem, NC  27101-2400
mferrario@kilpatricktownsend.com

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com

| | |
|---|---|
| Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com | Stephen Lowey<br>Sung-Min Lee<br>Lowey Dannenberg Cohen & Hart, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| Nicholas E. Skiles<br>Swartz Campbell LLC<br>300 Delaware Avenue, Suite 330<br>Wilmington, DE 19801<br>nskiles@swartzcampbell.com | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| Philip A. Rovner<br>Jonathan A. Choa<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19801<br>provner@potteranderson.com | William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com |
| Richard D. Kirk<br>Stephen B. Brauerman<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P. O. Box 25130<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19801<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |
| Steven M. Bauer<br>Kimberly A. Mottley<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>sbauer@proskauer.com<br>kmottley@proskauer.com | |
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com | |

**CERTIFICATE OF SERVICE**

  I, Beth Moskow-Schnoll, Esquire, hereby certify that on this 25th day of September, 2012, I caused a true and correct copy of Under Armour, Inc.'s Initial Disclosures to be served on the attached service list via e-mail:

                /s/ *Beth Moskow-Schnoll*
                Beth Moskow-Schnoll (#2900)

**SERVICE LIST**

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
mthompson@burnslev.com
acapachietti@burnslev.com

George W. Rooney, Jr.
James C. Scott
Amanda M. Knapp
Roetzel & Andress
1375 East Ninth Street
One Cleveland Center, 9th Floor
Cleveland OH, 44114
grooney@ralaw.com
jscott@ralaw.com
aknapp@ralaw.com

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
mlowrie@foley.com
amoore@foley.com

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA 15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com

Richard L. Horwitz
David E.Moore
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Cbroderick@orrick.com

Michael A. Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com
chelsea.loughran@wolfgreenfield.com

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com

Carmella P. Keener
Rosenthal, Monhait & Goddess, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
ckeener@rmgglaw.com

Frederick L. Cottrell, III
Kelly E. Farnan
Elizabeth R. He
Anne Shea Gaza
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
farnan@rlf.com
gaza@rlf.com
he@rlf.com

Jeffri A. Kaminski
Christopher T. La Testa
Venable LLP
575 7th Street, NW
Washington, DC 20004-1601
jakaminski@venable.com
ctlatesta@venable.com

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
cvonderahe@orrick.com

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
dfinkelson@mcguirewoods.com

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
rkofsky@wilkie.com

Michael A. Albert
Chelsea A. Loughran
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210
malbert@wolfgreenfield.com

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19899
gwilliams@foxrothschild.com

Harold C. Moore
Maginot, Moore & Beck LLP
Chase Tower
111 Monument Circle, Suite 3250
Indianapolis, IN 46204-5109
hcmoore@maginot.com

Robert L. Lee
Holly S. Hawkins
Joshua M. Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE 19801
bklayman@cozen.com
jbellow@cozen.com

Jack B. Blumenfeld
Julia Heaney
Jeremy A. Tigan
Jennifer Ying
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
jtigan@mnat.com
jying@mnat.com

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

Jared T. Kelly
Proskauer Rose LLP
One International Place
Boston, MA 02110
jkelly@proskauer.com

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY 10172
jkim@cozen.com
mpavane@cozen.com

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
johnsone@pepperlaw.com
mcmillanj@pepperlaw.com

Kenneth Laurence Dorsney
Mary B. Matterer
Richard K. Herrmann
Morris James LLP
500 Delaware Ave., Suite 1500
P. O. Box 2306
Wilmington, DE 19899-2306
kdorsney@morrisjames.com
mmatterer@morrisjames.com

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX 75201
tim.durst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Kjohnson-mckewan@orrick.com

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
penerio@proctorheyman.com
madams@proctorheyman.com

Matias Ferrario
Kilpatrick Townsend
1001 West Fourth Street
Winston-Salem, NC  27101-2400
mferrario@kilpatricktownsend.com

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE 19801
nskiles@swartzcampbell.com

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE 19801
provner@potteranderson.com

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
P. O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

Steven M. Bauer
Kimberly A. Mottley
Proskauer Rose LLP
One International Place
Boston, MA 02110
sbauer@proskauer.com
kmottley@proskauer.com

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
scarlotti@haslaw.com

Stephen Lowey
Sung-Min Lee
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310
slowey@lowey.com
slee@lowey.com

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
wgrimm@haslaw.com

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com