# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-812-RGA ) |
| AMERIMARK DIRECT LLC, *et al.*, | ) **JURY TRIAL DEMANDED** ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 26, 2012 true and correct copies of the following documents were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT LIBERTY INTERACTIVE CORPORATION'S RESPONSES TO FIRST SET OF COMMON INTERROGATORIES NOS. 1-6

DEFENDANT LIBERTY INTERACTIVE CORPORATION'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION [NOS. 1-65]

## BY E-MAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff
Select Retrieval, LLC*

Steven R. Daniels, Esq.
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626-5845
sdaniels@farneydaniels.com

*Co-counsel for Plaintiff
Select Retrieval, LLC*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Timothy S. Durst
Keith D. Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 10000
Dallas, Texas 75201-2980
(214) 953-6500

Dated: September 26, 2012
1076714

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Jonathan A. Choa (#5319)
    Hercules Plaza
    P.O. Box 951
    Wilmington, DE 19899
    (302) 984-6000
    provner@potteranderson.com
    jchoa@potteranderson.com

*Attorneys for Defendant*
*Liberty Interactive Corporation*