# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | |
| *Plaintiff*, | |
| vs. | Civil Action No. 1:11-cv-00812-LPS |
| AMERIMARK DIRECT LLC, *et al.*, | |
| *Defendants*. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Patricia S. Rogowski and Alan R. Silverstein of Connolly Bove Lodge & Hutz LLP hereby withdraw their appearance as counsel of record for Defendant J&R Electronics, Inc. pursuant to Local Rule 83.7 in the above-captioned matter. Substitute counsel filed a Notice of Appearance [D.I. 435] on behalf of J&R Electronics, Inc. on September 24, 2012. All other counsel of record will continue to represent J&R Electronics, Inc.

Dated: September 27, 2012          Respectfully submitted,

/s/ Alan R. Silverstein
Patricia S. Rogowski (#2632)
Alan R. Silverstein (#5066)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141 (Telephone)
(302) 658-5614 (Facsimile)
asilverstein@cblh.com

Attorneys for Defendant
J&R ELECTRONICS, INC.

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Alan R. Silverstein, hereby certify that on the 27th day of September, 2012, a true copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered attorneys of record and allow the document to be viewed and downloaded from CM/ECF.

*/s/ Alan R. Silverstein*
Alan R. Silverstein (#5066)