IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF WITHDRAWAL OF *PRO HAC VICE* COUNSEL

PLEASE TAKE NOTICE that Aaron Stiefel of Kaye Scholer LLP (admitted *pro hac vice* on May 8, 2012) hereby withdraws his appearance as counsel of record for defendant B & H Foto & Electronics Corp. ("B & H Foto") pursuant to Local Rule 83.7 in the above-captioned matter. B & H Foto will continue to be represented by the firms of Orrick, Herrington & Sutcliffe LLP and Morris, Nichols, Arsht & Tunnell LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for B & H Foto & Electronics Corp.*

OF COUNSEL:

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414

September 28, 2012
6489992

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)