IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-SLR |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Robert L. Lee, Holly Hawkins Saporito and Joshua Weeks to represent defendants Ann, Inc. and SkyMall, Inc. in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, the fees for the attorneys listed above will be submitted upon the filing of this motion.

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendants Ann, Inc. and SkyMall, Inc.*

Dated: October 4, 2012

{00672615;v1 }

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-SLR |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This _____ day of _____, 2012, the Court having considered the motion for the admission *pro hac vice* of Robert L. Lee, Holly Hawkins Saporito and Joshua Weeks to represent defendants Ann, Inc. and SkyMall, Inc. in the above action; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Holly Hawkins Saporito
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: 9/25/2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Robert L. Lee
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: 9/24/2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

Dated: 9/24/2012

{00672615;v1 }