IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | |
| Plaintiff, | Civil Action No. 1:11-cv-812-LPS |
| v. | |
| AMERIMARK DIRECT LLC, et al, | |
| Defendants. | |

**DEFENDANT HAYNEEDLE, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Defendant Hayneedle, Inc. files this disclosure statement. Defendant Hayneedle, Inc. is not owned by any parent corporation nor does any publicly held corporation own ten percent or more of its stock.

Dated: October 5, 2012

Respectfully submitted,

*/s/*

James M. Sulentic (admitted *Pro Hac Vice*)
Jason S. Jackson (admitted *Pro Hac Vice*)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE  68102-2186
(402) 346-6000

Nicholas E. Skiles (DE ID #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1410
P.O. Box 330
Wilmington, DE  19801
(302) 656-5935

ATTORNEYS FOR DEFENDANT
Hayneedle, Inc.

4842-4428-2129.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Corporate Disclosure Statement was served on October 5, 2012 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

James M. Sulentic (admitted *Pro Hac Vice*)
Jason S. Jackson (admitted *Pro Hac Vice*)
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000

Nicholas E. Skiles (DE ID #3777)
Swartz Campbell LLC
300 Delaware Avenue, Suite 1410
P.O. Box 330
Wilmington, DE 19801
(302) 656-5935

ATTORNEYS FOR DEFENDANT
Hayneedle, Inc.

4842-4428-2129.1