# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF AMERIMARK DIRECT, LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Amerimark Direct, LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 4, 2012.                                  Respectfully submitted,

/s/ *Stephen B. Brauerman*                               /s/ *Richard C. Weinblatt*
Richard D. Kirk (#922)                                   Stamatios Stamoulis (#4606)
Stephen B. Brauerman (#4952)                             Richard C. Weinblatt (#5080)
BAYARD, P.A.                                             STAMOULIS & WEINBLAT LLC
222 Delaware Avenue, Suite 900                           Two Fox Point Centre
P.O. Box 25130                                           6 Denny Road, Suite 307
Wilmington, DE 19899                                     Wilmington, DE 19809
(302) 655-5000                                           (302) 999-1540
Email: rkirk@bayardlaw.com                               Email: stamoulis@swdelaw.com
Email: sbrauerman@bayardlaw.com                          Email: weinblatt@swdelaw.com

*Attorneys for Defendant*                                *Attorneys for Plaintiff*
*Amerimark Direct, LLC*                                  *Select Retrieval, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2012, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Richard C. Weinblatt
Richard C. Weinblatt #5080

So ordered.
Richard G. Andrews
USDJ  10/9/12