### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF GREEN MOUNTAIN COFFEE ROASTERS, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Green Mountain Coffee Roasters, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 11, 2012.                    Respectfully submitted,

| | |
|---|---|
| */s/ John G. Day* | */s/ Richard C. Weinblatt* |
| John G. Day (#2403) | Stamatios Stamoulis (#4606) |
| Tiffany Geyer Lydon (#3950) | Richard C. Weinblatt (#5080) |
| Andrew C. Mayo (#5207) | STAMOULIS & WEINBLAT LLC |
| ASHBY & GEDDES | Two Fox Point Centre |
| 500 Delaware Avenue, 8th Floor | 6 Denny Road, Suite 307 |
| P.O. Box 1150 | Wilmington, DE 19809 |
| Wilmington, DE 19801 | (302) 999-1540 |
| (302) 654-1888 | Email: stamoulis@swdelaw.com |
| Email: jday@ashby-geddes.com | Email: weinblatt@swdelaw.com |
| Email: tlydon@ashby-geddes.com | |
| Email: amayo@ashby-geddes.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | *Select Retrieval, LLC* |
| *Green Mountain Coffee Roasters, Inc.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2012, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080