IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

### STIPULATION OF DISMISSAL OF GREEN MOUNTAIN COFFEE ROASTERS, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Green Mountain Coffee Roasters, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: October 11, 2012.

Respectfully submitted,

/s/ John G. Day
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
(302) 654-1888
Email: jday@ashby-geddes.com
Email: tlydon@ashby-geddes.com
Email: amayo@ashby-geddes.com

*Attorneys for Defendant*
*Green Mountain Coffee Roasters, Inc.*

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLAT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

So Ordered this 12th day of October, 2012.

*Richard G. Andrews*
United States District Judge