IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 11-812-RGA |
| AMERIMARK DIRECT LLC, *et al.* | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

**STIPULATION AND ORDER**
**FOR SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that Morris James LLP hereby withdraws its appearance on behalf of Defendant Macy's, Inc. ("Macy's") and Proctor Heyman LLP hereby enters its appearance on Macy's behalf.

MORRIS JAMES LLP

*/s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (# 3726)
E-mail: kdorsney@morrisjames.com
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6855

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

IT IS SO ORDERED this _____ day of October, 2012.

_____
United States District Judge