IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Christopher Broderick, Karen Johnson-McKewan and Christina Von der Ahe of ORRICK, HERRINGTON & SUTCLIFFE LLP to represent defendant Brown Shoe Company Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Brown Shoe Company Inc.*

October 25, 2012
6495305

Case 1:11-cv-00812-RGA   Document 489   Filed 10/25/12   Page 2 of 15 PageID #: 3233

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* of Christopher Broderick, Karen Johnson-McKewan and Christina Von der Ahe is granted.

Dated: _____     _____
                                                                     United States District Judge

6495305

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: August 28, 2012

Christopher P. Broderick
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA 90017-5855
(213) 612-2414
(213) 612-2499
cbroderick@orrick.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: 8.28.12

Karen G. Johnson-McKewan
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
(415) 773-5917
(415) 773-5759
kjohnson-mckewan@orrick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date: August 28, 2012

Christina Von der Ahe
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
(949) 852-7741
(949) 567-6710
cvonderahe@orrick.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on October 25, 2012 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc. Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

| | |
|---|---|
| *Attorneys for Barneys New York Inc.* | Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for CPA2BIZ, Inc.* | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |
| *Attorneys for CPA2BIZ, Inc.* | Eugene Chang<br>WILKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>(212) 728-8000<br>(212) 728-8111<br>echang@wilkie.com<br><br>Christopher P. Broderick<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com |

| | |
|---|---|
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Bluefly Inc., Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics, Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Bluefly Inc., Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics, Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation* | Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com<br>kjohnson-mckewan@orrick.com<br>cvonderahe@orrick.com |
| *Attorneys for Crocs Inc.* | Natalie Hanlon-Leh<br>Jared B. Briant<br>FAEGRE BAKER DANIELS<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>natalie.hanlonleh@faegrebd.com<br>jared.briant@faegrebd.com |
| *Attorneys for Scholastic Corporation* | Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com |

| | |
|---|---|
| *Attorneys for Crocs Inc.* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Babyage.com Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com |
| *Attorneys for Ann Inc., Brown Shoe Company Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall Inc.* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |

| | |
|---|---|
| *Attorneys for Brown Shoe Company Inc., Charming Shoppes Inc.,* | Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON & BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br><br>William H. Baker<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com |
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie<br>Aaron Moore<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(617) 342-4000<br>mlowrie@foley.com<br>amoore@foley.com |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles<br>SWARTZ CAMPBELL LLC<br>300 Delaware Avenue, Suite 1410<br>P.O. Box 330<br>Wilmington, DE 19801<br>(302) 656-5935<br>nskiles@swartzcampbell.com |

| | |
|---|---|
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson<br>James M. Sulentic<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>(402) 346-6000<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com |
| *Attorneys for J & R Electronics Inc.* | David C. Bohrer<br>Jessie J. Ho<br>Jackie Lara<br>CONFLUENCE LAW PARTNERS<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113<br>(408) 938-3882<br>dbohrer@confluencelaw.com<br>jho@confluencelaw.com<br>jlara@confluencelaw.com<br><br>J. Pat Heptig<br>HEPTIG LAW GROUP, LTD.<br>1700 Pacific Avenue, Suite 2650<br>Dallas, TX 75201<br>(214) 451-2154<br>pheptig@heptiglaw.com |
| *Attorneys for Karmaloop Inc.* | Patricia L. Enerio<br>Meghan Adams<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>penerio@proctorheyman.com<br>madams@proctorheyman.com |
| *Attorneys for Karmaloop Inc.* | Merton E. Thompson IV<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000<br>mthompson@burnslev.com<br>acapachietti@burnslev.com |

| | |
|---|---|
| *Attorneys for Liberty Interactive Corp.* | Philip A. Rovner |
| | Jonathan A. Choa |
| | POTTER ANDERSON & CORROON |
| | Hercules Plaza |
| | P.O. Box 951 |
| | Wilmington, DE  19899 |
| | (302) 984-6000 |
| | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| *Attorneys for Liberty Interactive Corp.* | Timothy S. Durst |
| | Matthew Colagrosso |
| | Keith Willis |
| | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue |
| | Dallas, TX  75201 |
| | (214) 953-6500 |
| | tim.durst@bakerbotts.com |
| | matthew.colagrosso@bakerbotts.com |
| | keith.willis@bakerbotts.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso |
| | PROCTOR HEYMAN LLP |
| | 300 Delaware Avenue, Suite 200 |
| | Wilmington, DE  19801 |
| | dgattuso@proctorheyman.com |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr. |
| | James Bosco |
| | Bryan P. Clark |
| | THE WEBB LAW FIRM |
| | One Gateway Center |
| | 420 Fort Duquesne, Suite 1200 |
| | Pittsburgh, PA  15222 |
| | kbaldaufjr@webblaw.com |
| | jbosco@webblaw.com |
| | bclark@webblaw.com |
| *Attorneys for Redcats USA Inc.* | Matias Ferrario |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1001 West Fourth Street |
| | Winston-Salem, NC  27101-2400 |
| | (336) 607-7475 |
| | mferrario@kilpatricktownsend.com |

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |

| | |
|---|---|
| *Attorneys for ToolFetch, LLC* | Carmella P. Keener<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE  19801<br>(302) 656-4433<br>ckeener @rmgglaw.com |
| *Attorneys for ToolFetch, LLC* | Stephen Lowey<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| *Attorneys for Under Armour Inc.* | Beth Moskow-Schnoll<br>BALLARD SPAHR LLP<br>919 North Market Street<br>12th Floor<br>Wilmington, DE 19801-3034<br>(302) 252-4465<br>moskowschnollb@ballardspahr.com |
| *Attorneys for Under Armour Inc.* | Harold C. Moore<br>Michael A. Swift<br>MAGINOT, MOORE & BECK LLP<br>Chase Tower<br>111 Monument Circle, Suite 3250<br>Indianapolis, IN 46204<br>(317) 638-2922<br>hcmoore@maginot.com<br>maswift@maginot.com |
| *Attorneys for Wal-Mart Stores Inc.* | Gregory B. Williams<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Ste 1300<br>Wilmington, DE  19801<br>(302) 622-4211<br>gwilliams@foxrothschild.com |

*Attorneys for Wal-Mart Stores Inc.*	Derek Swanson
David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
(804) 775-1157
dswanson@mcguirewoods.com
dfinkelson@mcguirewoods.com


/s/ Julia Heaney
_____
Julia Heaney (#3052)