IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, <br><br> *Plaintiff* <br><br> vs. <br><br> AMERIMARK DIRECT LLC., *et al*. <br><br> *Defendants*. | Civil Action No. 1:11-cv-812-RGA <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF SERVICE

I hereby certify that on the 26th day of October, 2012, all counsel of record who have consented to electronic service were served with a copy of Defendant Hayneedle, Inc.'s Objections and Responses to Select Retrieval, LLC's First Set of Common Interrogatories Nos. 1-6 and Requests for Production Nos. 1-65 via electronic mail.

    **/s/ Nicholas E. Skiles, Esquire**
    Nicholas E. Skiles, Esquire (DE ID #3777)
    Swartz Campbell LLC
    300 Delaware Avenue, Suite 1410
    P.O. Box 330
    Wilmington, DE 19801
    (302) 656-5935

    James M. Sulentic (admitted *Pro Hac Vice*)
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102-2186
    (402) 346-6000

    Attorneys for Defendant
    Hayneedle, Inc.

Dated: October 31, 2012