### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANN INC., et. al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 11-812 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) Defendant Wal-Mart Stores, Inc.'s Responses to Plaintiff's First Set of Common Interrogatories (Nos. 1-6), and (2) Defendant Wal-Mart Stores, Inc.'s Responses to Plaintiff's First Set of Common Requests for Production (Nos. 1-65) were caused to be served on October 31, 2012 upon the following counsel of record in the manner indicated:

### BY U.S. MAIL AND ELECTRONIC MAIL

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Mary Jacob
Maeghan E. Whitehead
Farney Daniels LLP
800 S. Austin, Suite 200
Georgetown, Texas 78626-5845
Email: sdaniels@farneydaniels.com
Email: mjacob@farneydaniels.com
Email: mwhitehead@farneydanlies.com

*Attorneys for Plaintiff Select Retrieval, LLC*

BY ELECTRONIC MAIL

Edmond D. Johnson
James Gordon McMillan, III
Pepper Hamilton LLP
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709
Email: johnsone@pepperlaw.com
Email: mcmillanj@pepperlaw.com

*Attorneys for Defendants Babyage.com Inc. and Tabcom LLC*

Jeremy A. Tigan
Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9106
Email: jtigan@mnat.com
Email: mbgefiling@mnat.com

*Attorneys for Defendant CPA2BIZ Inc.*

Robert L. Lee
Holly S. Hawkins
Joshua M. Weeks
ALSTON & BIRD
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
bob.lee@alston.com
holly.hawkins@alston.com
joshua.weeks@alston.com

William H. Baker
ALSTON & BIRD
90 Park Avenue
New York, NY 10016

John G. Day
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Email: jday@ashby-geddes.com
Email: amayo@ashby-geddes.com

*Attorneys for Defendants Ann Inc., Dillard's Inc., SkyMall Inc., Buckle Inc., Bluefly Inc., Charming Shoppes Inc., Brown Shoe Company Inc., and Ellison Systems d/b/a Shoplet.com*

Jack B. Blumenfeld
Julia Heaney
Jennifer Ying
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jbbefiling@mnat.com
Email: jhefiling@mnat.com
Email: jying@mnat.com

*Attorneys for Defendants Barneys New York Inc., Shoebuy.com Inc., Staples Inc., B&H Foto & Electronics Corp., and Ross-Simons of Warwick Inc.*

Richard L. Horwitz
Bindu Ann George Palapura
David Ellis Moore
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
Email: bpalapura@potteranderson.com
Email: rhorwitz@potteranderson.com
Email: dmoore@potteranderson.com

*Attorneys for Defendant Crocs Inc.*

2

(212) 210-9400

*Attorneys for Defendants Brown Shoe Company Inc. and Charming Shoppes Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9106
Email: mbgefiling@mnat.com

*Attorney for Defendant Ebags Inc.*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
302-351-9106
Email: mbgefiling@mnat.com
Email: jhefiling@mnat.com

*Attorneys for Defendant J&P Cycles LLC*

Dominick T. Gattuso
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7311
Fax: (302) 472-7301
Email: dgattuso@proctorheyman.com

Bryan P. Clark
James J. Bosco
Kent E. Baldauf

Julia Heaney
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Email: jhefiling@mnat.com

*Attorney for Defendants Hanover Direct Inc., Oriental Trading Company Inc., and J & R Electronics Inc.*

Meghan Anne Adams
Patricia L. Enerio
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
302-472-7300
Email: madams@proctorheyman.com
Email: penerio@proctorheyman.com

Alexandra Capachietti
Merton E. Thompson
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
Email: acapachietti@burnslev.com
Email: mthompson@burnslev.com

*Attorneys for Defendant Karmaloop Inc.*

Karen L. Pascale
James L. Higgins
Young, Conaway, Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
Email: kpascale@ycst.com
Email: jhiggins@ycst.com

*Attorneys for Defendant Overstock.com Inc.*

3

The Web Law Firm
One Gateway Center - 420 Fort Duquesne Blvd.
Suite 1200
Pittsburgh, PA 15222
412-471-8815
Fax: 412-471-4094
Email: Bclark@webblaw.com
Email: Jbosco@webblaw.com
Email: kbaldaufjr@webblaw.com

*Attorneys for Defendant Macy's Inc.*

| | |
|---|---|
| Mary B. Graham<br>MORRIS, NICHOLS, ARSHT &TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br><br>*Attorneys for Defendant Liquidity Services Inc.* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON &CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Defendant Crocs Inc. and Scholastic Corporation* |
| Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON &FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com<br><br>*Attorneys for PC Connection Inc.* | Nicholas E. Skiles<br>SWARTZ CAMPBELL LLC<br>300 Delaware Avenue, Suite 1410<br>P.O. Box 330<br>Wilmington, DE 19801<br>(302) 656-5935<br>nskiles@swartzcampbell.com<br><br>*Attorneys for Defendant Hayneedle, Inc.* |
| Philip A. Rovner<br>Jonathan A. Choa<br>POTTER ANDERSON &CORROON<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899 | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street |

4

(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Defendant Liberty Interactive Corp.*

Carmella P. Keener
ROSENTHAL,MONHAIT &GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener @rmgglaw.com

*Attorneys for Defendant ToolFetch, LLC*

William R. Grimm
HINCKLEY, ALLEN &SNYDER LLP
28 State Street
Boston, MA 02109-1775
wgimm@haslaw.com
Stephen J. Carlotti
HINCKLEY, ALLEN &SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
scarlotti@haslaw.com

*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Wilmington, Delaware 19801
(302) 295-2000
bklayman@cozen.com
jbellew@cozen.com

*Attorneys for Defendant Paragon Sporting Goods Co LLC*

Beth Moskow-Schnoll
BALLARD SPAHR LLP
919 North Market Street
12th Floor
Wilmington, DE 19801-3034
(302) 252-4465
moskowschnollb@ballardspahr.com

*Attorneys for Defendant Under Armour Inc.*

Matias Ferrario
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street
Wintson-Salem, NC 27101
mferrario@kilpatricktownsend.com

*Attorney for Defendant Redcats USA Inc.*

| | |
|---|---|
| Dated: October 31, 2012 | By: */s/ Gregory B. Williams*<br><br>Gregory B. Williams (I.D. No. 4195)<br>FOX ROTHSCHILD LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899-2323<br>(302) 622-4211 (direct)<br>(302) 656-8920 (fax)<br>gwilliams@foxrothschild.com<br><br>Of Counsel:<br>David E Finkelson (VA Bar No. 44059) (admitted *pro hac vice*)<br>MCGUIREWOODS LLP<br>One James Center<br>901 E Cary St<br>Richmond, VA 23219<br>Telephone: (804) 775-1157<br>Facsimile: (804) 225-5377<br>dfinkelson@mcguirewoods.com<br><br>**Attorneys for Defendant Wal-Mart Stores, Inc.** |