IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812-RGA |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by Plaintiff and Defendants, through their undersigned counsel and subject to approval of the Court, that the time for the parties to produce Core Documents pursuant to Paragraph 3(ii) of the Court's Scheduling Order entered August 27, 2012 (D.I. 385) is extended through and including November 9, 2012.

STAMOULIS & WEINBLATT LLC

/s/ Richard Weinblatt
Stamatios Stamoulis (#4606)
Richard Charles Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Select Retrieval, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com

*Attorneys for Barneys New York Inc., Ross-Simons of Warwick, Inc. and Staples, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Mary B. Graham (#2256)
Julia Heaney (#3052)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
jtigan@mnat.com

*Attorneys for American Greetings Corporation, B & H Foto & Electronics Corp., Bluefly Inc., Brown Shoe Company Inc., CPA2BIZ, Inc., Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics Inc., Oriental Trading Company Inc., Redcats USA Inc., Scholastic Corporation, and Under Armour Inc.*

ASHBY & GEDDES

*/s/ John G. Day*
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), and Skymall Inc.*

COZEN O'CONNOR

 /s/ *Joseph Bellew*
Barry Klayman (#3676)
Joseph Bellew (#4816)
1201 North Market Street
Suite 1001
Wilmington, Delaware 19801
(302) 295-2000
bklayman@cozen.com
jbellew@cozen.com

*Attorneys for Paragon Sporting Goods Co LLC*

POTTER ANDERSON & CORROON LLP

 /s/ *Richard L. Horwitz*
Richard L. Horwitz (#2246)
David Ellis Moore (#3983)
Bindu A. Palapura
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Crocs Inc.*

POTTER ANDERSON & CORROON LLP

 /s/ *Philip A. Rovner*
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Liberty Interactive Corp.*

PROCTOR HEYMAN LLP

/s/ Meghan A. Adams
Patricia L. Enerio (#3728)
Meghan A. Adams (#4981)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
penerio@proctorheyman.com
madams@proctorheyman.com

*Attorneys for Karmaloop Inc.*

RICHARDS, LAYTON & FINGER, PA

/s/ Elizabeth R. He
Frederick L. Cottrell, III (#2555)
Elizabeth Rui He (#5345)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
cottrell@rlf.com
he@rlf.com

*Attorneys for PC Connection Inc.*

ROSENTHAL, MONHAIT & GODDESS, P.A.

/s/ Carmella P. Keener
Carmella P. Keener (#2810)
919 N. Market Street, Suite 1401
Wilmington, DE  19801
(302) 656-4433
ckeener@rmgglaw.com

*Attorneys for ToolFetch, LLC*

SWARTZ CAMPBELL LLC

*/s/ Nicholas E. Skiles*
Nicholas E. Skiles (#5066)
300 Delaware Avenue, Suite 1410
P.O. Box 330
Wilmington, DE  19801
(302) 656-5935
nskiles@swartzcampbell.com

*Attorneys for Hayneedle, Inc.*

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
Karen L. Pascale (#2903)
James L. Higgins (#5021)
Rodney Square
1000 North King Street
Wilmington, DE  19801
302-571-6600
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Overstock.com Inc.*

PROCTOR HEYMAN LLP

 /s/ *Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Macys.com, Inc.*

OF COUNSEL:

THE WEBB LAW FIRM
Kent E. Baldauf, Jr.
E-mail: kbaldaufjr@webblaw.com
Bryan P. Clark
E-mail: bclark@webblaw.com
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

PEPPER HAMILTON LLP

/s/ *James G. McMillan, III*
Edmond D. Johnson (No. 2257)
James G. McMillan, III (No. 3979)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500
johnsone@pepperlaw.com
mcmillaj@pepperlaw.com

*Attorneys for Defendant BabyAge.com*


SO ORDERED on this _____ day of November, 2012

_____
United States District Judge

{00685506;v1 }                              6