IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL OF UNDER ARMOUR, INC.
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Under Armour, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 5, 2012.                          Respectfully submitted,

/s/ Beth Moskow-Schnoll                           /s/ Richard C. Weinblatt
Beth Moskow-Schnoll (I.D. #2900)                  Stamatios Stamoulis (#4606)
BALLARD SPAHR LLP                                 Richard C. Weinblatt (#5080)
919 N. Market Street, 11th Floor                  STAMOULIS & WEINBLATT LLC
Wilmington, DE 19801-3034                         Two Fox Point Centre
(302) 252-4465                                    6 Denny Road, Suite 307
moskowb@ballardspahr.com                          Wilmington, DE 19809
                                                  (302) 999-1540
Harold C. Moore                                   stamoulis@swdelaw.com
MAGINOT, MOORE & BECK                             weinblatt@swdelaw.com
Chase Tower
111 Monument Circle, Suite 3250                   *Attorneys for Plaintiff*
Indianapolis, IN 46204-5109                       *Select Retrieval, LLC*
(317) 638-2922
hcmoore@maginot.Com                               So Ordered this 6th day of November, 2012

*Attorneys for Defendant*                         /s/ Richard G. Andrews
*Under Armour, Inc.*                              United States District Judge

1