IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:11-cv-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiff and Defendant ToolFetch, LLC ("ToolFetch"), through their undersigned counsel and subject to approval of the Court, that the time for ToolFetch to produce Core Documents pursuant to Paragraph 3(ii) of the Court's Scheduling Order entered August 27, 2012 (D.I. 385) is extended through and including November 16, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | ROSENTHAL, MONHAIT & GODDESS, P.A. |
| /s/ Richard Charles Weinblatt | /s/ Carmella P. Keener |
| Stamatios Stamoulis (#4606) | Carmella P. Keener (#2810) |
| Richard Charles Weinblatt (#5080) | 919 N. Market Street, Suite 1401 |
| Two Fox Point Centre | Wilmington, DE 19801 |
| 6 Denny Road, Suite 307 | (302) 656-4433 |
| Wilmington, DE 19809 | ckeener@rmgglaw.com |
| (302) 999-1540 | *Attorneys for ToolFetch, LLC* |
| stamoulis@swdelaw.com | |
| weinblatt@swdelaw.com | |
| *Attorneys for Select Retrieval LLC* | |

SO ORDERED on this _____ day of November, 2012.

_____
United States District Judge