IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by and between Plaintiff Select Retrieval, LLC and Defendant Barneys New York, Inc. ("Barneys"), subject to the approval of the Court, that the time for Barneys to produce core technical documents pursuant to Paragraph 3(a)(ii) of the Scheduling Order (D.I. 385) is extended through and including November 16, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard Charles Weinblatt* | */s/ Jennifer Ying* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard Charles Weinblatt (#5080) | Julia Heaney (#3052) |
| Two Fox Point Centre | Jennifer Ying (#5550) |
| 6 Denny Road, Suite 307 | 1201 North Market Street |
| Wilmington, DE 19809 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| *Attorneys for Select Retrieval LLC* | jheaney@mnat.com |
| | jying@mnat.com |
| | *Attorneys for Barneys New York Inc.* |

November 6, 2012
6005188

SO ORDERED this _____ day of November, 2012.

_____
United States District Judge