IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-812 (RGA) |
| | ) | |
| AMERIMARK DIRECT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of the following:

**(1) *Defendant Scholastic Corporation's Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(2) *Defendant American Greetings Corporation's Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(3) *Defendant Bluefly, Inc. Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(4) *Defendant Cpa2biz, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(5) *Defendant Dillard's, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(6) *Defendant Ebags, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(7) *Defendant J&P Cycles, LLC's Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(8) *Defendant J&R Electronics, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(9) *Defendant Oriental Trading Company, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(10) *Defendant Redcats Usa, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);***

**(11)** *Defendant Hanover Direct, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);*

**(12)** *Defendant B&H Foto & Electronics Corp.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Requests for Production (Nos. 1-65);*

**(13)** *Defendant American Greetings Corporation's Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(14)** *Defendant Bluefly, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(15)** *Defendant Cpa2biz, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(16)** *Defendant Dillard's, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(17)** *Defendant Ebags, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(18)** *Defendant J&P Cycles, LLC's Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(19)** *Defendant J&R Electronics, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(20)** *Defendant Oriental Trading Company, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(21)** *Defendant Redcats USA, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(22)** *Defendant Scholastic Corporation's Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6);*

**(23)** *Defendant B&H Foto & Electronics Corp.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6); and*

**(24)** *Defendant Hanover Direct, Inc.'s Responses to Plaintiff Select Retrieval, LLC's First Set of Interrogatories (Nos. 1-6),*

were caused to be served on November 7, 2012, upon the following in the manner indicated.

## BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc.*<br>*Staples Inc. and Ross-Simons of Warwick,*<br>*Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |
| *Attorneys for Barneys New York Inc.* | Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com |

| | |
|---|---|
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com |
| | Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for CPA2BIZ, Inc.* | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |
| *Attorneys for CPA2BIZ, Inc.* | Eugene Chang<br>WILKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>(212) 728-8000<br>(212) 728-8111<br>echang@wilkie.com |
| | Christopher P. Broderick<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com |
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Bluefly Inc., Cpa2biz, Inc.'s, Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics, Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |

4

*Attorneys for American Greetings*
*Corporation, B & H Foto and Electronics,*
*Corp., Bluefly Inc., Cpa2biz, Inc.'s,*
*Dillard's Inc., eBags, Inc., Hanover Direct*
*Inc., J & P Cycles LLC, J & R Electronics,*
*Inc., Oriental Trading Company Inc.,*
*Redcats USA Inc. and Scholastic*
*Corporation*

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414
cbroderick@orrick.com
kjohnson-mckewan@orrick.com
cvonderahe@orrick.com

*Attorneys for Crocs Inc.*

Natalie Hanlon-Leh
Jared B. Briant
FAEGRE BAKER DANIELS
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203-4532
(303) 607-3500
natalie.hanlonleh@faegrebd.com
jared.briant@faegrebd.com

*Attorneys for Scholastic Corporation*

Brian D. Siff
Gina M. Bassi
SCHIFF HARDIN LLP
666 Fifth Avenue
Suite 1700
New York, NY  10103
(212) 745-0847
(212) 745-9551
bsiff@schiffhardin.com
gbassi@schiffhardin.com

*Attorneys for Crocs Inc.*

Richard L. Horwitz
David Ellis Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

| | |
|---|---|
| *Attorneys for Babyage.com Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com |
| *Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall Inc.* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Attorneys for Charming Shoppes Inc.,* | Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON & BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com |
| | William H. Baker<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com |

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III |
| | Elizabeth Rui He |
| | RICHARDS, LAYTON & FINGER, PA |
| | One Rodney Square |
| | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 658-6541 |
| | cottrell@rlf.com |
| | he@rlf.com |
| | |
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie |
| | Aaron Moore |
| | FOLEY & LARDNER LLP |
| | 111 Huntington Avenue |
| | Suite 2600 |
| | Boston, MA 02199-7610 |
| | (617) 342-4000 |
| | mlowrie@foley.com |
| | amoore@foley.com |
| | |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles |
| | SWARTZ CAMPBELL LLC |
| | 300 Delaware Avenue, Suite 1410 |
| | P.O. Box 330 |
| | Wilmington, DE  19801 |
| | (302) 656-5935 |
| | nskiles@swartzcampbell.com |
| | |
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson |
| | James M. Sulentic |
| | KUTAK ROCK LLP |
| | 1650 Farnam Street |
| | Omaha, NE  68102 |
| | (402) 346-6000 |
| | jason.jackson@kutakrock.com |
| | james.sulentic@kutakrock.com |

*Attorneys for J & R Electronics Inc.*

David C. Bohrer
Jessie J. Ho
Jackie Lara
CONFLUENCE LAW PARTNERS
60 South Market Street, Suite 1400
San Jose, CA 95113
(408) 938-3882
dbohrer@confluencelaw.com
jho@confluencelaw.com
jlara@confluencelaw.com

J. Pat Heptig
HEPTIG LAW GROUP, LTD.
1700 Pacific Avenue, Suite 2650
Dallas, TX 75201
(214) 451-2154
pheptig@heptiglaw.com

*Attorneys for Karmaloop Inc.*

Patricia L. Enerio
Meghan Adams
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
penerio@proctorheyman.com
madams@proctorheyman.com

*Attorneys for Karmaloop Inc.*

Merton E. Thompson IV
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
(617) 345-3000
mthompson@burnslev.com
acapachietti@burnslev.com

*Attorneys for Liberty Interactive Corp.*

Philip A. Rovner
Jonathan A. Choa
POTTER ANDERSON & CORROON
Hercules Plaza
P.O. Box 951
Wilmington, DE  19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

8

*Attorneys for Liberty Interactive Corp.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(214) 953-6500
tim.durst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com

*Attorneys for Macy's Inc.*

Dominick T. Gattuso
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com

*Attorneys for Macy's Inc.*

Kent E. Baldauf, Jr.
James Bosco
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA  15222
kbaldaufjr@webblaw.com
jbosco@webblaw.com
bclark@webblaw.com

*Attorneys for Redcats USA Inc.*

Matias Ferrario
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101-2400
(336) 607-7475
mferrario@kilpatricktownsend.com

*Attorneys for Overstock.com Inc.*

Karen L. Pascale
James L. Higgins
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
302-571-6600
kpascale@ycst.com
jhiggins@ycst.com

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |
| *Attorneys for ToolFetch, LLC* | Carmella P. Keener<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE  19801<br>(302) 656-4433<br>ckeener @rmgglaw.com |

| | |
|---|---|
| *Attorneys for ToolFetch, LLC* | Stephen Lowey<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| *Attorneys for Wal-Mart Stores Inc.* | Gregory B. Williams<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Ste 1300<br>Wilmington, DE  19801<br>(302) 622-4211<br>gwilliams@foxrothschild.com |
| *Attorneys for Wal-Mart Stores Inc.* | Derek Swanson<br>David E. Finkelson<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA  23219<br>(804) 775-1157<br>dswanson@mcguirewoods.com<br>dfinkelson@mcguirewoods.com |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

_____

Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for American Greetings Corporation,*
*B & H Foto and Electronics, Corp., Bluefly Inc.,*
*Cpa2biz, Inc.'s, Dillard's Inc., eBags, Inc.,*
*Hanover Direct Inc., J & P Cycles LLC, J & R*
*Electronics, Inc., Oriental Trading Company Inc.,*
*Redcats USA Inc. and Scholastic Corporation*

OF COUNSEL:

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414


November 7, 2012
6626314

12

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on November 7, 2012 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc.*<br>*Staples Inc. and Ross-Simons of Warwick,*<br>*Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

*Attorneys for Barneys New York Inc.*

Steven Bauer
Jared T. Kelly
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600
sbauer@proskauer.com
jkelly@proskauer.com

*Attorneys for Ross-Simons of Warwick, Inc.*

William R. Grimm
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109-1775
wgrimm@haslaw.com

Stephen J. Carlotti
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
scarlotti@haslaw.com

*Attorneys for CPA2BIZ, Inc.*

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com

*Attorneys for CPA2BIZ, Inc.*

Eugene Chang
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
(212) 728-8000
(212) 728-8111
echang@wilkie.com

Christopher P. Broderick
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414
cbroderick@orrick.com

| | |
|---|---|
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Bluefly Inc., Cpa2biz, Inc.'s, Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics, Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Bluefly Inc., Cpa2biz, Inc.'s, Dillard's Inc., eBags, Inc., Hanover Direct Inc., J & P Cycles LLC, J & R Electronics, Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation* | Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com<br>kjohnson-mckewan@orrick.com<br>cvonderahe@orrick.com |
| *Attorneys for Crocs Inc.* | Natalie Hanlon-Leh<br>Jared B. Briant<br>FAEGRE BAKER DANIELS<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>natalie.hanlonleh@faegrebd.com<br>jared.briant@faegrebd.com |
| *Attorneys for Scholastic Corporation* | Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com |

| | |
|---|---|
| *Attorneys for Crocs Inc.* | Richard L. Horwitz |
| | David Ellis Moore |
| | Bindu A. Palapura |
| | POTTER ANDERSON & CORROON LLP |
| | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| | P.O. Box 951 |
| | Wilmington, DE 19899-0951 |
| | (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| | |
| *Attorneys for Babyage.com Inc.* | Edmond D. Johnson |
| | James G. McMillan, III |
| | Pepper Hamilton LLP |
| | Hercules Plaza, Suite 5100 |
| | 1313 N. Market Street |
| | Wilmington, DE  19801 |
| | (302) 777-6500 |
| | johnsone@pepperlaw.com |
| | mcmillanj@pepperlaw.com |
| | |
| *Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall Inc.* | John G. Day |
| | Tiffany Geyer Lydon |
| | Andrew C. Mayo |
| | ASHBY & GEDDES |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | (302) 654-1888 |
| | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| | amayo@ashby-geddes.com |

*Attorneys for Charming Shoppes Inc.,*            Robert L. Lee
                                                  Holly S. Hawkins
                                                  Joshua M. Weeks
                                                  ALSTON & BIRD
                                                  1201 West Peachtree Street
                                                  Atlanta, GA 30309
                                                  (404) 881-7000
                                                  bob.lee@alston.com
                                                  holly.hawkins@alston.com
                                                  joshua.weeks@alston.com

                                                  William H. Baker
                                                  ALSTON & BIRD
                                                  90 Park Avenue
                                                  New York, NY 10016
                                                  (212) 210-9400
                                                  bill.baker@alston.com

*Attorneys for PC Connection Inc.*                Frederick L. Cottrell, III
                                                  Elizabeth Rui He
                                                  RICHARDS, LAYTON & FINGER, PA
                                                  One Rodney Square
                                                  920 N. King Street
                                                  Wilmington, DE 19801
                                                  (302) 658-6541
                                                  cottrell@rlf.com
                                                  he@rlf.com

*Attorneys for PC Connection Inc.*                Matthew B. Lowrie
                                                  Aaron Moore
                                                  FOLEY & LARDNER LLP
                                                  111 Huntington Avenue
                                                  Suite 2600
                                                  Boston, MA 02199-7610
                                                  (617) 342-4000
                                                  mlowrie@foley.com
                                                  amoore@foley.com

*Attorneys for Hayneedle, Inc.*                   Nicholas E. Skiles
                                                  SWARTZ CAMPBELL LLC
                                                  300 Delaware Avenue, Suite 1410
                                                  P.O. Box 330
                                                  Wilmington, DE  19801
                                                  (302) 656-5935
                                                  nskiles@swartzcampbell.com

5

*Attorneys for Hayneedle Inc.*                    Jason S. Jackson
                                                  James M. Sulentic
                                                  KUTAK ROCK LLP
                                                  1650 Farnam Street
                                                  Omaha, NE  68102
                                                  (402) 346-6000
                                                  jason.jackson@kutakrock.com
                                                  james.sulentic@kutakrock.com

*Attorneys for J & R Electronics Inc.*            David C. Bohrer
                                                  Jessie J. Ho
                                                  Jackie Lara
                                                  CONFLUENCE LAW PARTNERS
                                                  60 South Market Street, Suite 1400
                                                  San Jose, CA 95113
                                                  (408) 938-3882
                                                  dbohrer@confluencelaw.com
                                                  jho@confluencelaw.com
                                                  jlara@confluencelaw.com

                                                  J. Pat Heptig
                                                  HEPTIG LAW GROUP, LTD.
                                                  1700 Pacific Avenue, Suite 2650
                                                  Dallas, TX 75201
                                                  (214) 451-2154
                                                  pheptig@heptiglaw.com

*Attorneys for Karmaloop Inc.*                    Patricia L. Enerio
                                                  Meghan Adams
                                                  PROCTOR HEYMAN LLP
                                                  300 Delaware Avenue, Suite 200
                                                  Wilmington, DE 19801
                                                  (302) 472-7300
                                                  penerio@proctorheyman.com
                                                  madams@proctorheyman.com

*Attorneys for Karmaloop Inc.*                    Merton E. Thompson IV
                                                  Alexandra Capachietti
                                                  BURNS & LEVINSON LLP
                                                  125 Summer Street
                                                  Boston, MA  02110
                                                  (617) 345-3000
                                                  mthompson@burnslev.com
                                                  acapachietti@burnslev.com

| | |
|---|---|
| *Attorneys for Liberty Interactive Corp.* | Philip A. Rovner |
| | Jonathan A. Choa |
| | POTTER ANDERSON & CORROON |
| | Hercules Plaza |
| | P.O. Box 951 |
| | Wilmington, DE  19899 |
| | (302) 984-6000 |
| | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| | |
| *Attorneys for Liberty Interactive Corp.* | Timothy S. Durst |
| | Matthew Colagrosso |
| | Keith Willis |
| | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue |
| | Dallas, TX  75201 |
| | (214) 953-6500 |
| | tim.durst@bakerbotts.com |
| | matthew.colagrosso@bakerbotts.com |
| | keith.willis@bakerbotts.com |
| | |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso |
| | PROCTOR HEYMAN LLP |
| | 300 Delaware Avenue, Suite 200 |
| | Wilmington, DE  19801 |
| | dgattuso@proctorheyman.com |
| | |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr. |
| | James Bosco |
| | Bryan P. Clark |
| | THE WEBB LAW FIRM |
| | One Gateway Center |
| | 420 Fort Duquesne, Suite 1200 |
| | Pittsburgh, PA  15222 |
| | kbaldaufjr@webblaw.com |
| | jbosco@webblaw.com |
| | bclark@webblaw.com |
| | |
| *Attorneys for Redcats USA Inc.* | Matias Ferrario |
| | KILPATRICK TOWNSEND & STOCKTON LLP |
| | 1001 West Fourth Street |
| | Winston-Salem, NC  27101-2400 |
| | (336) 607-7475 |
| | mferrario@kilpatricktownsend.com |

7

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |

*Attorneys for ToolFetch, LLC*

Carmella P. Keener
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE  19801
(302) 656-4433
ckeener @rmgglaw.com

*Attorneys for ToolFetch, LLC*

Stephen Lowey
Sung-Min Lee
LOWEY DANNENBERG COHEN & HART P.C.
White Plains Plaza
One North Broadway
White Plains, NY  10601-2310
slowey@lowey.com
slee@lowey.com

*Attorneys for Wal-Mart Stores Inc.*

Gregory B. Williams
FOX ROTHSCHILD LLP
919 N. Market Street, Ste 1300
Wilmington, DE  19801
(302) 622-4211
gwilliams@foxrothschild.com

*Attorneys for Wal-Mart Stores Inc.*

Derek Swanson
David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
(804) 775-1157
dswanson@mcguirewoods.com
dfinkelson@mcguirewoods.com

*/s/ Julia Heaney*

_____

Julia Heaney (#3052)

9