IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-LPS |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Select Retrieval, LLC and Defendant SkyMall Inc. ("SkyMall"), subject to the Court's approval, that the time for SkyMall to produce core documents pursuant to Paragraph 3(a)(ii) of the Scheduling Order (D.I. 385) is extended through and including November 16, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT | ASHBY & GEDDES |
| | |
| */s/ Richard C. Weinblatt* | */s/ Tiffany Geyer Lydon* |
| ──────────────────────── | ──────────────────────── |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Tiffany Geyer Lydon (#3950) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant SkyMall Inc.* |

**SO ORDERED** this _____ day of November, 2012.

──────────────────────────────
United States District Judge

{00688102;v1 }