IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-812-RGA |
| | : | |
| AMERIMARK DIRECT LLC, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 9, 2012, a true and correct copy of Defendant Karmaloop, Inc.'s Disclosure Pursuant to Paragraph 4.B of the Default Standard for Discovery, Including Discovery of Electronically Stored Information were served via Federal Express on the following:

>Steven R. Daniels
>E-mail: sdaniels@farneydaniels.com
>Maeghan E. Whitehead
>E-mail: mwhitehead@farneydaniels.com
>FARNEY DANIELS LLP
>800 South Austin Ave., Suite 200
>Georgetown, TX  78626
>(512) 582-2828

>PROCTOR HEYMAN LLP

>*/s/ Patricia L. Enerio*
>Patricia L. Enerio (# 3728)
>E-mail:  penerio@proctorheyman.com
>Meghan A. Adams (# 4981)
>E-mail:  madams@proctorheyman.com
>300 Delaware Avenue, Suite 200
>Wilmington, DE 19801
>(302) 472-7300

>Attorneys for Karmaloop, Inc.

2

OF COUNSEL:

BURNS & LEVINSON LLP
Merton E. Thompson
E-mail:  mthompson@burnslev.com
Alexandra Capachietti
E-mail:  acapachietti@burnslev.com
125 Summer Street
Boston, MA 02110
(617) 345-3000


Dated:  November 9, 2012