IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-RGA |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC and Defendant Ellison Systems Inc. d/b/a Shoplet.com ("Shoplet.com"), subject to the Court's approval, that the time for Defendant Shoplet.com to produce Core Technical Documents, pursuant to Paragraph 3(a)(ii) of the Court's Scheduling Order (D.I. 385), and respond to Plaintiff's First Set of Common Interrogatories and First Set of Common Requests for Production is extended through and including November 26, 2012.

| | |
|---|---|
| STAMOULIS & WEINBLATT | ASHBY & GEDDES |
| /s/ *Richard C. Weinblatt* | /s/ *Andrew C. Mayo* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Tiffany Geyer Lydon (#3950) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | amayo@ashby-geddes.com |
| Dated: November 9, 2012 | *Attorneys for Defendant Ellison Systems Inc. d/b/a Shoplet.com* |

**IT IS SO ORDERED** this ____ day of November, 2012.

_____
United States District Judge

{00688252;v1 }