IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812-RGA |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel for defendant Overstock.com, Inc. ("Overstock") hereby certifies that on November 9, 2012, Overstock made its production of core technical documents pursuant to Paragraph 4.b. of the Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI"), available for download via FTP site to the following counsel of record as indicated below:

### *By E-Mail*

Steven R Daniels [sdaniels@farneydaniels.com]          *Plaintiff, Select Retrieval, LLC*
Maeghan E. Whitehead [mwhitehead@farneydaniels.com]
FARNEY DANIELS LLP
800 S. Austin, Suite 200
Georgetown, Texas 78626-5845

In addition, this Notice of Service was caused to be served on the below-listed counsel of record by the method indicated on November 9, 2012:

### *By E-Mail*

Stamatios Stamoulis [stamoulis@swdelaw.com]          *Plaintiff, Select Retrieval, LLC*
Richard C. Weinblatt [weinblatt@swdelaw.com]
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Deny Road, Suite 307
Wilmington, DE 19809

01:12779625.1

| | |
|---|---|
| Steven R Daniels [sdaniels@farneydaniels.com]<br>Maeghan E. Whitehead [mwhitehead@farneydaniels.com]<br>FARNEY DANIELS LLP<br>800 S. Austin, Suite 200<br>Georgetown, Texas 78626-5845 | *Plaintiff, Select Retrieval, LLC* |
| James G. McMillan, III [mcmillanj@pepperlaw.com]<br>Edmond D. Johnson [johnsone@pepperlaw.com]<br>Pepper Hamilton LLP<br>1313 Market Street, Suite 5100<br>P.O. Box 1709<br>Wilmington, DE 19899-1709 | *Defendant Babyage.com Inc.* |
| John G. Day [jday@ashby-geddes.com]<br>Andrew C. Mayo [amayo@ashby-geddes.com]<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899 | *Defendants Ann, Inc.;*<br>*Charming Shoppes;*<br>*Ellison Systems Inc. d/b/a Shoplet.com*<br>*SkyMall Inc.;* |
| Jack B. Blumenfeld [jblumenfeld@mnat.com]<br>Julia Heaney [jheaney@mnat.com]<br>Jennifer Ying [jying@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendants American Greetings Corporation;*<br>*Barneys New York, Inc.; B & H Foto & Electronics Corp.;*<br>*Bluefly, Inc.; Brown Shoe Company, Inc.;*<br>*Dillards, Inc.; eBags, Inc.; Hanover Direct, Inc.;*<br>*J&P Cycles LLC; J&R Electronics, Inc.;*<br>*Oriental Trading Company, Inc.;Redcats USA, Inc.;*<br>*Ross-Simons of Warwick, Inc.; Scholastic Corporation; Staples Inc.* |
| Richard L. Horwitz [rhorwitz@potteranderson.com]<br>David Ellis Moore [dmoore@potteranderson.com]<br>Bindu A. Palapura [bpalapura@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendants Crocs, Inc.;* |
| Philip A. Rovner [provner@potteranderson.com]<br>POTTER ANDERSON & CORROON, LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951 | *Defendant Liberty Interactive Corporation* |
| Patricia L. Enerio [penerio@proctorheyman.com]<br>Meghan A. Adams [madams@proctorheyman.com]<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington DE 19801 | *Defendant Karmaloop, Inc.* |

| | |
|---|---|
| Mary B. Graham [mgraham@mnat.com]<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | *Defendants CPA2BIZ Inc.* |
| Dominick T. Gattuso [dgattuso@proctorheyman.com]<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801 | *Defendant Macy's Inc.* |
| Gregory Brian Williams [gwilliams@foxrothschild.com]<br>FOX ROTHSCHILD LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323 | *Defendant Wal-Mart Stores, Inc.* |
| Carmella P. Keener [ckeener@rmgglaw.com]<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Citizens Bank Center<br>Wilmington, DE 19801 | *Defendant Toolfetch LLC* |
| Joseph J. Bellew [jbellew@cozen.com]<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1400<br>Citizens Bank Center<br>Wilmington, DE 19801 | *Defendant Paragon Sporting Goods Co. LLC* |
| Nicholas E. Skiles [nskiles@swartzcampbell.com]<br>SWARTZ CAMPBELL LLP<br>300 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801 | *Defendant Hayneedle, Inc.* |
| Frederick L. Cottrell, III [cottrell@rlf.com]<br>Elizabeth Rui He [he@rlf.com]<br>RICHARDS LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801 | *Defendant PC Connection Inc.* |

|  |  |
|---|---|
| November 9, 2012 | **YOUNG CONAWAY STARGATT & TAYLOR LLP**<br><br>*/s/ Karen L. Pascale*<br>_____<br>Karen L. Pascale (#2903) *[kpascale@ycst.com]*<br>James L. Higgins (#5021) *[jhiggins@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br><br>*Attorneys for Defendant Overstock.com, Inc.* |

OF COUNSEL:

John H. Barr, Jr.
Christopher A. Shield
John A. Yates
Timothy R. Geiger
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300