IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-812 (RGA) |
| | ) | |
| AMERIMARK DIRECT, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Core Technical Documents of American Greetings Corp., B&H Foto & Electronics Corp., BlueFly, Inc., CPA2BIZ, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles LLC, J&R Electronics, Inc., Oriental Trading Co., and RedCats USA, Inc. were caused to be served on November 9, 2012, upon the following in the manner indicated.

## BY FEDERAL EXPRESS and E-MAIL

*Attorneys for Select Retrieval LLC*

Steven R. Daniels
Maeghan E. Whitehead
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for American Greetings Corporation,*
*B & H Foto and Electronics, Corp., Bluefly Inc.,*
*CPA2BIZ, Inc.'s, Dillard's Inc., eBags, Inc.,*
*Hanover Direct Inc., J & P Cycles LLC, J & R*
*Electronics, Inc., Oriental Trading Company Inc.,*
*Redcats USA Inc.*

OF COUNSEL:

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414

November 12, 2012
6684295

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on November 12, 2012 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc.*<br>*Staples Inc. and Ross-Simons of Warwick,*<br>*Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

*Attorneys for Barneys New York Inc.*

Steven Bauer
Jared T. Kelly
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110
(617) 526-9600
sbauer@proskauer.com
jkelly@proskauer.com

*Attorneys for Ross-Simons of Warwick, Inc.*

William R. Grimm
HINCKLEY, ALLEN & SNYDER LLP
28 State Street
Boston, MA 02109-1775
wgrimm@haslaw.com

Stephen J. Carlotti
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
scarlotti@haslaw.com

*Attorneys for CPA2BIZ, Inc.*

Mary B. Graham
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com

*Attorneys for CPA2BIZ, Inc.*

Eugene Chang
WILKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, N.Y. 10019-6099
(212) 728-8000
(212) 728-8111
echang@wilkie.com

Christopher P. Broderick
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414
cbroderick@orrick.com

2

| | |
|---|---|
| *Attorneys for Crocs Inc.* | Natalie Hanlon-Leh<br>Jared B. Briant<br>FAEGRE BAKER DANIELS<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>natalie.hanlonleh@faegrebd.com<br>jared.briant@faegrebd.com |
| *Attorneys for Scholastic Corporation* | Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com |
| *Attorneys for Crocs Inc.* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Babyage.com Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com |

3

| | |
|---|---|
| *Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall Inc.* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Attorneys for Charming Shoppes Inc.,* | Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON & BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br><br>William H. Baker<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com |

4

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie |
| | Aaron Moore |
| | FOLEY & LARDNER LLP |
| | 111 Huntington Avenue |
| | Suite 2600 |
| | Boston, MA 02199-7610 |
| | (617) 342-4000 |
| | mlowrie@foley.com |
| | amoore@foley.com |
| | |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles |
| | SWARTZ CAMPBELL LLC |
| | 300 Delaware Avenue, Suite 1410 |
| | P.O. Box 330 |
| | Wilmington, DE  19801 |
| | (302) 656-5935 |
| | nskiles@swartzcampbell.com |
| | |
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson |
| | James M. Sulentic |
| | KUTAK ROCK LLP |
| | 1650 Farnam Street |
| | Omaha, NE  68102 |
| | (402) 346-6000 |
| | jason.jackson@kutakrock.com |
| | james.sulentic@kutakrock.com |
| | |
| *Attorneys for J & R Electronics Inc.* | David C. Bohrer |
| | Jessie J. Ho |
| | Jackie Lara |
| | CONFLUENCE LAW PARTNERS |
| | 60 South Market Street, Suite 1400 |
| | San Jose, CA 95113 |
| | (408) 938-3882 |
| | dbohrer@confluencelaw.com |
| | jho@confluencelaw.com |
| | jlara@confluencelaw.com |
| | |
| | J. Pat Heptig |
| | HEPTIG LAW GROUP, LTD. |
| | 1700 Pacific Avenue, Suite 2650 |
| | Dallas, TX 75201 |
| | (214) 451-2154 |
| | pheptig@heptiglaw.com |

| | |
|---|---|
| *Attorneys for Karmaloop Inc.* | Patricia L. Enerio<br>Meghan Adams<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>penerio@proctorheyman.com<br>madams@proctorheyman.com |
| *Attorneys for Karmaloop Inc.* | Merton E. Thompson IV<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>(617) 345-3000<br>mthompson@burnslev.com<br>acapachietti@burnslev.com |
| *Attorneys for Liberty Interactive Corp.* | Philip A. Rovner<br>Jonathan A. Choa<br>POTTER ANDERSON & CORROON<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Liberty Interactive Corp.* | Timothy S. Durst<br>Matthew Colagrosso<br>Keith Willis<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201<br>(214) 953-6500<br>tim.durst@bakerbotts.com<br>matthew.colagrosso@bakerbotts.com<br>keith.willis@bakerbotts.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com |

6

*Attorneys for Macy's Inc.*                      Kent E. Baldauf, Jr.
                                                 James Bosco
                                                 Bryan P. Clark
                                                 THE WEBB LAW FIRM
                                                 One Gateway Center
                                                 420 Fort Duquesne, Suite 1200
                                                 Pittsburgh, PA  15222
                                                 kbaldaufjr@webblaw.com
                                                 jbosco@webblaw.com
                                                 bclark@webblaw.com

*Attorneys for Redcats USA Inc.*                 Matias Ferrario
                                                 KILPATRICK TOWNSEND & STOCKTON LLP
                                                 1001 West Fourth Street
                                                 Winston-Salem, NC  27101-2400
                                                 (336) 607-7475
                                                 mferrario@kilpatricktownsend.com

*Attorneys for Overstock.com Inc.*               Karen L. Pascale
                                                 James L. Higgins
                                                 YOUNG, CONAWAY, STARGATT & TAYLOR LLP
                                                 Rodney Square
                                                 1000 North King Street
                                                 Wilmington, DE  19801
                                                 302-571-6600
                                                 kpascale@ycst.com
                                                 jhiggins@ycst.com

*Attorneys for Overstock.com Inc.*               John H. Barr, Jr.
                                                 Christopher A. Shield
                                                 John A. Yates
                                                 Robert D. Ayers, Jr.
                                                 BRACEWELL & GIULIANI LLP
                                                 711 Louisiana Street, Suite 2300
                                                 Houston, TX  77002-2770
                                                 (713) 223-2300
                                                 johnbarr@bgllp.com
                                                 chris.shield@bgllp.com
                                                 jay.yates@bgllp.com
                                                 robert.ayers@bgllp.com

| | |
|---|---|
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |
| *Attorneys for ToolFetch, LLC* | Carmella P. Keener<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE  19801<br>(302) 656-4433<br>ckeener @rmgglaw.com |
| *Attorneys for ToolFetch, LLC* | Stephen Lowey<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| *Attorneys for Wal-Mart Stores Inc.* | Gregory B. Williams<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Ste 1300<br>Wilmington, DE  19801<br>(302) 622-4211<br>gwilliams@foxrothschild.com |

*Attorneys for Wal-Mart Stores Inc.*

Derek Swanson
David E. Finkelson
MCGUIREWOODS LLP
One James Center
901 E. Cary Street
Richmond, VA  23219
(804) 775-1157
dswanson@mcguirewoods.com
dfinkelson@mcguirewoods.com

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)