IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Core Technical Documents of Scholastic Corporation were caused to be served on November 9, 2012, upon the following in the manner indicated.

## BY FEDERAL EXPRESS and E-MAIL

*Attorneys for Select Retrieval LLC*    Steven R. Daniels
Maeghan E. Whitehead
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Scholastic Corporation* |

OF COUNSEL:

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414

Brian D. Siff
Gina M. Bassi
SCHIFF HARDIN LLP
666 Fifth Avenue
Suite 1700
New York, NY  10103
(212) 745-0847
(212) 745-9551
bsiff@schiffhardin.com
gbassi@schiffhardin.com

November 12, 2012
6686072

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2012, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on November 12, 2012 upon the following in the manner indicated:

## **BY E-MAIL**

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc. Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

| | |
|---|---|
| *Attorneys for Barneys New York Inc.* | Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for CPA2BIZ, Inc.* | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com |
| *Attorneys for CPA2BIZ, Inc.* | Eugene Chang<br>WILKIE FARR & GALLAGHER LLP<br>787 Seventh Avenue<br>New York, N.Y. 10019-6099<br>(212) 728-8000<br>(212) 728-8111<br>echang@wilkie.com<br><br>Christopher P. Broderick<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com |

| | |
|---|---|
| *Attorneys for Crocs Inc.* | Natalie Hanlon-Leh<br>Jared B. Briant<br>FAEGRE BAKER DANIELS<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>natalie.hanlonleh@faegrebd.com<br>jared.briant@faegrebd.com |
| *Attorneys for Crocs Inc.* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Babyage.com Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE  19801<br>(302) 777-6500<br>johnsone@pepperlaw.com<br>mcmillanj@pepperlaw.com |
| *Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall Inc.* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |

| | |
|---|---|
| *Attorneys for Charming Shoppes Inc.,* | Robert L. Lee |
| | Holly S. Hawkins |
| | Joshua M. Weeks |
| | ALSTON & BIRD |
| | 1201 West Peachtree Street |
| | Atlanta, GA 30309 |
| | (404) 881-7000 |
| | bob.lee@alston.com |
| | holly.hawkins@alston.com |
| | joshua.weeks@alston.com |
| | |
| | William H. Baker |
| | ALSTON & BIRD |
| | 90 Park Avenue |
| | New York, NY 10016 |
| | (212) 210-9400 |
| | bill.baker@alston.com |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III |
| | Elizabeth Rui He |
| | RICHARDS, LAYTON & FINGER, PA |
| | One Rodney Square |
| | 920 N. King Street |
| | Wilmington, DE 19801 |
| | (302) 658-6541 |
| | cottrell@rlf.com |
| | he@rlf.com |
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie |
| | Aaron Moore |
| | FOLEY & LARDNER LLP |
| | 111 Huntington Avenue |
| | Suite 2600 |
| | Boston, MA 02199-7610 |
| | (617) 342-4000 |
| | mlowrie@foley.com |
| | amoore@foley.com |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles |
| | SWARTZ CAMPBELL LLC |
| | 300 Delaware Avenue, Suite 1410 |
| | P.O. Box 330 |
| | Wilmington, DE  19801 |
| | (302) 656-5935 |
| | nskiles@swartzcampbell.com |

| | |
|---|---|
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson<br>James M. Sulentic<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE 68102<br>(402) 346-6000<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com |
| *Attorneys for J & R Electronics Inc.* | David C. Bohrer<br>Jessie J. Ho<br>Jackie Lara<br>CONFLUENCE LAW PARTNERS<br>60 South Market Street, Suite 1400<br>San Jose, CA 95113<br>(408) 938-3882<br>dbohrer@confluencelaw.com<br>jho@confluencelaw.com<br>jlara@confluencelaw.com<br><br>J. Pat Heptig<br>HEPTIG LAW GROUP, LTD.<br>1700 Pacific Avenue, Suite 2650<br>Dallas, TX 75201<br>(214) 451-2154<br>pheptig@heptiglaw.com |
| *Attorneys for Karmaloop Inc.* | Patricia L. Enerio<br>Meghan Adams<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>penerio@proctorheyman.com<br>madams@proctorheyman.com |
| *Attorneys for Karmaloop Inc.* | Merton E. Thompson IV<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>(617) 345-3000<br>mthompson@burnslev.com<br>acapachietti@burnslev.com |

| | |
|---|---|
| *Attorneys for Liberty Interactive Corp.* | Philip A. Rovner<br>Jonathan A. Choa<br>POTTER ANDERSON & CORROON<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000<br>provner@potteranderson.com<br>jchoa@potteranderson.com |
| *Attorneys for Liberty Interactive Corp.* | Timothy S. Durst<br>Matthew Colagrosso<br>Keith Willis<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX  75201<br>(214) 953-6500<br>tim.durst@bakerbotts.com<br>matthew.colagrosso@bakerbotts.com<br>keith.willis@bakerbotts.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr.<br>James Bosco<br>Bryan P. Clark<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Fort Duquesne, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufjr@webblaw.com<br>jbosco@webblaw.com<br>bclark@webblaw.com |
| *Attorneys for Redcats USA Inc.* | Matias Ferrario<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>1001 West Fourth Street<br>Winston-Salem, NC  27101-2400<br>(336) 607-7475<br>mferrario@kilpatricktownsend.com |

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>johnbarr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Barry Klayman<br>Joseph Bellew<br>COZEN O'CONNOR<br>Suite 1400, Chase Manhattan Centre<br>1201 North Market Street<br>Wilmington, Delaware 19801<br>(302) 295-2000<br>bklayman@cozen.com<br>jbellew@cozen.com |
| *Attorneys for Paragon Sporting Goods Co LLC* | Martin Pavane<br>Julia Kim<br>COZEN O'CONNOR<br>277 Park Avenue<br>New York, New York 10172<br>(212) 883-4900<br>mpavane@cozen.com<br>jkim@cozen.com |

| | |
|---|---|
| *Attorneys for ToolFetch, LLC* | Carmella P. Keener<br>ROSENTHAL, MONHAIT & GODDESS, P.A.<br>919 N. Market Street, Suite 1401<br>Wilmington, DE  19801<br>(302) 656-4433<br>ckeener @rmgglaw.com |
| *Attorneys for ToolFetch, LLC* | Stephen Lowey<br>Sung-Min Lee<br>LOWEY DANNENBERG COHEN & HART P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY  10601-2310<br>slowey@lowey.com<br>slee@lowey.com |
| *Attorneys for Wal-Mart Stores Inc.* | Gregory B. Williams<br>FOX ROTHSCHILD LLP<br>919 N. Market Street, Ste 1300<br>Wilmington, DE  19801<br>(302) 622-4211<br>gwilliams@foxrothschild.com |
| *Attorneys for Wal-Mart Stores Inc.* | Derek Swanson<br>David E. Finkelson<br>MCGUIREWOODS LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA  23219<br>(804) 775-1157<br>dswanson@mcguirewoods.com<br>dfinkelson@mcguirewoods.com |

*/s/ Julia Heaney*

_____

Julia Heaney (#3052)