# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERIMARK DIRECT LLC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 11-812-RGA <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 9, 2012 true and correct copies of the following document were served on the following counsel of record at the addresses and in the manner indicated:

DEFENDANT LIBERTY INTERACTIVE CORPORATION'S PRODUCTION OF CORE DOCUMENTS

### BY E-MAIL

Stamatios Stamoulis, Esq.
Richard C. Weinblatt, Esq.
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Stamoulis@swdelaw.com
Weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

Steven R. Daniels, Esq.
Maeghan W. Whitehead, Esq.
Farney Daniels LLP
800 S. Austin Avenue, Suite 200
Georgetown, TX 78626-5845
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

*Co-counsel for Plaintiff*
*Select Retrieval, LLC*

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ Philip A. Rovner |
| | Philip A. Rovner (#3215) |
| Timothy S. Durst | Jonathan A. Choa (#5319) |
| Keith D. Willis | Hercules Plaza |
| BAKER BOTTS L.L.P. | P.O. Box 951 |
| 2001 Ross Avenue, Suite 10000 | Wilmington, DE  19899 |
| Dallas, Texas  75201-2980 | (302) 984-6000 |
| (214) 953-6500 | provner@potteranderson.com |
| | jchoa@potteranderson.com |
| Dated:  November 12, 2012 | |
| 1082643 | *Attorneys for Defendant* |
| | *Liberty Interactive Corporation* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Philip A. Rovner, hereby certify that, on November 12, 2012, the within document was electronically filed with the Clerk of the Court using CM-ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/ Philip A. Rovner*
Philip A. Rovner (#3215)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com