IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SELECT RETRIEVAL, LLC,               :
                                     :
              Plaintiff,             :
                                     :
       v.                            :       C.A. No. 11-812-RGA
                                     :
AMERIMARK DIRECT LLC, *et al.*       :       **JURY TRIAL DEMANDED**
                                     :
              Defendants.            :

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 9, 2012, Macy's, Inc.'s core documents

were served via federal express on the following:

> Steven R. Daniels
> E-mail: sdaniels@farneydaniels.com
> FARNEY DANIELS LLP
> 800 South Austin Ave., Suite 200
> Georgetown, TX  78626
> (512) 582-2828

PROCTOR HEYMAN LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

Attorneys for Defendant Macy's Inc.

OF COUNSEL:

THE WEBB LAW FIRM
Kent E. Baldauf, Jr.
E-mail: kbaldaufjr@webblaw.com
Bryan P. Clark
E-mail: bclark@webblaw.com
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

Dated:  November 14, 2012