IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, <br><br> *Plaintiff* <br><br> vs. <br><br> AMERIMARK DIRECT LLC., *et al*. <br><br> *Defendants*. | Civil Action No. 1:11-cv-812-RGA <br><br> DEMAND FOR JURY TRIAL |

## NOTICE OF SERVICE

I hereby certify that on this 9th day of November 2012, Defendant Hayneedle, Inc.'s core documents were served via Federal Express on the following:

    Steven R. Daniels, Esquire
    Maeghan E. Whitehead
    Farney Daniels LLP
    800 S. Austin Avenue, Suite 200
    Georgetown, TX  78626-5845

    Attorneys for Plaintiff
    Select Retrieval, LLC

                                **/s/ Nicholas E. Skiles, Esquire**
                                Nicholas E. Skiles, Esquire (DE ID #3777)
                                Swartz Campbell LLC
                                300 Delaware Avenue, Suite 1410
                                P.O. Box 330
                                Wilmington, DE 19801
                                (302) 656-5935

                                James M. Sulentic (admitted *Pro Hac Vice*)
                                KUTAK ROCK LLP
                                The Omaha Building
                                1650 Farnam Street
                                Omaha, NE  68102-2186
                                (402) 346-6000

                                Attorneys for Defendant
                                Hayneedle, Inc.