# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | : |
| Plaintiff, | : |
| v. | : C.A. No. 11-812 RGA |
| AMERIMARK DIRECT LLC, *et al.*, | : |
| Defendants. | : |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiff and Defendant Paragon Sporting Goods Co., LLC ("Paragon"), through their undersigned counsel and subject to approval of the Court, that the time for Paragon to produce Core Documents pursuant to Paragraph 3(a)(ii) of the Court's Scheduling Order entered August 27, 2012 (D.I. 385) is extended through and including December 14, 2012; and that the time for Plaintiff to produce Initial Infringement Contentions pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 18, 2013.

Dated:  November 19, 2012

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | COZEN O'CONNOR |
| */s/ Richard Charles Weinblatt* | */s/ Joseph J. Bellew* |
| Stamatios Stamoulis (#4606) | Barry M. Klayman (#3676) |
| Richard Charles Weinblatt (#5080) | Joseph J. Bellew (#4816) |
| Two Fox Point Centre | 1201 N. Market Street, Suite 1400 |
| 6 Denny Road, Suite 307 | Wilmington, DE 19801 |
| Wilmington, DE 19809 | (302) 295-2000 |
| (302) 999-1540 | bklayman@cozen.com |
| stamoulis@swdelaw.com | jbellew@cozen.com |
| weinblatt@swdelaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Select Retrieval, LLC* | *Paragon Sporting Goods Co., LLC* |

SO ORDERED on this ____ day of November, 2012

_____
United States District Judge