IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-812-RGA |
| v. ) | |
| ) | |
| AMERIMARK DIRECT, LLC et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC and Defendant Ellison Systems Inc. d/b/a Shoplet.com ("Shoplet.com"), subject to the Court's approval, that the time for Defendant Shoplet.com to produce Core Technical Documents, pursuant to Paragraph 3(a)(ii) of the Court's Scheduling Order (D.I. 385), and respond to Plaintiff's First Set of Common Interrogatories and First Set of Common Requests for Production is extended through and including December 14, 2012; and that the time for Plaintiff to produce Initial Infringement Contentions pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 18, 2013.

| STAMOULIS & WEINBLATT | ASHBY & GEDDES |
|---|---|
| /s/ *Richard C. Weinblatt* | /s/ *Andrew C. Mayo* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Tiffany Geyer Lydon (#3950) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | amayo@ashby-geddes.com |

Dated: November 21, 2012

*Attorneys for Defendant Ellison Systems Inc. d/b/a Shoplet.com*

**IT IS SO ORDERED** this ___ day of November, 2012.

                                                                             _____
                                                                             United States District Judge