IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF TOOLFETCH, LLC
## WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant ToolFetch, LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: November 26, 2012.                                  Respectfully submitted,

/s/ Carmella P. Keener                                     /s/ Richard C. Weinblatt
Carmella P. Keener (#2810)                                 Stamatios Stamoulis (#4606)
ROSENTHAL, MONHAIT & GODDESS, P.A.                         Richard C. Weinblatt (#5080)
919 N. Market Street, Suite 1401                           STAMOULIS & WEINBLATT LLC
Wilmington, DE 19801                                       Two Fox Point Centre
(302) 656-4433                                             6 Denny Road, Suite 307
ckeener@rmgglaw.com                                        Wilmington, DE 19809
                                                           (302) 999-1540
*Attorneys for Defendant*                                  stamoulis@swdelaw.com
*ToolFetch, LLC*                                           weinblatt@swdelaw.com

                                                           *Attorneys for Plaintiff*
                                                           *Select Retrieval, LLC*

So Ordered this 26th day of November, 2012.

_____
United States District Judge

1