IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-LPS |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of November, 2012, **DEFENDANT ANN INC.'S CORE TECHNICAL DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

Maeghan E. Whitehead, Esquire                                         VIA UPS
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, TX  78626


                                                                ASHBY & GEDDES

                                                                /s/ *John G. Day*

                                                                John G. Day (#2403)
                                                                Tiffany Geyer Lydon (#3950)
                                                                Andrew C. Mayo (#5207)
                                                                500 Delaware Avenue, 8th Floor
                                                                P.O. Box 1150
                                                                Wilmington, DE  19801
                                                                (302) 654-1888
                                                                jday@ashby-geddes.com
                                                                tlydon@ashby-geddes.com
                                                                amayo@ashby-geddes.com

                                                                *Attorneys for Defendant Ann Inc.*

{00693444;v1 }

*Of Counsel:*

Robert L. Lee
Holly Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY  10016
(212) 210-9400

Dated:  November 26, 2012