Case 1:11-cv-00812-RGA   Document 532   Filed 11/26/12   Page 1 of 2 PageID #: 3505

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-812-LPS |
| v. ) | |
| ) | |
| AMERIMARK DIRECT, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 9th day of November, 2012, **DEFENDANT CHARMING SHOPPES, INC.'S CORE TECHNICAL DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

Maeghan E. Whitehead, Esquire                                                     VIA UPS
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, TX  78626

                         ASHBY & GEDDES

                         /s/ *John G. Day*

                         John G. Day (#2403)
                         Tiffany Geyer Lydon (#3950)
                         Andrew C. Mayo (#5207)
                         500 Delaware Avenue, 8th Floor
                         P.O. Box 1150
                         Wilmington, DE  19801
                         (302) 654-1888
                         jday@ashby-geddes.com
                         tlydon@ashby-geddes.com
                         amayo@ashby-geddes.com

                         *Attorneys for Defendant Charming Shoppes Inc.*

{00693451;v1 }

*Of Counsel:*

Robert L. Lee
Holly Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
(404) 881-7000

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY  10016
(212) 210-9400

Dated:  November 26, 2012