# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

### ADOBE'S MOTION TO INTERVENE, SEVER, AND STAY PROCEEDINGS PENDING ADJUDICATION OF ADOBE'S DECLARATORY JUDGMENT ACTION

Intervenor Adobe Systems Incorporated ("Adobe"), by and through its undersigned counsel, respectfully moves the Court for an order allowing Adobe to intervene for the limited purposes of severing and staying Select Retrieval's claims against its customers Macy's Inc., Hayneedle Inc., Ross-Simons of Warwick Inc., and Charming Shoppes Inc. pending the resolution of Adobe's declaratory judgment action, *Adobe Systems Incorporated v. Select Retrieval, LLC*, Case No. 12-cv-2342, (S.D. Cal. Sep. 25, 2012). Adobe brings this motion on the ground that the declaratory judgment action is the appropriate case for adjudication of Select Retrieval's claims against the many Adobe licensees and customers Select Retrieval has sued in various jurisdictions, including Macy's, Hayneedle, Ross-Simons, and Charming Shoppes.

The grounds for this motion are fully set forth in the supporting Memorandum of Points and Authorities, the supporting declaration of Virginia K. DeMarchi and exhibits thereto, and the supporting declaration of Steve Hammond and exhibits thereto, filed contemporaneously with this motion.

In the interest of conserving both judicial and party resources, as well as ensuring consistent determination of key issues bearing on its technology, Adobe respectfully requests

that the Court grant Adobe's motion to intervene for a limited purpose, and further that the Court sever and stay Select Retrieval's claims against Adobe's customers Macy's, Hayneedle, Ross-Simons, and Charming Shoppes until the conclusion of Adobe's declaratory judgment action.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104

Dated:  December 3, 2012
1085122 / 39489

By:  /s/ Richard L. Horwitz
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant Adobe Systems Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 3, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 3, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoes Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* | Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* |

| | |
|---|---|
| Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Kjohnson-mckewan@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* | Christina Von der Ahe<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255<br>cvonderahe@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* |
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE 19801<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), and Skymall Inc.* | Robert L. Lee<br>Holly S. Hawkins Saporito<br>Joshua Weeks<br>Alston & Bird<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>bob.lee@aslton.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.* |
| William H. Baker<br>Alston & Bird<br>90 Park Avenue<br>New York, NY 10016<br>bill.baker@alston.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Johnson@pepperlaw.com<br>mcmillan@pepperlaw.com<br>*Attorneys for Defendant BabyAge.com, Inc.* |

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Nicholas E. Skiles
Swartz Campbell LLC
300  Delaware Avenue, Suite 330
Wilmington, DE  19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jared T. Kelly
Steven M. Bauer
William D. Dalsen
Proskauer Rose LLP
One International Place
Boston, MA  02110
jkelly@proskauer.com
sbauer@proskauer.com
wdalsen@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
penerio@proctorheyman.com
madams@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Liberty Media Corporation*

Dominick T. Gattuso
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
*Attorneys for Defendant Macy's Inc*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
mthompson@burnslev.com
acapachietti@burnslev.com
*Attorneys for Defendant Karmaloop, Inc.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX  75201
tdurst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com
*Attorneys for Defendant Liberty Media Corporation*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX  77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

4

| | |
|---|---|
| Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* | Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Barry M. Klayman<br>Joseph J. Bellew<br>Cozen O'Connor<br>1201 N. Market Street, Ste.1400<br>Wilmington, DE  19801<br>bklayman@cozen.com<br>jbellow@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* | Julia S. Kim<br>Martin B. Pavane<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY  10172<br>jkim@cozen.com<br>mpavane@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* |
| William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |
| Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* | Gregory B. Williams<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE  19899<br>gwilliams@foxrothschild.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1028857 / 37313

6