**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-812-RGA |
| ) | |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF VIRGINIA K. DEMARCHI IN SUPPORT OF ADOBE'S
MOTION TO INTERVENE, SEVER, AND STAY PROCEEDINGS PENDING
ADJUDICATION OF ADOBE'S DECLARATORY JUDGMENT ACTION**

I, Virginia K. DeMarchi, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California, a partner at the law firm of Fenwick & West LLP, and counsel for Adobe Systems Incorporated ("Adobe"). I have personal knowledge of the matters set forth herein and, if called upon to do so, could and would testify competently thereto.

2. Counsel for Macy's Inc., Hayneedle Inc., Ross-Simons of Warwick Inc., and Charming Shoppes Inc. have advised that their clients do not oppose Adobe's Motion to Intervene, Sever, and Stay Proceedings Pending Adjudication of Adobe's Declaratory Judgment Action. Counsel for Select Retrieval has advised that their client does oppose the motion.

3. Adobe has moved to intervene, sever where necessary, and stay claims against its customers in actions filed by Select Retrieval in the Southern District of California, the District of Oregon, the Northern District of Illinois, and the District of Maine.

4. Attached hereto as **Exhibit A** is a true and correct copy of the public version of Adobe's complaint in *Adobe Systems, Inc. v. Select Retrieval, LLC*, No. 12-cv-2342-IEG-WMC (S.D. Cal.), which was filed on September 25, 2012.

5. Attached hereto as **Exhibit B** is a true and correct copy of the motion for consolidated pretrial proceedings by numerous defendants before the United States Judicial Panel on Multidistrict Litigation in *In re Select Retrieval, LLC, ('617) Patent Litig.*, MDL No. 2377 (J.P.M.L.) (Dkt. No. 1), which was filed on April 20, 2012.

6. Attached hereto as **Exhibit C** is a true and correct copy of the memorandum in support of the motion for consolidated pretrial proceedings before the United States Judicial Panel on Multidistrict Litigation in *In re Select Retrieval, LLC, ('617) Patent Litig.*, MDL No. 2377 (J.P.M.L.) (Dkt. No. 1-1), which was filed on April 20, 2012.

7. Attached hereto as **Exhibit D** is a true and correct copy of Oracle's statement of an interested party in *In re Select Retrieval, LLC, ('617) Patent Litig.*, MDL No. 2377 (J.P.M.L.) (Dkt. No. 292), which was filed on Aug. 1, 2012.

8. Attached hereto as **Exhibit E** is a true and correct copy of an article reporting on Select Retrieval's business and its litigation activity: Joe Mullin, *In Record Week, Select Retrieval LLC Uses Database Patent to Sue More than 100 Companies*, THE PATENT EXAMINER (Sept. 22, 2011), http://patentexaminer.org/2011/09/in-record-week-select-retrieval-llc-uses-database-patent-to-sue-more-than-100-companies/.

9. Attached hereto as **Exhibit F** is a true and correct copy of an article describing the impact on the e-commerce industry of litigation by non-practicing entities, like Select Retrieval: Mark Brohan & Thad Rueter, *E-commerce Patent Battles: Are the Scales Starting to Tip Back?*, INTERNET RETAILER (Apr. 1, 2012), https://www.internetretailer.com/mobile/2012/04/01/e-commerce-patent-battlesare-scales-starting-tip-back.

10. Attached hereto as **Exhibit G** is a true and correct copy of the order of the United States Judicial Panel on Multidistrict Litigation issued on August 8, 2012, denying defendants' motion for consolidated pretrial proceedings in *In re Select Retrieval, LLC, ('617) Patent Litig.*, MDL No. 2377 (J.P.M.L.) (Dkt. No. 293).

11. Attached hereto as **Exhibit H** is a true and correct copy of Select Retrieval's response to several defendants' motion to dismiss in *Select Retrieval, LLC v. Am. Apparel, LLC*, No. 3:11-cv-02158 (S.D. Cal.) (Dkt. No. 138), which was filed on February 7, 2012.

12. Attached hereto as **Exhibit I** is a true and correct copy of Select Retrieval, LLC's statement of non-opposition to the motion to consolidate several of its patent litigation proceedings before the United States Judicial Panel on Multidistrict Litigation in *In re Select Retrieval, LLC, ('617) Patent Litig.*, MDL No. 2377 (J.P.M.L.) (Dkt. No. 68), which was filed on May 7, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2012.

      */s/ Virginia K. DeMarchi*
      Virginia K. DeMarchi
      Email: vdemarchi@fenwick.com

1085119 / 39489

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 3, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 3, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE 19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoes Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* | Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* |

| | |
|---|---|
| Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Kjohnson-mckewan@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., Redcats USA, Inc. and Scholastic Corporation* | Christina Von der Ahe<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>cvonderahe@orrick.com<br>*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation* |
| John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P. O. Box 1150<br>Wilmington, DE  19801<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), and Skymall Inc.* | Robert L. Lee<br>Holly S. Hawkins Saporito<br>Joshua Weeks<br>Alston & Bird<br>1201 West Peachtree Street<br>Atlanta, GA  30309<br>bob.lee@aslton.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.* |
| William H. Baker<br>Alston & Bird<br>90 Park Avenue<br>New York, NY  10016<br>bill.baker@alston.com<br>*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.* | Edmond D. Johnson<br>James G. McMillan, III<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Johnson@pepperlaw.com<br>mcmillan@pepperlaw.com<br>*Attorneys for Defendant BabyAge.com, Inc.* |

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.*

Jared T. Kelly
Steven M. Bauer
William D. Dalsen
Proskauer Rose LLP
One International Place
Boston, MA  02110
jkelly@proskauer.com
sbauer@proskauer.com
wdalsen@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY  10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Nicholas E. Skiles
Swartz Campbell LLC
300  Delaware Avenue, Suite 330
Wilmington, DE  19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

3

| | |
|---|---|
| Patricia L. Enerio<br>Meghan A. Adams<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>penerio@proctorheyman.com<br>madams@proctorheyman.com<br>*Attorneys for Defendant Karmaloop, Inc.* | Merton E. Thompson<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA  02110<br>mthompson@burnslev.com<br>acapachietti@burnslev.com<br>*Attorneys for Defendant Karmaloop, Inc.* |
| Philip A. Rovner<br>Jonathan A. Choa<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE  19801<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendant Liberty Media Corporation* | Timothy S. Durst<br>Matthew Colagrosso<br>Keith Willis<br>Baker Botts, LLP<br>2001 Ross Avenue<br>Dallas, TX  75201<br>tdurst@bakerbotts.com<br>matthew.colagrosso@bakerbotts.com<br>keith.willis@bakerbotts.com<br>*Attorneys for Defendant Liberty Media Corporation* |
| Dominick T. Gattuso<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* | Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* |
| Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE  19801
bklayman@cozen.com
jbellow@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY  10172
jkim@cozen.com
mpavane@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
scarlotti@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

5

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By:   */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        Bindu A. Palapura
        POTTER ANDERSON & CORROON LLP
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com
        bpalapura@potteranderson.com

1028857 / 37313