**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | Civil Action No. 1:11-cv-00812-RGA |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AMERIMARK DIRECT LLC; ANN INC. *et al.*, | § | **JURY TRIAL REQUESTED** |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**DECLARATION OF STEVE HAMMOND IN SUPPORT OF ADOBE'S MOTION TO
INTERVENE, SEVER, AND STAY PROCEEDINGS PENDING ADJUDICATION OF
ADOBE'S DECLARATORY JUDGMENT ACTION**

I, Steve Hammond, declare as follows:

1. I am the Director of Integration Solutions for the Digital Marketing business unit at Adobe Systems Incorporated ("Adobe"). In this role, I determine and collaborate on integration strategy for many of the products developed and sold by the Digital Marketing business unit. I have been in this role for the past year. Prior to that, I was a product manager in the Digital Marketing business unit for approximately three years, with some time leading proof of concepts in the sales organization, and then a group manager of integration solutions for approximately one year.

2. I make this declaration in support of Adobe's Motion to Intervene, Sever, and Stay Proceedings Pending Adjudication of Adobe's Declaratory Judgment Action. I have personal knowledge of the following, and if called upon to do so, I could and would testify competently thereto.

3. Adobe is a well-known developer of popular software programs for personal computers and other electronic devices.

4. The Digital Marketing business unit provides enterprise software and services related to merchandising.

5. The Digital Marketing technology enables customers to offer search functionality on their e-commerce websites that allows visitors to refine searches based on categories such as price, color, brand, and size.

6. A number of Adobe's licensees for the Digital Marketing technology have provided to Adobe copies of the allegations of patent infringement made against them by Select Retrieval in several different lawsuits. Adobe's licensees have represented to Adobe that these allegations are based on their use of the Adobe Digital Marketing technology, and have requested defense

and indemnity from Adobe. Adobe has received requests for defense and indemnification from at least 10 of its customers.

7. Attached hereto as **Exhibit A** is a true and correct copy of an email from Jeffrey R. Jankowski to Adobe dated September 20, 2012 in which Charming Direct, Inc. requests defense and indemnification from Adobe, excluding internal exhibits.

8. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Stephen J. Pedersen to Ron Friedman dated May 24, 2012 in which Hayneedle, Inc. requests defense and indemnification from Adobe, excluding internal exhibits.

9. Attached hereto as **Exhibit C** is a true and correct copy of a letter from Kent E. Baldauf, Jr. to Karen Cottle dated May 3, 2012 in which Macy's, Inc. requests defense and indemnification from Adobe, excluding internal exhibits.

10. Attached hereto as **Exhibit D** is a true and correct copy of an email from Kent E. Baldauf, Jr. to Ron Friedman dated October 19, 2012 in which Macy's, Inc. provides Select Retrieval's identification of accused instrumentalities to Adobe.

11. Attached hereto as **Exhibit E** is a true and correct copy of a letter from William R. Grimm to Ronald B. Friedman dated September 7, 2012 in which Ross-Simons, Inc. requests defense and indemnification from Adobe, excluding internal exhibits.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this day of November 26, 2012, in Orem, Utah.

By: _____
Steve Hammond

3

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 3, 2012, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on December 3, 2012, the attached document was Electronically

Mailed to the following person(s):

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings,*
*B & H Foto & Electronics Corp., Bluefly, Inc.,*
*Brown Shoes Company, Inc., Dillard's, Inc.,*
*eBags, Inc., Hanover Direct, Inc., J&P*
*Cycles, LLC, J & R Electronics Inc., Oriental*
*Trading  Company, Inc., Redcats USA, Inc.*
*and Scholastic Corporation*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Cbroderick@orrick.com
*Attorneys for Defendants American Greetings,*
*B & H Foto & Electronics Corp., Bluefly, Inc.,*
*Brown Shoe Company, Inc., Dillard's, Inc.,*
*eBags, Inc., Hanover Direct, Inc., J&P Cycles,*
*LLC, J & R Electronics Inc., Oriental Trading*
*Company, Inc., Redcats USA, Inc. and Scholastic*
*Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings,*
*B & H Foto & Electronics Corp., Bluefly, Inc.,*
*Brown Shoe Company, Inc., Dillard's, Inc.,*
*eBags, Inc., Hanover Direct, Inc., J&P*
*Cycles, LLC, J & R Electronics Inc., Oriental*
*Trading Company, Inc., Redcats USA, Inc.*
*and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings,*
*B & H Foto & Electronics Corp., Bluefly, Inc.,*
*Brown Shoe Company, Inc., Dillard's, Inc.,*
*eBags, Inc., Hanover Direct, Inc., J&P Cycles,*
*LLC, J & R Electronics Inc., Oriental Trading*
*Company, Inc., Redcats USA, Inc. and Scholastic*
*Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming*
*Shoppes, Inc., Ellison Systems, Inc. (d/b/a*
*Shoplet.com), and Skymall Inc.*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc., Charming*
*Shoppes, Inc., and Skymall Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY  10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Charming*
*Shoppes, Inc., and Skymall Inc.*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
Johnson@pepperlaw.com
mcmillan@pepperlaw.com
*Attorneys for Defendant BabyAge.com, Inc.*

2

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York,*
*Inc. and Ross-Simons of Warwick, Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE 19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jared T. Kelly
Steven M. Bauer
William D. Dalsen
Proskauer Rose LLP
One International Place
Boston, MA 02110
jkelly@proskauer.com
sbauer@proskauer.com
wdalsen@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon- leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
penerio@proctorheyman.com
madams@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Philip A. Rovner
Jonathan A. Choa
Hercules Plaza, 6th Floor
P. O. Box 951
Wilmington, DE  19801
provner@potteranderson.com
jchoa@potteranderson.com
*Attorneys for Defendant Liberty Media
Corporation*

Dominick T. Gattuso
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
*Attorneys for Defendant Macy's Inc*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA  02110
mthompson@burnslev.com
acapachietti@burnslev.com
*Attorneys for Defendant Karmaloop, Inc.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
Baker Botts, LLP
2001 Ross Avenue
Dallas, TX  75201
tdurst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com
*Attorneys for Defendant Liberty Media
Corporation*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX  77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE  19801
bklayman@cozen.com
jbellow@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY  10172
jkim@cozen.com
mpavane@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
scarlotti@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

5

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By:   */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      Bindu A. Palapura
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com
      bpalapura@potteranderson.com

1028857 / 37313