## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT, LLC, et al., | ) |
| Defendants. | ) |

## ADOBE SYSTEMS INCORPORATED'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant-Intervenor Adobe Systems Incorporated states that it has no parent company and that no other publicly held corporation owns ten percent or more of Adobe's stock.

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104

Dated:  December 3, 2012
1085147 / 39489

POTTER ANDERSON & CORROON LLP

By:   /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Adobe Systems Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on December 3, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on December 3, 2012, the attached document was Electronically Mailed to the following person(s):

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoes Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Cbroderick@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., Ellison Systems, Inc. (d/b/a Shoplet.com), and Skymall Inc.*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY  10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE  19801
Johnson@pepperlaw.com
mcmillan@pepperlaw.com
*Attorneys for Defendant BabyAge.com, Inc.*

2

| | |
|---|---|
| Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.* | Jared T. Kelly<br>Steven M. Bauer<br>William D. Dalsen<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>jkelly@proskauer.com<br>sbauer@proskauer.com<br>wdalsen@proskauer.com<br>*Attorneys for Defendant Barneys New York, Inc.* |
| Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>mgraham@mnat.com<br>*Attorneys for Defendants CPA2BIZ, Inc.* | Eugene Chang<br>Robert G. Kofsky<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099<br>echang@wilkie.com<br>rkofsky@wilkie.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* |
| Christopher P. Broderick<br>Orrick, Herrington And Sutcliffe, LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>cbroderick@orrick.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* | Natalie Hanlon-Leh<br>Jared Briant<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>natalie.hanlon- leh@FaegreBD.com<br>jared.briant@faegreBD.com<br>*Attorneys for Defendant Crocs, Inc.* |
| Nicholas E. Skiles<br>Swartz Campbell LLC<br>300  Delaware Avenue, Suite 330<br>Wilmington, DE  19801<br>nskiles@swartzcampbell.com<br>*Attorneys for Defendant Hayneedle Inc.* | Jason S. Jackson<br>James M. Sulentic<br>Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE  68102<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com<br>*Attorneys for Defendant Hayneedle Inc.* |

| | |
|---|---|
| Patricia L. Enerio<br>Meghan A. Adams<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>penerio@proctorheyman.com<br>madams@proctorheyman.com<br>*Attorneys for Defendant Karmaloop, Inc.* | Merton E. Thompson<br>Alexandra Capachietti<br>BURNS & LEVINSON LLP<br>125 Summer Street<br>Boston, MA 02110<br>mthompson@burnslev.com<br>acapachietti@burnslev.com<br>*Attorneys for Defendant Karmaloop, Inc.* |
| Philip A. Rovner<br>Jonathan A. Choa<br>Hercules Plaza, 6th Floor<br>P. O. Box 951<br>Wilmington, DE 19801<br>provner@potteranderson.com<br>jchoa@potteranderson.com<br>*Attorneys for Defendant Liberty Media Corporation* | Timothy S. Durst<br>Matthew Colagrosso<br>Keith Willis<br>Baker Botts, LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>tdurst@bakerbotts.com<br>matthew.colagrosso@bakerbotts.com<br>keith.willis@bakerbotts.com<br>*Attorneys for Defendant Liberty Media Corporation* |
| Dominick T. Gattuso<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>dgattuso@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* | Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA 15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* |
| Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

| | |
|---|---|
| Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* | Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Barry M. Klayman<br>Joseph J. Bellew<br>Cozen O'Connor<br>1201 N. Market Street, Ste.1400<br>Wilmington, DE  19801<br>bklayman@cozen.com<br>jbellow@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* | Julia S. Kim<br>Martin B. Pavane<br>Cozen O'Connor<br>277 Park Avenue<br>New York, NY  10172<br>jkim@cozen.com<br>mpavane@cozen.com<br>*Attorneys for Defendant Paragon Sporting Goods Co., LLC* |
| William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |
| Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* | Gregory B. Williams<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE  19899<br>gwilliams@foxrothschild.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By: */s/ Richard L. Horwitz*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1028857 / 37313