# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendant SkyMall Inc. ("SkyMall"), subject to the Court's approval, that the time for Select Retrieval to serve Preliminary Infringement Contentions on SkyMall pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 7, 2013.

Dated: December 11, 2012.                    Respectfully submitted,

| | |
|---|---|
| */s/ John G. Day* | */s/ Richard C. Weinblatt* |
| John G. Day (#2403) | Stamatios Stamoulis (#4606) |
| Tiffany Geyer Lydon (#3950) | Richard C. Weinblatt (#5080) |
| Andrew C. Mayo (#5207) | STAMOULIS & WEINBLATT LLC |
| 500 Delaware Avenue, 8th Floor | Two Fox Point Centre |
| P.O. Box 1150 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19801 | Wilmington, DE 19809 |
| (302) 654-1888 | (302) 999-1540 |
| jday@ashby-geddes.com | stamoulis@swdelaw.com |
| tlydon@ashby-geddes.com | weinblatt@swdelaw.com |
| amayo@ashby-geddes.com | |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *SkyMall Inc.* | *Select Retrieval, LLC* |

**IT IS SO ORDERED** this ____ day of December, 2012.

_____
United States District Judge