## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:11-cv-00812-RGA |
| | § | |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendant American Greetings Corporation; B & H Foto & Electronics Corp.; Bluefly, Inc.; Brown Shoe Company, Inc.; CPA2Biz, Inc.; Dillard's, Inc.; eBags, Inc.; Hanover Direct, Inc.; J&P Cycles, LLC; J & R Electronics Inc.; Oriental Trading Company, Inc.; Redcats USA, Inc.; and Scholastic Corporation (collectively, "Defendants"), subject to the Court's approval, that the time for Select Retrieval to serve Initial Infringement Contentions on Defendants pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 18, 2013, and the time for Defendants to serve Initial Invalidity Contentions on Select Retrieval pursuant to Paragraph 3(a)(iv) of the August 27, 2012 Scheduling Order is extended through and including March 18, 2013.

Dated: December 11, 2012.                               Respectfully submitted,

*/s/ Julia Heaney*                                      */s/ Richard C. Weinblatt*
Mary B. Graham (#2256)                                  Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                                    Richard C. Weinblatt (#5080)
1201 North Market Street                                STAMOULIS & WEINBLATT LLC
P.O. Box 1347                                           Two Fox Point Centre
Wilmington, DE 19899                                    6 Denny Road, Suite 307
(32) 658-9200                                           Wilmington, DE 19809
mgraham@mnat.com                                        (302) 999-1540
jheaney@mnat.com                                        Email: stamoulis@swdelaw.com
                                                        Email: weinblatt@swdelaw.com

*Attorneys for Defendants*
*American Greetings Corporation;*                       *Attorneys for Plaintiff*
*B & H Foto & Electronics Corp.;*                       *Select Retrieval, LLC*
*Bluefly, Inc.; Brown Shoe Company, Inc.;*
*CPA2Biz, Inc.; Dillard's, Inc.; eBags, Inc.;*
*Hanover Direct, Inc.; J&P Cycles, LLC;*
*J & R Electronics Inc.; Oriental Trading*
*Company, Inc.; Redcats USA, Inc.; and*
*Scholastic Corporation*


**IT IS SO ORDERED** this _____ day of December, 2012.

                                                        _____
                                                        United States District Judge