**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF LIBERTY INTERACTIVE CORPORATION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Liberty Interactive Corporation in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 13, 2012.                                Respectfully submitted,

| | |
|---|---|
| */s/ Philip A. Rovner* | */s/ Richard C. Weinblatt* |
| Philip A. Rovner (#3215) | Stamatios Stamoulis (#4606) |
| Jonathan A. Choa (#5319) | Richard C. Weinblatt (#5080) |
| POTTER ANDERSON & CORROON LLP | STAMOULIS & WEINBLATT LLC |
| Hercules Plaza | Two Fox Point Centre |
| P.O. Box 951 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 984-6000 | (302) 999-1540 |
| provner@potteranderson.com | stamoulis@swdelaw.com |
| jchoa@potteranderson.com | weinblatt@swdelaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Liberty Interactive Corporation* | *Select Retrieval, LLC* |