543

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF LIBERTY INTERACTIVE CORPORATION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Liberty Interactive Corporation in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 13, 2012.                    Respectfully submitted,

/s/ Philip A. Rovner                         /s/ Richard C. Weinblatt
Philip A. Rovner (#3215)                     Stamatios Stamoulis (#4606)
Jonathan A. Choa (#5319)                     Richard C. Weinblatt (#5080)
POTTER ANDERSON & CORROON LLP                STAMOULIS & WEINBLATT LLC
Hercules Plaza                               Two Fox Point Centre
P.O. Box 951                                 6 Denny Road, Suite 307
Wilmington, DE 19899                         Wilmington, DE 19809
(302) 984-6000                               (302) 999-1540
provner@potteranderson.com                   stamoulis@swdelaw.com
jchoa@potteranderson.com                     weinblatt@swdelaw.com

*Attorneys for Defendant*                    *Attorneys for Plaintiff*
*Liberty Interactive Corporation*            *Select Retrieval, LLC*

So ordered this 14th day of December, 2012.

_Richard G. Andrews_
United States District Judge

1