IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-812 (RGA) |
| ) | |
| ANN INC., et. al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on this 14th day of December, 2012, the Core Technicial Documents of Defendant Wal-Mart Stores, Inc. were served upon the following counsel of record as indicated:

**VIA FEDERAL EXPRESS**

Maeghan E. Whitehead
Farney Daniels LLP
800 S. Austin, Suite 200
Georgetown, Texas 78626-5845

*Counsel for Plaintiff Select Retrieval, LLC*

| | |
|---|---|
| Dated: December 14, 2012 | By: */s/ Gregory B. Williams* <br><br> Gregory B. Williams (I.D. No. 4195) <br> FOX ROTHSCHILD LLP <br> Citizens Bank Center <br> 919 N. Market Street, Suite 1300 <br> Wilmington, DE 19899-2323 <br> (302) 622-4211 (direct) <br> (302) 656-8920 (fax) <br> gwilliams@foxrothschild.com <br><br> Of Counsel: <br> David E Finkelson (VA Bar No. 44059) (admitted *pro hac vice*) <br> MCGUIREWOODS LLP <br> One James Center <br> 901 E Cary St <br> Richmond, VA 23219 <br> Telephone: (804) 775-1157 <br> Facsimile: (804) 225-5377 <br> dfinkelson@mcguirewoods.com <br><br> **Attorneys for Defendant Wal-Mart Stores, Inc.** |