IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 11-812-RGA |
| v. ) | |
| ) | |
| AMERIMARK DIRECT, LLC et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 14th day of December, 2012, (1) **SHOPLET.COM'S OBJECTIONS AND RESPONSES TO PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON REQUESTS FOR PRODUCTION [NOS. 1-65] TO DEFENDANTS;** (2) **SHOPLET.COM'S OBJECTIONS AND RESPONSES TO PLAINTIFF SELECT RETRIEVAL, LLC'S FIRST SET OF COMMON INTERROGATORIES NOS 1-6 TO DEFENDANTS**; and (3) **SHOPLET.COM'S CORE TECHNICAL DOCUMENTS** were served upon the following counsel of record at the address and in the manner indicated:

Stamatios Stamoulis, Esquire                                VIA ELECTRONIC MAIL
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE  19809

Steven R. Daniels, Esquire                                  VIA ELECTRONIC MAIL
Farney Daniels LLP
800 South Austin Avenue, Suite 200
Georgetown, TX  78626

ASHBY & GEDDES

/s/ *Andrew C. Mayo*

John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19801
(302) 654-1888
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant Ellison Systems, Inc. d/b/a Shoplet.com*

Dated:  December 14, 2012