**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| vs. | § § § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**NOTICE OF SERVICE OF PRELIMINARY INFRINGEMENT
CONTENTIONS AGAINST DEFENDANTS**

PLEASE TAKE NOTICE THAT on December 17, 2012, a copy of PLAINTIFF SELECT RETRIEVAL, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS, pursuant to this Court's Scheduling Order (D.I. 385), was caused to be served upon the following counsel of record via e-mail:

*Ann, Inc.*

Andrew Colin Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Holly Hawkins Saporito
Alston & Bird LLP
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309

John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

Joshua Weeks
Alston & Bird LLP
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309

*Barneys New York, Inc.:*

Jack B. Blumenfeld
Julia Heaney
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Crocs, Inc.:*

| | |
|---|---|
| Richard L. Horwitz | Jared B. Briant |
| David Ellis Moore | Faegre Baker Daniels |
| Bindu Ann George Palapura | 3200 Wells Fargo Center |
| POTTER ANDERSON & CORROON, LLP | 1700 Lincoln Street |
| 1313 N. Market Street, 6th Floor | Denver, CO 80203-4532 |
| P.O. Box 951 | |
| Wilmington, DE 19899-0951 | |

*Charming Shoppes, Inc.:*

Andrew Colin Mayo
John G. Day
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

*Hayneedle, Inc.*

| | |
|---|---|
| Nicholas E. Skiles | James M. Sulentic |
| SWARTZ CAMPBELL LLC | KUTAK ROCK LLP |
| 300 Delaware Avenue, Suite 1410 | 1650 Farnam Street |
| P.O. Box 330 | Omaha, NE 68102 |
| Wilmington, DE 19801 | |

*Macy's, Inc.:*

Dominick T. Gattuso
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

Kenneth Laurence Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

Bryan P. Clark
James J. Bosco
Kent E. Baldauf
The Webb Law Firm
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222

*Overstock.com, Inc.:*

Karen L. Pascale
James L. Higgins
Young, Conaway, Stargatt & Taylor LLP
Rodney Square 1000
North King Street
Wilmington, DE 19801

*PC Connection, Inc.:*

Elizabeth Rui He
Frederick L. Cottrell, III
Richards, Layton & Finger, PA
One Rodney Square 920 N. King Street
Wilmington, DE 19801

*Ross-Simons of Warwick Inc.:*

Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Wal-Mart Stores Inc.:*

| | |
|---|---|
| Gregory Brian Williams<br>Fox Rothschild LLP<br>919 North Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899-2323 | David E. Finkelson<br>McQuire Woods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030 |

Dated:  December 17, 2012       STAMOULIS & WEINBLATT LLC

 */s/ Richard C. Weinblatt*

Of Counsel:       Stamatios Stamoulis #4606
          stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)   Richard C. Weinblatt #5080
    sdaniels@farneydaniels.com      weinblatt@swdelaw.com
Farney Daniels LLP       Two Fox Point Centre
800 South Austin Avenue, Suite 200    6 Denny Road, Suite 307
Georgetown, Texas 78626      Wilmington, DE 19809
Telephone:  (512) 582-2828      Telephone:  (302) 999-1540

*Counsel for Plaintiff*
*Select Retrieval, LLC*