**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No.  1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendant Karmaloop, Inc. ("Karmaloop"), subject to the Court's approval, that the time for Select Retrieval to serve Preliminary Infringement Contentions on Karmaloop pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 7, 2013.

Dated:  December 17, 2012.                              Respectfully submitted,

| | |
|---|---|
| */s/ Patricia L. Enerio* | */s/ Richard C. Weinblatt* |
| Patricia L. Enerio (#3728) | Stamatios Stamoulis (#4606) |
| Meghan A. Adams (#4981) | Richard C. Weinblatt (#5080) |
| PROCTOR HEYMAN LLP | STAMOULIS & WEINBLATT LLC |
| 300 Delaware Avenue, Suite 200 | Two Fox Point Centre |
| Wilmington, DE 19801 | 6 Denny Road, Suite 307 |
| (302) 472-7300 | Wilmington, DE 19809 |
| E-Mail: penerio@proctorheyman.com | (302) 999-1540 |
| E-mail: madams@proctorheyman.com | Email: stamoulis@swdelaw.com |
| | Email: weinblatt@swdelaw.com |
| *Attorneys for Defendant* | |
| *Karmaloop, Inc.* | |
| | *Attorneys for Plaintiff* |
| | *Select Retrieval, LLC* |

**IT IS SO ORRDERED** this ____ day of December, 2012.

_____
United States District Judge

1