# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendant Staples, Inc. ("Staples"), subject to the Court's approval, that the time for Select Retrieval to serve Initial Infringement Contentions on Staples pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including January 18, 2013, and the time for Staples to serve Initial Invalidity Contentions on Select Retrieval pursuant to Paragraph 3(a)(iv) of the August 27, 2012 Scheduling Order is extended through and including March 18, 2013.

Dated: December 19, 2012.                                      Respectfully submitted,

| | |
|---|---|
| */s/ Julia Heaney* | */s/ Richard C. Weinblatt* |
| Jack B. Blumenfeld (#1014) | Stamatios Stamoulis (#4606) |
| Julia Heaney (#3052) | Richard C. Weinblatt (#5080) |
| Jennifer Ying (#5550) | STAMOULIS & WEINBLATT LLC |
| 1201 North Market Street | Two Fox Point Centre |
| P.O. Box 1347 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 658-9200 | (302) 999-1540 |
| jblumenfeld@mnat.com | stamoulis@swdelaw.com |
| jheaney@mnat.com | weinblatt@swdelaw.com |
| jying@mnat.com | |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Staples, Inc.* | *Select Retrieval, LLC* |

**IT IS SO ORRDERED** this ____ day of December, 2012.

_____
United States District Judge