**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| ANN, INC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF BABYAGE.COM, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant BabyAge.com, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: December 19, 2012.                                Respectfully submitted,

| | |
|---|---|
| */s/ James Gordon McMillan, III* | */s/ Richard C. Weinblatt* |
| James Gordon McMillan, III (#3979) | Stamatios Stamoulis (#4606) |
| Edmond D. Johnson (#2257) | Richard C. Weinblatt (#5080) |
| Pepper Hamilton LLP | STAMOULIS & WEINBLATT LLC |
| 1313 Market Street, Suite 5100 | Two Fox Point Centre |
| P.O. Box 1709 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899-1709 | Wilmington, DE 19809 |
| (302) 777-6539 | (302) 999-1540 |
| Email: Mcmillanj@pepperlaw.com | Email: stamoulis@swdelaw.com |
| Email: Johnsone@pepperlaw.com | Email: weinblatt@swdelaw.com |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *BabyAge.com, Inc.* | *Select Retrieval, LLC* |