## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.  1:11-cv-00812-RGA |
| | § | |
| v. | § | |
| | § | |
| ANN, INC, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF BABYAGE.COM, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant BabyAge.com, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  December 19, 2012.                    Respectfully submitted,

*/s/ James Gordon McMillan, III*          */s/ Richard C. Weinblatt*
James Gordon McMillan, III (#3979)        Stamatios Stamoulis (#4606)
Edmond D. Johnson (#2257)                 Richard C. Weinblatt (#5080)
Pepper Hamilton LLP                       STAMOULIS & WEINBLATT LLC
1313 Market Street, Suite 5100            Two Fox Point Centre
P.O. Box 1709                             6 Denny Road, Suite 307
Wilmington, DE 19899-1709                 Wilmington, DE 19809
(302) 777-6539                            (302) 999-1540
Email: Mcmillanj@pepperlaw.com            Email: stamoulis@swdelaw.com
Email: Johnsone@pepperlaw.com             Email: weinblatt@swdelaw.com

*Attorneys for Defendant*                 *Attorneys for Plaintiff*
*BabyAge.com, Inc.*                       *Select Retrieval, LLC*


So Ordered this 20th day of December, 2012.

Richard G. Andrews
United States District Judge

1