# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ANN INC., et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Select Retrieval, LLC's ("Select Retrieval") and Defendant Adobe Systems Incorporated ("Adobe"), subject to the approval of the Court, that the deadline for Adobe to reply to Select Retrieval's Opposition to Adobe's Motion to Intervene, Sever, and Stay Proceedings Pending Adjudication of Adobe's Declaratory Judgment Action (D.I. 553) shall be extended to and including January 10, 2013.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: */s/ Richard C. Weinblatt*<br>    Richard C. Weinblatt (#5080)<br>    Stamatios Stamoulis (#4606)<br>    Richard C. Weinblatt (#5080)<br>    weinblatt@swdelaw.com<br>    Two Fox Point Centre<br>    6 Denny Road, Suite 307<br>    Wilmington, DE 19809<br>    Telephone: (302) 999-1540<br>    stamoulis@swdelaw.com<br>    weinblatt@swdelaw.com | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |
| *Attorneys for Plaintiff*<br>*Select Retrieval, LLC* | *Attorneys for Defendant Adobe Systems Incorporated* |

Dated:  December 21, 2012
1087757 / 39489

      **SO ORDERED** this _____ day of _____.

                                                           _____
                                                           Hon. Richard G. Andrews
                                                           United States District Court