IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | )<br>) |
| Plaintiff, | )<br>) C.A. No. 11-812-RGA<br>) |
| v. | )<br>) **JURY TRIAL DEMANDED** |
| AMERIMARK DIRECT, LLC, et al., | )<br>) |
| Defendants. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of Amy Hayden of Fenwick & West LLP, 801 California Street, Mountain View, CA 94041 to represent Intervenor Adobe Systems Incorporated in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: January 3, 2013
1088466 / 39489

*Attorneys for Intervenor Adobe Systems Incorporated*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court.

☒     will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 3, 2013           Signed: */s/ Amy Hayden*
                                               Amy Hayden
                                               Fenwick & West LLP
                                               801 California Street
                                               Mountain View, CA 94041
                                               Tel: (650) 988-8500
                                               ahayden@fenwick.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 3, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 3, 2013, the attached document was Electronically Mailed to the following person(s):

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoes Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P
Cycles, LLC, J & R Electronics Inc., Oriental
Trading Company, Inc., Redcats USA, Inc.
and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P
Cycles, LLC, J & R Electronics Inc., Oriental
Trading Company, Inc., Redcats USA, Inc.
and Scholastic Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming
Shoppes, Inc., Ellison Systems, Inc. (d/b/a
Shoplet.com), and Skymall Inc.*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Cbroderick@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P Cycles,
LLC, J & R Electronics Inc., Oriental Trading
Company, Inc., Redcats USA, Inc. and Scholastic
Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P Cycles,
LLC, J & R Electronics Inc., Oriental Trading
Company, Inc., Redcats USA, Inc. and Scholastic
Corporation*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc., Charming
Shoppes, Inc., and Skymall Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc., and Skymall Inc.*

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Edmond D. Johnson
James G. McMillan, III
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
Johnson@pepperlaw.com
mcmillan@pepperlaw.com
*Attorneys for Defendant BabyAge.com, Inc.*

Jared T. Kelly
Steven M. Bauer
William D. Dalsen
Proskauer Rose LLP
One International Place
Boston, MA 02110
jkelly@proskauer.com
sbauer@proskauer.com
wdalsen@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon-leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

3

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE 19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Patricia L. Enerio
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
penerio@proctorheyman.com
madams@proctorheyman.com
*Attorneys for Defendant Karmaloop, Inc.*

Merton E. Thompson
Alexandra Capachietti
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
mthompson@burnslev.com
acapachietti@burnslev.com
*Attorneys for Defendant Karmaloop, Inc.*

Dominick T. Gattuso
Meghan A. Adams
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
*Attorneys for Defendant Macy's Inc.*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA 15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

4

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Barry M. Klayman
Joseph J. Bellew
Cozen O'Connor
1201 N. Market Street, Ste.1400
Wilmington, DE  19801
bklayman@cozen.com
jbellow@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

Julia S. Kim
Martin B. Pavane
Cozen O'Connor
277 Park Avenue
New York, NY  10172
jkim@cozen.com
mpavane@cozen.com
*Attorneys for Defendant Paragon Sporting Goods Co., LLC*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
scarlotti@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY  10103
BSiff@SchiffHardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1028857 / 37313

6