# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § § Plaintiff, § § v. § AMERIMARK DIRECT, LLC, *et al.*, § § Defendants. § | Civil Action No. 1:11-00812-RGA **JURY TRIAL REQUESTED** |

## STIPULATION OF DISMISSAL OF PARAGON SPORTING GOODS CO., LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Paragon Sporting Goods Co., LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 3, 2013.                Respectfully submitted,

*/s/ Joseph James Bellew*
Joseph James Bellew (#4816)
COZEN O'CONNOR
Suite 1400, Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
(302) 295-2000
Email: jbellew@cozen.com

*Attorneys for Defendant*
*Paragon Sporting Goods Co., LLC*

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
Email: stamoulis@swdelaw.com
Email: weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080