IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-812-RGA |
| | ) | |
| ANN, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorneys to represent defendant Overstock.com, Inc. in this matter:

John H. Barr, Jr. [john.barr@bgllp.com]
Christopher A. Shield [chris.shield@bgllp.com]
BRACEWELL & GIULIANI LLP
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney has been paid or will be submitted to the Clerk's Office upon the filing of this motion.

**YOUNG CONAWAY STARGATT & TAYLOR LLP**

/s/ Karen L. Pascale

January 4, 2013

Karen L. Pascale (#2903) *[kpascale@ycst.com]*
James L. Higgins (#5021) *[jhiggins@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600

*Attorneys for Defendant Overstock.com, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admissions pro hac vice of John H. Barr, Jr. and Christopher A. Shield is GRANTED.

Dated: January ______, 2013

______________________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2012

John H. Barr, Jr.
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Telephone: 713-223-2300
Email: John.Barr@bgllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: December 12, 2012

Christopher A. Shield
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX 77002-2770
Telephone: 713-223-2300
Email: Chris.Shield@bgllp.com

**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on January 4, 2013, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated:

***By E-Mail***

Stamatios Stamoulis [stamoulis@swdelaw.com]
Richard C. Weinblatt [weinblatt@swdelaw.com]
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Deny Road, Suite 307
Wilmington, DE 19809

*Plaintiff, Select Retrieval, LLC*

Steven R Daniels [sdaniels@farneydaniels.com]
Maeghan E. Whitehead [mwhitehead@farneydaniels.com]
FARNEY DANIELS LLP
800 S. Austin, Suite 200
Georgetown, Texas 78626-5845

*Plaintiff, Select Retrieval, LLC*

John G. Day [jday@ashby-geddes.com]
Andrew C. Mayo [amayo@ashby-geddes.com]
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899

*Defendants Ann, Inc.;*
*Charming Shoppes;*
*Ellison Systems Inc. d/b/a Shoplet.com*
*SkyMall Inc.;*

Jack B. Blumenfeld [jblumenfeld@mnat.com]
Julia Heaney [jheaney@mnat.com]
Jennifer Ying [jying@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

*Defendants American Greetings Corporation; Barneys New York, Inc.; B & H Foto & Electronics Corp.; Bluefly, Inc.; Brown Shoe Company, Inc.; Dillards, Inc.; eBags, Inc.; Hanover Direct, Inc.; J&P Cycles LLC; J&R Electronics, Inc.; Oriental Trading Company, Inc.;Redcats USA, Inc.; Ross-Simons of Warwick, Inc.; Scholastic Corporation; Staples Inc.*

Richard L. Horwitz [rhorwitz@potteranderson.com]
David Ellis Moore [dmoore@potteranderson.com]
Bindu A. Palapura [bpalapura@potteranderson.com]
POTTER ANDERSON & CORROON, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

*Defendants Crocs, Inc.;*

Patricia L. Enerio [penerio@proctorheyman.com]
Meghan A. Adams [madams@proctorheyman.com]
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington DE 19801

*Defendant Karmaloop, Inc.*

Mary B. Graham [mgraham@mnat.com]
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

*Defendants CPA2BIZ Inc.*

Dominick T. Gattuso [dgattuso@proctorheyman.com]
Meghan A. Adams [madams@proctorheyman.com]
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801

*Defendant Macy's Inc.*

Gregory Brian Williams [gwilliams@foxrothschild.com]
FOX ROTHSCHILD LLP
919 North Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899-2323

*Defendant Wal-Mart Stores, Inc.*

Nicholas E. Skiles [nskiles@swartzcampbell.com]
SWARTZ CAMPBELL LLP
300 Delaware Avenue, Suite 1410
Wilmington, DE 19801

*Defendant Hayneedle, Inc.*

Frederick L. Cottrell, III [cottrell@rlf.com]
Elizabeth Rui He [he@rlf.com]
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

*Defendant PC Connection Inc.*

January 4, 2013

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

/s/ Karen L. Pascale

Karen L. Pascale (No. 2903) *[kpascale@ycst.com]*
James L. Higgins (#5021) *[jhiggins@ycst.com]*
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: 302-571-6600

*Attorneys for Defendant Overstock.com, Inc.*