**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § §               Plaintiff, § § v. § § AMERIMARK DIRECT, LLC, *et al.*, § §               Defendants. § | Civil Action No. 1:11-00812-RGA **JURY TRIAL REQUESTED** |

**STIPULATION OF DISMISSAL OF PARAGON SPORTING GOODS CO., LLC
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Paragon Sporting Goods Co., LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 3, 2013.                    Respectfully submitted,

*/s/ Joseph James Bellew*                     */s/ Richard C. Weinblatt*
Joseph James Bellew (#4816)                   Stamatios Stamoulis (#4606)
COZEN O'CONNOR                                Richard C. Weinblatt (#5080)
Suite 1400, Chase Manhattan Centre            STAMOULIS & WEINBLATT LLC
1201 North Market Street                      Two Fox Point Centre
Wilmington, Delaware 19801                    6 Denny Road, Suite 307
(302) 295-2000                                Wilmington, DE 19809
Email: jbellew@cozen.com                      (302) 999-1540
                                              Email: stamoulis@swdelaw.com
*Attorneys for Defendant*                     Email: weinblatt@swdelaw.com
*Paragon Sporting Goods Co., LLC*
                                              *Attorneys for Plaintiff*
                                              *Select Retrieval, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080