**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § § Plaintiff, § § v. § § AMERIMARK DIRECT, LLC, *et al.*, § § Defendants. § § | Civil Action No. 1:11-00812-RGA **JURY TRIAL REQUESTED** |

### STIPULATION OF DISMISSAL OF SKYMALL, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant SkyMall, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 7, 2013.                                   Respectfully submitted,

| | |
|---|---|
| */s/ John Day* | */s/ Richard C. Weinblatt* |
| John G. Day (#2403) | Stamatios Stamoulis (#4606) |
| Tiffany Geyer Lydon (#3950) | Richard C. Weinblatt (#5080) |
| Andrew C. Mayo (#5207) | STAMOULIS & WEINBLATT LLC |
| 500 Delaware Avenue, 8th Floor | Two Fox Point Centre |
| P.O Box 1150 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 654-1888 | (302) 999-1540 |
| jday@ashby-geddes.com | Email: stamoulis@swdelaw.com |
| tlydon@ashby-geddes.com | Email: weinblatt@swdelaw.com |
| amayo@ashby-geddes.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | *Select Retrieval, LLC* |
| *SkyMall, Inc.* | |