IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-812-RGA |
| | : | |
| AMERIMARK DIRECT LLC, *et al.* | : | **JURY TRIAL DEMANDED** |
| | : | |
| Defendants. | : | |

PLEASE TAKE NOTICE that the undersigned counsel hereby enters her appearance on behalf of Defendant Macy's, Inc.

PROCTOR HEYMAN LLP

*/s/ Dawn Kurtz Crompton*
Dominick T. Gattuso (# 3630)
E-mail: dgattuso@proctorheyman.com
Meghan A. Adams (# 4981)
E-mail: madams@proctorheyman.com
Dawn Kurtz Crompton (# 5579)
E-mail: dcrompton@proctorheyman.com
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

OF COUNSEL:

THE WEBB LAW FIRM
Kent E. Baldauf, Jr.
E-mail: kbaldaufjr@webblaw.com
Bryan P. Clark
E-mail: bclark@webblaw.com
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
(412) 471-8815

Dated: January 7, 2013