**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 1:11-cv-00812-RGA |
| AMERIMARK DIRECT, LLC, *et al.*, | § § § | |
| Defendants. | § § | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE THAT on January 7, 2013, copies of PLAINTIFF SELECT RETRIEVAL, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES (NOS. 1 – 8) and PLAINTIFF SELECT RETRIEVAL, LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF COMMON REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1 – 25), were caused to be served upon the following defendants and counsel of record **VIA E-MAIL**:

Jack B. Blumenfeld
Julia Heaney
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
jying@mnat.com

*Attorneys for Barneys New York, Inc., Ross-Simons of Warwick, Inc. and Staples, Inc.*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Ann Inc., Charming Shoppes Inc., Ellison Systems, Inc. (d/b/a Shoplet.com) and Skymall, Inc.*

Derek Swanson
David E. Finkelson
MCGUIRE WOODS LLP
One James Center
901 E. Cary Street
Richmond, VA 23219
dswanson@mcguirewoods.com
dfinkelson@mcguirewoods.com

*Attorneys for Wal-Mart Stores, Inc.*

Mary B. Graham
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jheaney@mnat.com

*Attorneys for American Greetings Corporation, B & H Foto & Electronics Corp., Bluefly Inc., Brown Shoe Company Inc., CPA2BIZ,Inc., Dillard's Inc., eBags, Inc., Hanover Direct, Inc., J & P Cycles LLC,*
*J & R Electronics Inc., Oriental Trading Company Inc., Redcats USA Inc. and Scholastic Corporation*

Martin Pavane
Julia Kim
COZEN O'CONNOR
277 Park Avenue
New York, ,NY 10172
mpavane@cozen.com
jkim@cozen.com

*Attorneys for Paragon Sporting Goods Co LLC*

Kent D. Baldauf, Jr.
James Bosco
Bryan P. Clark
THE WEBB LAW FIRM
One Gateway Center
420 Fort Duquesne, Suite 1200
Pittsburgh, PA 15222
kbaldaufjr@webblaw.com
jbosco@webblaw.com
bclark@webblaw.com

*Attorneys for Macy's, Inc.*

2

Edmond D. Johnson
James G. McMillan, III
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
johnsone@pepperlaw.com
mcmillanj@pepperlaw.com

*Attorneys for Babyage.com, Inc.*

Timothy S. Durst
Matthew Colagrosso
Keith Willis
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
tim.durst@bakerbotts.com
matthew.colagrosso@bakerbotts.com
keith.willis@bakerbotts.com

*Attorneys for Liberty Interactive Corp.*

Frederick L. Cottrell, III
Elizabeth Rui He
RICHARDS, LAYTON & FINGER, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
cottrell@rlf.com
he@rlf.com

*Attorneys for PC Connection, Inc.*

Karen L. Pascale
James L. Higgins
YOUNG, CONWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com

*Attorneys for Overstock.com, Inc.*

Richard L. Horwitz
David Ellis Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Crocs Inc.*

Patricia L. Enerio
Meghan A. Adams
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
penerio@proctorheyman.com
madams@proctorheyman.com

*Attorneys for Karmaloop, Inc.*

Jason S. Jackson
James M. Sulentic
KUTAK ROCK LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com

*Attorneys for Hayneedle, Inc.*

| | |
|---|---|
| Dated:  January 7, 2013 | */s/ Steven R. Daniels*<br>Steven R. Daniels (Admitted *Pro Hac Vice*)<br>Maeghan E. Whitehead (Admitted *Pro Hac Vice*)<br>FARNEY DANIELS, P.C.<br>800 S. Austin Avenue, Suite 200<br>Georgetown, Texas  78626<br>Telephone:  512-582-2828<br>Facsimile: (512) 582-2829<br>Email:  sdaniels@farneydaniels.com<br>Email: mwhitehead@farneydaniels.com<br><br>Stamatios Stamoulis<br>    stamoulis@swdelaw.com<br>Richard C. Weinblatt<br>    weinblatt@swdelaw.com<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>Telephone:  (302) 999-1540<br><br>*Attorneys for Plaintiff*<br>SELECT RETRIEVAL, LLC |