
557

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 1:11-00812-RGA |
| § | |
| AMERIMARK DIRECT, LLC, *et al.*, § | |
| § | **JURY TRIAL REQUESTED** |
| Defendants. § | |

## STIPULATION OF DISMISSAL OF PARAGON SPORTING GOODS CO., LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Paragon Sporting Goods Co., LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 3, 2013.                    Respectfully submitted,

/s/ Joseph James Bellew                    /s/ Richard C. Weinblatt
Joseph James Bellew (#4816)                Stamatios Stamoulis (#4606)
COZEN O'CONNOR                             Richard C. Weinblatt (#5080)
Suite 1400, Chase Manhattan Centre         STAMOULIS & WEINBLATT LLC
1201 North Market Street                   Two Fox Point Centre
Wilmington, Delaware 19801                 6 Denny Road, Suite 307
(302) 295-2000                             Wilmington, DE 19809
Email: jbellew@cozen.com                   (302) 999-1540
                                           Email: stamoulis@swdelaw.com
*Attorneys for Defendant*                  Email: weinblatt@swdelaw.com
*Paragon Sporting Goods Co., LLC*
                                           *Attorneys for Plaintiff*
                                           *Select Retrieval, LLC*

So Ordered this 8th day of January, 2013.

Richard G. Andrews
United States District Judge