IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| vs. | § § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF KARMALOOP, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Karmaloop, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 4, 2013.

/s/ Patricia L. Enerio
Patricia L. Enerio (#3728)
    E-Mail: penerio@proctorheyman.com
Meghan A. Adams (#4981)
    E-mail: madams@proctorheyman.com
PROCTOR HEYMAN LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300

*Attorneys for Defendant*
*Karmaloop, Inc.*

Respectfully submitted,

/s/ Richard C. Weinblatt
Stamatios Stamoulis (#4606)
    Email: stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
    Email: weinblatt@swdelaw.com
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

So ordered this 8th day of January, 2013.

__Richard G Andrews__
United States District Judge

1