IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 11-812-RGA |
| | ) |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| ANN INC., et al., | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL DECLARATION OF VIRGINIA DEMARCHI IN SUPPORT OF ADOBE'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO INTERVENE, SEVER, AND STAY PROCEEDINGS PENDING ADJUDICATION OF ADOBE'S DECLARATORY JUDGMENT ACTION**

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated: January 10, 2013
1089435 / 39489

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant Adobe Systems Incorporated*

I, Virginia K. DeMarchi, declare as follows:

1. I am an attorney duly licensed to practice law in the state of California, a partner at the law firm of Fenwick & West LLP, and counsel for Adobe Systems Incorporated ("Adobe"). I have personal knowledge of the matters set forth herein and, if called upon to do so, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of Adobe's second amended complaint in *Adobe Sys. Inc. v. Kelora Sys., LLC*, No. 4:11-cv-03938 (N.D. Cal.) (Dkt. No. 44), which was filed on December 14, 2011.

3. Attached hereto as **Exhibit B** is a true and correct copy of Kelora Systems, LLC's answer to Adobe's second amended complaint in *Adobe Sys. Inc. v. Kelora Sys., LLC*, No. 4:11-cv-03938 (N.D. Cal.) (Dkt. No. 45), which was filed on December 22, 2011.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2013.

*/s/ Virginia K. DeMarchi*
Virginia K. DeMarchi

1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 10, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 10, 2013, the attached document was Electronically Mailed to the following person(s):

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoes Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P
Cycles, LLC, J & R Electronics Inc., Oriental
Trading Company, Inc., Redcats USA, Inc.
and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P
Cycles, LLC, J & R Electronics Inc., Oriental
Trading Company, Inc., Redcats USA, Inc.
and Scholastic Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE 19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming
Shoppes, Inc. and Ellison Systems, Inc. (d/b/a
Shoplet.com)*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
cbroderick@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P Cycles,
LLC, J & R Electronics Inc., Oriental Trading
Company, Inc., Redcats USA, Inc. and Scholastic
Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings,
B & H Foto & Electronics Corp., Bluefly, Inc.,
Brown Shoe Company, Inc., Dillard's, Inc.,
eBags, Inc., Hanover Direct, Inc., J&P Cycles,
LLC, J & R Electronics Inc., Oriental Trading
Company, Inc., Redcats USA, Inc. and Scholastic
Corporation*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA 30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc. and Charming
Shoppes, Inc.*

William H. Baker
Alston & Bird
90 Park Avenue
New York, NY 10016
bill.baker@alston.com
*Attorneys for Defendants Ann Inc. and Charming Shoppes, Inc.*

Jared T. Kelly
Steven M. Bauer
William D. Dalsen
Proskauer Rose LLP
One International Place
Boston, MA 02110
jkelly@proskauer.com
sbauer@proskauer.com
wdalsen@proskauer.com
*Attorneys for Defendant Barneys New York, Inc.*

Eugene Chang
Robert G. Kofsky
Wilkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
echang@wilkie.com
rkofsky@wilkie.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Natalie Hanlon-Leh
Jared Briant
Faegre Baker Daniels LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
natalie.hanlon-leh@FaegreBD.com
jared.briant@faegreBD.com
*Attorneys for Defendant Crocs, Inc.*

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.*

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899-1347
mgraham@mnat.com
*Attorneys for Defendants CPA2BIZ, Inc.*

Christopher P. Broderick
Orrick, Herrington And Sutcliffe, LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
cbroderick@orrick.com
*Attorneys for Defendant CPA2BIZ, Inc.*

Nicholas E. Skiles
Swartz Campbell LLC
300 Delaware Avenue, Suite 330
Wilmington, DE 19801
nskiles@swartzcampbell.com
*Attorneys for Defendant Hayneedle Inc.*

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA 15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX 77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA 02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Dominick T. Gattuso
Meghan A. Adams
Dawn Kurtz Crompton
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
dcrompton@proctorheyman.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE 19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA 02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

| | |
|---|---|
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* |
| Gregory B. Williams<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>Wilmington, DE 19899<br>gwilliams@foxrothschild.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* | David E. Finkelson<br>McGuireWoods LLP<br>One James Center<br>901 East Cary Street<br>Richmond, VA 23219-4030<br>dfinkelson@mcguirewoods.com<br>*Attorneys for Defendant Wal-Mart Stores, Inc.* |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1028857 / 37313