## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,                )<br>                                                      )<br>             Plaintiff,                        )     C.A. No. 11-812-RGA<br>                                                      )<br>     v.                                          )<br>                                                      )     **JURY TRIAL DEMANDED**<br>ANN INC., et al.,                          )<br>                                                      )<br>             Defendants.                 )  | |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Adobe Systems Incorporated ("Adobe"), respectfully requests oral argument on Adobe's Motion To Intervene And Stay Proceedings Pending Adjudication Of Adobe's Declaratory Judgment Action (D.I. 534).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated:  January 11, 2013
1089600 / 39489

By:  */s/ David E. Moore*
       Richard L. Horwitz (#2246)
       David E. Moore (#3983)
       Bindu A. Palapura (#5370)
       Hercules Plaza, 6th Floor
       1313 N. Market Street
       Wilmington, DE  19801
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com
       bpalapura@potteranderson.com

*Attorneys for Adobe Systems Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 11, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 11, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA 94041<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br>ahayden@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated* | David M. Lacy Kusters<br>Erin Simon<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA 94104<br>dlacykusters@fenwick.com<br>esimon@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated* |

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoes Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading  Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Bluefly, Inc., Brown Shoe Company, Inc., Dillard's, Inc., eBags, Inc., Hanover Direct, Inc., J&P Cycles, LLC, J & R Electronics Inc., Oriental Trading Company, Inc., Redcats USA, Inc. and Scholastic Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc. and Ellison Systems, Inc. (d/b/a Shoplet.com)*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc. and Charming Shoppes, Inc.*

| | |
|---|---|
| William H. Baker<br>Alston & Bird<br>90 Park Avenue<br>New York, NY  10016<br>bill.baker@alston.com<br>*Attorneys for Defendants Ann Inc. and Charming Shoppes, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.* |
| Jared T. Kelly<br>Steven M. Bauer<br>William D. Dalsen<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>jkelly@proskauer.com<br>sbauer@proskauer.com<br>wdalsen@proskauer.com<br>*Attorneys for Defendant Barneys New York, Inc.* | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>mgraham@mnat.com<br>*Attorneys for Defendants CPA2BIZ, Inc.* |
| Eugene Chang<br>Robert G. Kofsky<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099<br>echang@wilkie.com<br>rkofsky@wilkie.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* | Christopher P. Broderick<br>Orrick, Herrington And Sutcliffe, LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>cbroderick@orrick.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* |
| Natalie Hanlon-Leh<br>Jared Briant<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>natalie.hanlon- leh@FaegreBD.com<br>jared.briant@faegreBD.com<br>*Attorneys for Defendant Crocs, Inc.* | Nicholas E. Skiles<br>Swartz Campbell LLC<br>300  Delaware Avenue, Suite 330<br>Wilmington, DE  19801<br>nskiles@swartzcampbell.com<br>*Attorneys for Defendant Hayneedle Inc.* |

Jason S. Jackson
James M. Sulentic
Kutak Rock LLP
1650 Farnam Street
Omaha, NE  68102
jason.jackson@kutakrock.com
james.sulentic@kutakrock.com
*Attorneys for Defendant Hayneedle Inc.*

Dominick T. Gattuso
Meghan A. Adams
Dawn Kurtz Crompton
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
dcrompton@proctorheyman.com
*Attorneys for Defendant Macy's Inc.*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX  77002
John.barr@bgllp.com
Chris.shield@bgllp.com
Robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

William R. Grimm
Hinckley, Allen & Snyder LLP
28 State Street
Boston, MA  02109-1775
wgrimm@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Stephen J. Carlotti
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI  02903
scarlotti@haslaw.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
bsiff@schiffhardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

Gregory B. Williams
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE  19899
gwilliams@foxrothschild.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

David E. Finkelson
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA  23219-4030
dfinkelson@mcguirewoods.com
*Attorneys for Defendant Wal-Mart Stores, Inc.*

By:   */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1028857 / 37313