**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No.  1:11-cv-00812-RGA |
| | § | |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**STIPULATION OF DISMISSAL OF J & R ELECTRONICS INC.**
**WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims

between Plaintiff Select Retrieval, LLC against Defendant J & R Electronics Inc. in the above-

captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own

costs, expenses, and attorneys' fees.

Dated:  January 16, 2013.                        Respectfully submitted,

*/s/ Julia Heaney*                               */s/ Richard C. Weinblatt*
Mary B. Graham (#2256)                           Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                             Richard C. Weinblatt (#5080)
MORRIS, NICHOLS, ARSHT & TUNNELL                 STAMOULIS & WEINBLATT LLC
LLP                                              Two Fox Point Centre
1201 North Market Street                         6 Denny Road, Suite 307
P.O. Box 1347                                    Wilmington, DE 19809
Wilmington, DE 19899                             (302) 999-1540
(302) 658-9200                                   stamoulis@swdelaw.com
mgraham@mnat.com                                 weinblatt@swdelaw.com
jheaney@mnat.com

                                                 *Attorneys for Plaintiff*
*Attorneys for Defendant*                        *Select Retrieval, LLC*
*J & R Electronics Inc.*