## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,           § <br> § <br> Plaintiff,           § <br> § <br> v.           § <br> § <br> AMERIMARK DIRECT, LLC, et al.,           § <br> § <br> Defendants.           § | Civil Action No.  1:11-cv-00812-RGA <br><br><br><br><br> **JURY TRIAL REQUESTED** |

### STIPULATION OF DISMISSAL OF ORIENTAL TRADING COMPANY, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Oriental Trading Company, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  January 16, 2013.                                                  Respectfully submitted,

*/s/ Julia Heaney*  
Mary B. Graham (#2256)  
Julia Heaney (#3052)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
mgraham@mnat.com  
jheaney@mnat.com  

*Attorneys for Defendant*  
*Oriental Trading Company, Inc.*

*/s/ Richard C. Weinblatt*  
Stamatios Stamoulis (#4606)  
Richard C. Weinblatt (#5080)  
STAMOULIS & WEINBLATT LLC  
Two Fox Point Centre  
6 Denny Road, Suite 307  
Wilmington, DE 19809  
(302) 999-1540  
stamoulis@swdelaw.com  
weinblatt@swdelaw.com  

*Attorneys for Plaintiff*  
*Select Retrieval, LLC*