# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendant Staples, Inc. ("Staples"), subject to the Court's approval, that the time for Select Retrieval to serve Initial Infringement Contentions on Staples pursuant to Paragraph 3(a)(iii) of the August 27, 2012 Scheduling Order is extended through and including February 1, 2013, and the time for Staples to serve Initial Invalidity Contentions on Select Retrieval pursuant to Paragraph 3(a)(iv) of the August 27, 2012 Scheduling Order is extended through and including April 1, 2013.

Dated: January 16, 2013.                        Respectfully submitted,

| | |
|---|---|
| */s/ Julia Heaney* | */s/ Richard C. Weinblatt* |
| Jack B. Blumenfeld (#1014) | Stamatios Stamoulis (#4606) |
| Julia Heaney (#3052) | Richard C. Weinblatt (#5080) |
| Jennifer Ying (#5550) | STAMOULIS & WEINBLATT LLC |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Two Fox Point Centre |
| 1201 North Market Street | 6 Denny Road, Suite 307 |
| P.O. Box 1347 | Wilmington, DE 19809 |
| Wilmington, DE 19899 | (302) 999-1540 |
| (302) 658-9200 | stamoulis@swdelaw.com |
| jblumenfeld@mnat.com | weinblatt@swdelaw.com |
| jheaney@mnat.com | |
| jying@mnat.com | *Attorneys for Plaintiff* |
| | *Select Retrieval, LLC* |
| *Attorneys for Defendant* | |
| *Staples, Inc.* | |

1

**IT IS SO ORRDERED** this _____ day of January, 2013.

                                                                                                                     _____
                                                                                                                     United States District Judge