IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

### STIPULATION OF DISMISSAL OF ORIENTAL TRADING COMPANY, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims by Plaintiff Select Retrieval, LLC against Defendant Oriental Trading Company, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 16, 2013.                    Respectfully submitted,

/s/ Julia Heaney                            /s/ Richard C. Weinblatt
Mary B. Graham (#2256)                      Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                        Richard C. Weinblatt (#5080)
1201 North Market Street                    STAMOULIS & WEINBLATT LLC
P.O. Box 1347                               Two Fox Point Centre
Wilmington, DE 19899                        6 Denny Road, Suite 307
(302) 658-9200                              Wilmington, DE 19809
mgraham@mnat.com                            (302) 999-1540
jheaney@mnat.com                            stamoulis@swdelaw.com
                                            weinblatt@swdelaw.com
*Attorneys for Defendant*
*Oriental Trading Company, Inc.*            *Attorneys for Plaintiff*
                                            *Select Retrieval, LLC*

So ordered this 17th day of January, 2013.

Richard G. Andrews
USDJ

1