**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No.  1:11-cv-00812-RGA |
| vs. | § § § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**NOTICE OF SERVICE OF PRELIMINARY INFRINGEMENT
CONTENTIONS AGAINST DEFENDANTS**

PLEASE TAKE NOTICE THAT on January 18, 2013, a copy of PLAINTIFF SELECT RETRIEVAL, LLC'S PRELIMINARY INFRINGEMENT CONTENTIONS, pursuant to this Court's Scheduling Order (D.I. 385) and December 12, 2012 Order Granting Stipulation to Extending Time (D.I. 542), was caused to be served upon the following defendants and counsel of record via e-mail:

*American Greetings Corporation; B & H Foto & Electronics Corp.; Brown Shoe Company, Inc.; Hanover Direct, Inc.*

Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Bluefly, Inc.*

Mary B. Graham
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*CPA2BIZ, Inc.*

Mary B. Graham
Jeremy A. Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Dillards, Inc.; eBags, Inc.; J&P Cycles, LLC*

Mary B. Graham
Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

*Redcats USA, Inc.*

Julia Heaney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Matias Ferrario
KILPATRICK TOWNSEND
& STOCKTON LLP
1001 West Fourth Street
Winston Salem, NC 27101

Kenneth L. Dorsney
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

*Scholastic Corporation*

| | |
|---|---|
| Julia Heaney | Brian D. Siff |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | Gina M. Bassi |
| 1201 North Market Street | SCHIFF HARDIN LLP |
| P.O. Box 1347 | 666 Fifth Avenue, Suite 1700 |
| Wilmington, DE 19899 | New York, NY 10103 |

*Ellison Systems, Inc. d/b/a Shoplet.com*

John G. Day
Andrew Colin May
ASHBY & GEDDES
500 Delaware Avenue, 8th FL
P.O. Box 1150
Wilmington, DE 19899

Dated: January 21, 2013                STAMOULIS & WEINBLATT LLC

                                        */s/ Richard C. Weinblatt*

Of Counsel:                             Stamatios Stamoulis #4606
                                            stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)  Richard C. Weinblatt #5080
    sdaniels@farneydaniels.com              weinblatt@swdelaw.com
FARNEY DANIELS PC                       Two Fox Point Centre
800 South Austin Avenue, Suite 200      6 Denny Road, Suite 307
Georgetown, Texas 78626                 Wilmington, DE 19809
Telephone: (512) 582-2828               Telephone: (302) 999-1540

*Counsel for Plaintiff*
*Select Retrieval, LLC*