# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF BLUEFLY INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Bluefly Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 28, 2013.                                Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                    STAMOULIS & WEINBLATT LLC

/s/ Julie Heaney                                        /s/ Richard C. Weinblatt
Mary B. Graham (#2256)                                  Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                                    Richard C. Weinblatt (#5080)
1201 North Market Street                                Two Fox Point Centre
P.O. Box 1347                                           6 Denny Road, Suite 307
Wilmington, DE 19899                                    Wilmington, DE 19809
(302) 658-9200                                          (302) 999-1540
mgraham@mnat.com                                        stamoulis@swdelaw.com
jheaney@mnat.com                                        weinblatt@swdelaw.com

OF COUNSEL:                                             *Attorneys for Select Retrieval, LLC*

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP

1

777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414

*Attorneys for Bluefly Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

/s/ Richard C. Weinblatt
Richard C. Weinblatt #5080

SO ORDERED this 29th day of Jan, 2013

_____
United States District Judge

2