**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § § | |
| ANN, INC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

### STIPULATION OF DISMISSAL OF WAL-MART STORES INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Wal-Mart Stores Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: January 30, 2013.                                          Respectfully submitted,

*/s/ Gregory B. Williams*
Gregory B. Williams (#4195)
FOX ROTHSCHILD LLP
919 N. Market Street, Ste 1300
Wilmington, DE 19801
(302) 622-4211
gwilliams@foxrothschild.com

*Attorneys for Defendant
Wal-Mart Stores Inc.*

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff
Select Retrieval, LLC*