IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,<br><br>          Plaintiff,<br><br>v.<br><br>AMERIMARK DIRECT, LLC, et al.,<br><br>          Defendants. | Civil Action No. 1:11-cv-00812-RGA<br><br>**JURY TRIAL REQUESTED** |

## STIPULATION OF DISMISSAL OF eBAGS, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant eBags, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 7, 2013.                                          Respectfully submitted,

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
| */s/ Julia Heaney*<br>Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mbgefiling@mnat.com<br>jhefiling@mnat.com | */s/ Richard C. Weinblatt*<br>Stamatios Stamoulis (#4606)<br>Richard C. Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for eBags, Inc.* | *Attorneys for Select Retrieval, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080
