IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-RGA |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Select Retrieval, LLC and Defendant Charming Shoppes Inc. ("Charming Shoppes"), subject to the Court's approval, that Charming Shoppes's deadline for Joinder of Other Parties and Amendment of Pleadings pursuant to Paragraph 2 of the Scheduling Order (D.I. 385) is hereby extended until fourteen (14) days after the Court issues a decision as to Adobe's Motion to Intervene (D.I. 534).

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Andrew C. Mayo* |
| _____ | _____ |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Tiffany Geyer Lydon (#3950) |
| Two Fox Point Centre | Andrew C. Mayo (#5207) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | amayo@ashby-geddes.com |
| | |
| | *Attorneys for Defendant Charming Shoppes Inc.* |

**SO ORDERED** this _____ day of February, 2013.

_____
United States District Judge

{00719336;v1 }