# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF DILLARD'S INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Dillard's Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 7, 2013.                                    Respectfully submitted,

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | STAMOULIS & WEINBLATT LLC |
|---|---|
| */s/ Julia Heaney* | */s/ Richard C. Weinblatt* |
| Mary B. Graham (#2256) | Stamatios Stamoulis (#4606) |
| Julia Heaney (#3052) | Richard C. Weinblatt (#5080) |
| 1201 North Market Street | Two Fox Point Centre |
| P.O. Box 1347 | 6 Denny Road, Suite 307 |
| Wilmington, DE 19899 | Wilmington, DE 19809 |
| (302) 658-9200 | (302) 999-1540 |
| mbgefiling@mnat.com | stamoulis@swdelaw.com |
| jhefiling@mnat.com | weinblatt@swdelaw.com |
| *Attorneys for Dillard's Inc.* | *Attorneys for Plaintiff Select Retrieval, LLC* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080
