IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 1:11-cv-00812-RGA |
| | § | |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, et al., | § | |
| | § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF DILLARD'S INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Dillard's Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 7, 2013.                              Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                 STAMOULIS & WEINBLATT LLC

/s/ Julia Heaney                                     /s/ Richard C. Weinblatt
Mary B. Graham (#2256)                               Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                                 Richard C. Weinblatt (#5080)
1201 North Market Street                             Two Fox Point Centre
P.O. Box 1347                                        6 Denny Road, Suite 307
Wilmington, DE 19899                                 Wilmington, DE 19809
(302) 658-9200                                       (302) 999-1540
mbgefiling@mnat.com                                  stamoulis@swdelaw.com
jhefiling@mnat.com                                   weinblatt@swdelaw.com

*Attorneys for Dillard's Inc.*                       *Attorneys for Plaintiff Select Retrieval, LLC*

SO ORDERED this 8th day of Feb 201_

_____
United States District Judge