IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF eBAGS, INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant eBags, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: February 7, 2013.                                Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP                    STAMOULIS & WEINBLATT LLC

/s/ Julia Heaney                                         /s/ Richard C. Weinblatt
Mary B. Graham (#2256)                                   Stamatios Stamoulis (#4606)
Julia Heaney (#3052)                                     Richard C. Weinblatt (#5080)
1201 North Market Street                                 Two Fox Point Centre
P.O. Box 1347                                            6 Denny Road, Suite 307
Wilmington, DE 19899                                     Wilmington, DE 19809
(302) 658-9200                                           (302) 999-1540
mbgefiling@mnat.com                                      stamoulis@swdelaw.com
jhefiling@mnat.com                                       weinblatt@swdelaw.com

*Attorneys for eBags, Inc.*                              *Attorneys for Select Retrieval, LLC*

SO ORDERED this 9th day of Feb, 2013

_____
United States District Judge

1