IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Plaintiff") and Defendants American Greetings Corporation, Ann Inc., B&H Foto & Electronics Corp., Barneys New York Inc., Brown Shoe Company Inc., Charming Shoppes Inc., CPA2BIZ Inc., Crocs Inc., Ellison Systems Inc. d/b/a Shoplet.com, Hanover Direct Inc., Hayneedle Inc., J&P Cycles LLC, Macy's Inc., Overstock.com Inc., PC Connection Inc., Redcats USA Inc., Ross-Simons of Warwick Inc., and Scholastic Corporation (collectively, "Defendants"), subject to the Court's approval, that:

1. The time for Defendants to serve their initial invalidity contentions pursuant to Section 3(a)(iv) of the Scheduling Order (D.I. 385) is extended through March 18, 2013; and

2. The time for the parties to submit their respective letter briefs pursuant to Section 3(b) of the Scheduling Order (D.I. 385) is extended as follows:

   (a)   Defendants' opening letter brief:   April 15, 2013

   (b)   Plaintiff's responsive letter brief:   April 22, 2013;

   (c)   Defendants' reply letter brief:   April 29, 2013.

Submitted: February 12, 2013

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard Charles Weinblatt* | */s/ Julia Heaney* |
| Stamatios Stamoulis (#4606)<br>Richard Charles Weinblatt (#5080)<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Select Retrieval, LLC* | Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Jennifer Ying (#5550)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com<br>*Attorneys for Barneys New York Inc., and Ross-Simons of Warwick, Inc.* |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ASHBY & GEDDES |
| */s/ Julia Heaney* | */s/ John G. Day* |
| Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for American Greetings Corporation, B & H Foto & Electronics Corp., Brown Shoe Company Inc., CPA2BIZ, Inc., Hanover Direct Inc., J & P Cycles LLC, Redcats USA Inc. and Scholastic Corporation* | John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br>*Attorneys for Ann Inc., Charming Shoppes Inc., and Ellison Systems, Inc. (d/b/a Shoplet.com)* |

| POTTER ANDERSON & CORROON | SWARTZ CAMPBELL LLC |
|---|---|
| */s/ David Ellis Moore* | */s/ Nicholas E. Skiles* |
| Richard L. Horwitz (#2246)<br>David Ellis Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>*Attorneys for Crocs Inc.* | Nicholas E. Skiles (#3777)<br>300 Delaware Avenue, Suite 1410<br>P.O. Box 330<br>Wilmington, DE 19801<br>(302) 656-5935<br>nskiles@swartzcampbell.com<br>*Attorneys for Hayneedle, Inc.* |
| PROCTOR HEYMAN LLP | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| */s/ Dominick T. Gattuso* | */s/ Karen L. Pascale* |
| Dominick T. Gattuso (#3630)<br>Meghan A. Adams (#4981)<br>Dawn Kurtz Crompton (#5579)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Macys, Inc.* | Karen L. Pascale (#2903)<br>James L. Higgins (#5021)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Overstock.com Inc.* |

RICHARDS, LAYTON & FINGER, PA

*/s/ Elizabeth Rui He*

Frederick L. Cottrell, III (#2555)
Elizabeth Rui He (#5345)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 658-6541
cottrell@rlf.com
he@rlf.com
*Attorneys for PC Connection Inc.*

SO ORDERED this _____ day of February, 2013.

                                                                                 _____
                                                                                 United States District Judge

6996979