# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ANN INC., et al., | ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL SUBMISSION IN SUPPORT OF ADOBE'S MOTION TO INTERVENE, SEVER, AND STAY PROCEEDINGS PENDING ADJUDICATION OF ADOBE'S DECLARATORY JUDGMENT ACTION ADVISING THE COURT OF ADOBE'S AGREEMENT TO ACCEPT DEFENSE AND INDEMNITY OBLIGATIONS FOR ITS CUSTOMERS IN THIS ACTION

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated:  February 15, 2013
1094729 / 39489

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Intervenor Adobe Systems Incorporated*

Intervenor Adobe Systems Incorporated ("Adobe") submits this Supplemental Submission to inform the Court of a change in factual circumstances, in that Adobe has agreed to defend and indemnify its customers in this matter, defendants Macy's Inc., Hayneedle Inc., Ross-Simons of Warwick Inc., and Charming Shoppes Inc.  Adobe respectfully requests that the Court consider this recent factual development in deciding Adobe's Motion to Intervene, Sever, and Stay Proceedings Pending Adjudication of Adobe's Declaratory Judgment Action (D.I. 534).

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

By:   */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Intervenor Adobe Systems Incorporated*

Dated:  February 15, 2013
1094729 / 39489

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on February 15, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 15, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX  78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br>ahayden@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated* | David M. Lacy Kusters<br>Erin Simon<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA  94104<br>dlacykusters@fenwick.com<br>esimon@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated* |

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Brown Shoes Company, Inc., Hanover Direct, Inc., J&P Cycles, LLC, Redcats USA, Inc. and Scholastic Corporation*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Brown Shoes Company, Inc., Hanover Direct, Inc., J&P Cycles, LLC, Redcats USA, Inc. and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
kjohnson-mckewan@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Brown Shoes Company, Inc., Hanover Direct, Inc., J&P Cycles, LLC, Redcats USA, Inc. and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants American Greetings, B & H Foto & Electronics Corp., Brown Shoes Company, Inc., Hanover Direct, Inc., J&P Cycles, LLC, Redcats USA, Inc. and Scholastic Corporation*

John G. Day
Tiffany Geyer Lydon
Andrew C. Mayo
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P. O. Box 1150
Wilmington, DE  19801
jday@ashby-geddes.com
tlydon@ashby-geddes.com
amayo@ashby-geddes.com
*Attorneys for Defendants Ann Inc., Charming Shoppes, Inc. and Ellison Systems, Inc. (d/b/a Shoplet.com)*

Robert L. Lee
Holly S. Hawkins Saporito
Joshua Weeks
Alston & Bird
1201 West Peachtree Street
Atlanta, GA  30309
bob.lee@aslton.com
holly.hawkins@alston.com
joshua.weeks@alston.com
*Attorneys for Defendants Ann Inc. and Charming Shoppes, Inc.*

| | |
|---|---|
| William H. Baker<br>Alston & Bird<br>90 Park Avenue<br>New York, NY  10016<br>bill.baker@alston.com<br>*Attorneys for Defendants Ann Inc. and Charming Shoppes, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants Barneys New York, Inc. and Ross-Simons of Warwick, Inc.* |
| Jared T. Kelly<br>Steven M. Bauer<br>William D. Dalsen<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA  02110<br>jkelly@proskauer.com<br>sbauer@proskauer.com<br>wdalsen@proskauer.com<br>*Attorneys for Defendant Barneys New York, Inc.* | Mary B. Graham<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899-1347<br>mgraham@mnat.com<br>*Attorneys for Defendants CPA2BIZ, Inc.* |
| Eugene Chang<br>Robert G. Kofsky<br>Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY  10019-6099<br>echang@wilkie.com<br>rkofsky@wilkie.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* | Christopher P. Broderick<br>Orrick, Herrington And Sutcliffe, LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>cbroderick@orrick.com<br>*Attorneys for Defendant CPA2BIZ, Inc.* |
| Natalie Hanlon-Leh<br>Jared Briant<br>Faegre Baker Daniels LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203<br>natalie.hanlon- leh@FaegreBD.com<br>jared.briant@faegreBD.com<br>*Attorneys for Defendant Crocs, Inc.* | Nicholas E. Skiles<br>Swartz Campbell LLC<br>300  Delaware Avenue, Suite 330<br>Wilmington, DE  19801<br>nskiles@swartzcampbell.com<br>*Attorneys for Defendant Hayneedle Inc.* |

| | |
|---|---|
| Jason S. Jackson<br>James M. Sulentic<br>Kutak Rock LLP<br>1650 Farnam Street<br>Omaha, NE  68102<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com<br>*Attorneys for Defendant Hayneedle Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc.* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |

4

| | |
|---|---|
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* |

By:   */s/ Richard L. Horwitz*
     Richard L. Horwitz
     David E. Moore
     Bindu A. Palapura
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

1028857 / 37313