# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | |
| | § | Civil Action No. 1:11-cv-00812-RGA |
| Plaintiff, | § | |
| | § | JURY TRIAL REQUESTED |
| v. | § | |
| | § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § | **NOTICE OF VOLUNTARY** |
| | § | **DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | § | **OF STAR CREATIONS, INC. d/b/a AJ** |
| | § | **MADISON** |

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant Star Creations, Inc. d/b/a AJ Madison has not yet answered the complaint. Accordingly, Select Retrieval, LLC voluntarily dismisses Star Creations, Inc. d/b/a AJ Madison without prejudice pursuant to Rule 41(a)(1).

Dated:  February 20, 2013                                     STAMOULIS & WEINBLATT LLC

                                                                              */s/ Richard C. Weinblatt*
Of Counsel:                                                          Stamatios Stamoulis #4606
                                                                                     stamoulis@swdelaw.com
Steven R. Daniels (admitted *pro hac vice*)         Richard C. Weinblatt #5080
       sdaniels@farneydaniels.com                           weinblatt@swdelaw.com
Maeghan E. Whitehead (admitted *pro hac vice*)  Two Fox Point Centre
       mwhitehead@farneydaniels.com                   6 Denny Road, Suite 307
Farney Daniels PC                                                 Wilmington, DE 19809
800 South Austin Avenue, Suite 200                   Telephone:  (302) 999-1540
Georgetown, TX 78626
Telephone:  (512) 582-2828


                                                                              *Counsel for Plaintiff*
                                                                              *Select Retrieval, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2013, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt #5080