# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § § Plaintiff, § § v. § § AMERIMARK DIRECT, LLC, et al., § § Defendants. § | Civil Action No. 1:11-cv-00812-RGA |

## STIPULATION OF DISMISSAL
## OF REDCATS USA, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC against Defendant Redcats USA, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 5, 2013.                                   Respectfully submitted,

STAMOULIS & WEINBLATT LLC                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Richard C. Weinblatt                              /s/ Julie Heaney
Stamatios Stamoulis (#4606)                    Mary B. Graham (#2256)
Richard C. Weinblatt (#5080)                   Julie Heaney (#3052)
Two Fox Point Centre                                 1201 North Market Street
6 Denny Road, Suite 307                          P.O. Box 1347
Wilmington, DE 19809                              Wilmington, DE 19899
(302) 999-1540                                             (32) 658-9200
Email: stamoulis@swdelaw.com            mgraham@mnat.com
Email: weinblatt@swdelaw.com           jheaney@mnat.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*
*Select Retrieval, LLC*                                *Redcats USA, Inc.*

SO ORDERED this 6th day of Mar. 2013

/s/ Richard G. Andrews
United States District Judge