IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF CROCS, INC. WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims between Plaintiff Select Retrieval, LLC and Defendant Crocs, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 8, 2013.                                   Respectfully submitted,

POTTER ANDERSON & CORROON LLP          STAMOULIS & WEINBLATT LLC

/s/ David E. Moore                                         /s/ Richard C. Weinblatt
Richard L. Horwitz (#2246)                          Stamatios Stamoulis (#4606)
David E. Moore (#3983)                               Richard C. Weinblatt (#5080)
Hercules Plaza, 6th Floor                              Two Fox Point Centre
1313 N. Market Street                                   6 Denny Road, Suite 307
Wilmington, DE 19801                                  Wilmington, DE 19809
(302) 984-6000                                               (302) 999-1540
rhorwitz@potteranderson.com                    stamoulis@swdelaw.com
dmoore@potteranderson.com                     weinblatt@swdelaw.com

*Attorneys for Defendant Crocs, Inc.*              *Attorneys for Plaintiff Select Retrieval, LLC*

SO ORDERED this 11 day of M__, 2013.

_____
United States District Judge