IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC and Defendant Barneys New York, Inc. ("Barneys"), subject to the Court's approval, that the time for Defendant Barneys to serve initial invalidity contentions pursuant to Paragraph 3(a)(iv) of the Court's Scheduling Order (D.I. 385) is extended through and including Monday April 1, 2013.

| STAMOULIS & WEINBLATT | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Julia Heaney* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (#1014) |
| Richard C. Weinblatt (#5080) | Julia Heaney (#3052) |
| Two Fox Point Centre | Jennifer Ying (#5550) |
| 6 Denny Road, Suite 307 | 1201 North Market Street |
| Wilmington, DE 19809 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | jheaney@mnat.com |
| | jying@mnat.com |
| | *Attorneys for Barneys New York Inc.* |
| | OF COUNSEL: |
| | Steven Bauer |
| | Jared T. Kelly |
| | William D. Dalsen |
| | PROSKAUER ROSE LLP |
| | One International Place |
| | Boston, MA 02110 |
| | (617) 526-9600 |

**IT IS SO ORDERED** this ___ day of March , 2013.

7057914

_____
United States District Judge