IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SELECT RETRIEVAL, LLC,                    )
                                          )
                    Plaintiff,            )
                                          )        C.A. No. 11-812-RGA
          v.                              )
                                          )
AMERIMARK DIRECT, LLC et al.,             )
                                          )
                    Defendants.           )

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select

Retrieval, LLC and Defendant Ellison Systems Inc. d/b/a Shoplet.com ("Shoplet.com"), subject

to the Court's approval, that the time for Defendant Shoplet.com to produce invalidity

contentions pursuant to Paragraph 3(a)(iv) of the Court's Scheduling Order (D.I. 385) is

extended through and including Monday April 1, 2013.


STAMOULIS & WEINBLATT                      ASHBY & GEDDES

/s/ *Richard C. Weinblatt*                 /s/ *John G. Day*

Stamatios Stamoulis (#4606)                John G. Day (#2403)
Richard C. Weinblatt (#5080)               Andrew C. Mayo (#5207)
Two Fox Point Centre                       500 Delaware Avenue, 8th Floor
6 Denny Road, Suite 307                    P.O. Box 1150
Wilmington, DE  19809                      Wilmington, DE  19801
(302) 999-1540                             (302) 654-1888
stamoulis@swdelaw.com                      jday@ashby-geddes.com
weinblatt@swdelaw.com                      tlydon@ashby-geddes.com
                                           amayo@ashby-geddes.com

*Attorneys for Plaintiff Select Retrieval, LLC*

                                           *Attorneys for Defendant Ellison Systems Inc. d/b/a*
                                           *Shoplet.com*


**IT IS SO ORDERED** this ___ day of March , 2013.

                                           _____
                                           United States District Judge

{00733586;v1}