# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, § § Plaintiff § § v. § § AMERIMARK DIRECT, LLC, *et al.*, § § Defendants. § § § | Civil Action No. 1:11-00812-RGA **JURY TRIAL REQUESTED** |

## STIPULATION OF DISMISSAL OF ANN INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Ann Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  March 19, 2013.                              Respectfully submitted,

*/s/ Richard C. Weinblatt*                               */s/ John G. Day*
Stamatios Stamoulis (#4606)                       John G. Day (#2403)
Richard C. Weinblatt (#5080)                      Tiffany Geyer Lydon (#3950)
STAMOULIS & WEINBLATT LLC              Andrew C. Mayo (#5207)
Two Fox Point Centre                                    ASHBY & GEDDES
6 Denny Road, Suite 307                              500 Delaware Avenue, 8th Floor
Wilmington, DE 19809                                  P.O Box 1150
(302) 999-1540                                               Wilmington, DE 19899
stamoulis@swdelaw.com                             (302) 654-1888
weinblatt@swdelaw.com                             jday@ashby-geddes.com
                                                                       tlydon@ashby-geddes.com
*Attorneys for Plaintiff*                                amayo@ashby-geddes.com
*Select Retrieval, LLC*

*Attorneys for Defendant*
*Ann Inc.*