IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Joint Invalidity Contentions* were caused to be served upon the following on the date and in the manner indicated.

Stamatios Stamoulis                                                                                                   **BY E-MAIL**
Richard Charles Weinblatt                                                                                         **March 19, 2013**
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

Steven R. Daniels                                                                                                        **BY E-MAIL**
Maeghan E. Whitehead                                                                                            **March 18, 2013**
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | */s/ Julia Heaney* |
|  | _____ |
|  | Mary B. Graham (#2256) |
|  | Julia Heaney (#3052) |
|  | 1201 North Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE 19899 |
|  | (302) 658-9200 |
|  | mgraham@mnat.com |
|  | jheaney@mnat.com |
| OF COUNSEL: | *Attorneys for American Greetings Corporation,* |
|  | *B & H Foto and Electronics, Corp., Brown Shoe* |
| Christopher P. Broderick | *Company, Inc., J & P Cycles LLC and Scholastic* |
| Karen Johnson-McKewan | *Corporation* |
| Christina Von der Ahe |  |
| ORRICK, HERRINGTON AND SUTCLIFFE, LLP |  |
| 777 South Figueroa Street |  |
| Suite 3200 |  |
| Los Angeles, CA  90017-5855 |  |
| (213) 612-2414 |  |

March 19, 2013
7059138

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on March 19, 2013 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |
| *Attorneys for Barneys New York Inc. Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |

| | |
|---|---|
| *Attorneys for Barneys New York Inc.* | Steven Bauer<br>Jared T. Kelly<br>PROSKAUER ROSE LLP<br>One International Place<br>Boston, MA 02110<br>(617) 526-9600<br>sbauer@proskauer.com<br>jkelly@proskauer.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Brown Shoe Company, Inc., J & P Cycles LLC and Scholastic Corporation* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| *Attorneys for American Greetings Corporation, B & H Foto and Electronics, Corp., Brown Shoe Company, Inc., J & P Cycles LLC and Scholastic Corporation* | Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com<br>kjohnson-mckewan@orrick.com<br>cvonderahe@orrick.com |

| | |
|---|---|
| *Attorneys for Scholastic Corporation* | Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com |
| *Attorneys for Adobe Systems Incorporated* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Adobe Systems Incorporated* | Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>(650) 988-8500<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br><br>David M. Lacy Kusters<br>Erin Simon<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>(415) 875-2300<br>dlacykusters@fenwick.com<br>esimon@fenwick.com |

| | |
|---|---|
| *Attorneys for Charming Shoppes Inc., and Ellison Systems, Inc. (d/b/a Shoplet.com)* | John G. Day<br>Tiffany Geyer Lydon<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com |
| *Attorneys for Charming Shoppes Inc.,* | Robert L. Lee<br>Holly S. Hawkins<br>Joshua M. Weeks<br>ALSTON & BIRD<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000<br>bob.lee@alston.com<br>holly.hawkins@alston.com<br>joshua.weeks@alston.com<br><br>William H. Baker<br>ALSTON & BIRD<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>bill.baker@alston.com |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com |

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie<br>Aaron Moore<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(617) 342-4000<br>mlowrie@foley.com<br>amoore@foley.com |
| *Attorneys for Hayneedle, Inc.* | Nicholas E. Skiles<br>SWARTZ CAMPBELL LLC<br>300 Delaware Avenue, Suite 1410<br>P.O. Box 330<br>Wilmington, DE  19801<br>(302) 656-5935<br>nskiles@swartzcampbell.com |
| *Attorneys for Hayneedle Inc.* | Jason S. Jackson<br>James M. Sulentic<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>Omaha, NE  68102<br>(402) 346-6000<br>jason.jackson@kutakrock.com<br>james.sulentic@kutakrock.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com |

| | |
|---|---|
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr. |
| | James Bosco |
| | Bryan P. Clark |
| | THE WEBB LAW FIRM |
| | One Gateway Center |
| | 420 Fort Duquesne, Suite 1200 |
| | Pittsburgh, PA  15222 |
| | kbaldaufjr@webblaw.com |
| | jbosco@webblaw.com |
| | bclark@webblaw.com |
| | |
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale |
| | James L. Higgins |
| | YOUNG, CONAWAY, STARGATT & TAYLOR LLP |
| | Rodney Square |
| | 1000 North King Street |
| | Wilmington, DE  19801 |
| | 302-571-6600 |
| | kpascale@ycst.com |
| | jhiggins@ycst.com |
| | |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr. |
| | Christopher A. Shield |
| | John A. Yates |
| | Robert D. Ayers, Jr. |
| | BRACEWELL & GIULIANI LLP |
| | 711 Louisiana Street, Suite 2300 |
| | Houston, TX  77002-2770 |
| | (713) 223-2300 |
| | john.barr@bgllp.com |
| | chris.shield@bgllp.com |
| | jay.yates@bgllp.com |
| | robert.ayers@bgllp.com |

*/s/ Julia Heaney*

_____

Julia Heaney (#3052)