IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 1:11-00812-RGA |
| AMERIMARK DIRECT, LLC, *et al.*, | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL OF ANN INC. WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Ann Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 19, 2013.                    Respectfully submitted,

/s/ Richard C. Weinblatt                  /s/ John G. Day
Stamatios Stamoulis (#4606)               John G. Day (#2403)
Richard C. Weinblatt (#5080)              Tiffany Geyer Lydon (#3950)
STAMOULIS & WEINBLATT LLC                 Andrew C. Mayo (#5207)
Two Fox Point Centre                      ASHBY & GEDDES
6 Denny Road, Suite 307                   500 Delaware Avenue, 8th Floor
Wilmington, DE 19809                      P.O Box 1150
(302) 999-1540                            Wilmington, DE 19899
stamoulis@swdelaw.com                     (302) 654-1888
weinblatt@swdelaw.com                     jday@ashby-geddes.com
                                          tlydon@ashby-geddes.com
*Attorneys for Plaintiff*                 amayo@ashby-geddes.com
*Select Retrieval, LLC*
                                          *Attorneys for Defendant*
                                          *Ann Inc.*

SO ORDERED this 19th day of Mar, 2013

_____
United States District Judge