# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 11-812-RGA |
| | ) |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| BARNEYS NEW YORK, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT HAYNEEDLE, INC.'S
## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, attorneys Nicholas E. Skiles of Swartz Campbell LLC, 300 Delaware Avenue, Suite 1410, P.O. Box 330, Wilmington, DE 19801; and James M. Sulentic and Jason S. Jackson of Kutak Rock LLP, 1650 Farnam Street, The Omaha Building, Omaha, NE 68102, hereby withdraw their appearances and request that they be removed from the electronic service list for this case and that the attorneys noted below be substituted in as counsel for Defendant Hayneedle, Inc.:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 984-6000

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2300

      Defendant Hayneedle, Inc. has approved this substitution of counsel, and this substitution is not being made for the purpose of delay.  Further, this substitution will cause no delay as the attorneys of Potter Anderson & Corroon LLP are prepared to meet all upcoming deadlines.

| SWARTZ CAMPBELL LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Nicholas E. Skiles*<br>    Nicholas E. Skiles<br>    300 Delaware Avenue, Suite 1410<br>    P.O. Box 330<br>    Wilmington, DE 19801<br>    Tel:  (302) 656-5935<br>    nskiles@swartzcampbell.com | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    1313 North Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |
| OF COUNSEL:<br><br>James M. Sulentic<br>Jason S. Jackson<br>KUTAK ROCK LLP<br>1650 Farnam Street<br>The Omaha Building,<br>Omaha, NE  68102<br>Tel:  (402) 346-6000<br>James.Sulentic@KutakRock.com<br>Jason.Jackson@KutakRock.com<br><br>Dated:  March 20, 2013 | *Attorneys for Defendant Hayneedle, Inc.*<br><br>OF COUNSEL:<br><br>Charlene M. Morrow<br>Virginia K. DeMarchi<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA  94041<br>Tel:  (650) 988-8500<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br><br>David M. Lacy Kusters<br>Erin Simon<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>Tel:  (415) 875-2300<br>dlacykusters@fenwick.com<br>esimon@fenwick.com |