IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:11-cv-00812-RGA |
| v. | § § | |
| AMERIMARK DIRECT, LLC, et al., | § § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

## STIPULATION OF DISMISSAL OF AMERICAN GREETINGS CORPORATION WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant American Greetings Corporation in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: March 29, 2013.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis (#4606)
Richard C. Weinblatt (#5080)
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*
Mary B. Graham (DE No. 2256)
Julia Heaney (DE No. 3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mbgefiling@mnat.com
jhefiling@mnat.com

*Attorneys for Defendant*
*American Greetings Corporation*

SO ORDERED this 1st day of April, 2013

Richard G. Andrews
United States District Judge

1