IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-812-RGA |
| v. | ) |
| | ) |
| AMERIMARK DIRECT, LLC et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC and Defendant Ellison Systems Inc. d/b/a Shoplet.com ("Shoplet.com"), subject to the Court's approval, that the time for Defendant Shoplet.com to produce invalidity contentions pursuant to Paragraph 3(a)(iv) of the Court's Scheduling Order (D.I. 385) is extended through and including Monday April 15, 2013.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
| */s/ Richard C. Weinblatt* | /s/ *Andrew C. Mayo* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Andrew C. Mayo (#5207) |
| Two Fox Point Centre | 500 Delaware Avenue, 8th Floor |
| 6 Denny Road, Suite 307 | P.O. Box 1150 |
| Wilmington, DE  19809 | Wilmington, DE  19801 |
| (302) 999-1540 | (302) 654-1888 |
| stamoulis@swdelaw.com | jday@ashby-geddes.com |
| weinblatt@swdelaw.com | amayo@ashby-geddes.com |
| *Attorneys for Plaintiff Select Retrieval, LLC* | *Attorneys for Defendant Ellison Systems Inc. d/b/a Shoplet.com* |

**IT IS SO ORDERED** this ___ day of April, 2013.

_____
United States District Judge

{ACM0078;v1 }