# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-812-RGA |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| AMERIMARK DIRECT LLC; ANN INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT CHARMING SHOPPES, INC.'S
## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.7, attorneys John G. Day and Andrew Colin Mayo of Ashby & Geddes, 500 Delaware Avenue, 8th Floor, P.O. Box 1150, Wilmington, DE 19899; William H. Baker of Alston & Bird, 90 Park Avenue, 12th Floor, New York, NY 10016; and Robert L. Lee, Holly Hawkins Saporito, Joshua M. Weeks of Alston & Bird, 1201 West Peachtree Street, Atlanta, GA 30309, hereby withdraw their appearances and request that they be removed from the electronic service list for this case and that the attorneys noted below be substituted in as counsel for Defendant Charming Shoppes, Inc.:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 984-6000

Charlene M. Morrow
Virginia K. DeMarchi
Amy E. Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2300

Defendant Charming Shoppes, Inc. has approved this substitution of counsel, and this substitution is not being made for the purpose of delay.  Further, this substitution will cause no delay as the attorneys of Potter Anderson & Corroon LLP are prepared to meet all upcoming deadlines.

| ASHBY & GEDDES | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *John G. Day*<br>　John G. Day<br>　Andrew C. Mayho<br>　500 Delaware Avenue, 8th Floor<br>　P.O. Box 1150<br>　Wilmington, Delaware 19899<br>　Tel:  (302) 654-1888<br>　jday@ashby-geddes.com<br>　amayo@ashby-geddes.com | By:/s/ *Richard L. Horwitz*<br>　Richard L. Horwitz (#2246)<br>　David E. Moore (#3983)<br>　Bindu A. Palapura (#5370)<br>　1313 North Market Street<br>　Hercules Plaza, 6th Floor<br>　Wilmington, DE 19801<br>　Tel:  (302) 984-6000<br>　rhorwitz@potteranderson.com<br>　dmoore@potteranderson.com<br>　bpalapura@potteranderson.com |

*Attorneys for Defendant Charming Shoppes, Inc.*

OF COUNSEL:

William H. Baker
ALSTON & BIRD
90 Park Avenue, 12th Floor
New York, NY  10016
Tel:  (212) 210-9487
bill.baker@alston.com

Robert L. Lee
Holly Hawkins Saporito
Joshua M. Weeks
ALSTON & BIRD
1201 West Peachtree Street, Suite 4200
Atlanta, GA 30309
Tel:  (404) 881-7000
bob.lee@alston.com
holly.saporito@altston.com
joshua.weeks@alston.com

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
Amy E. Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300
dlacykusters@fenwick.com
esimon@fenwick.com

Dated:  April 1, 2013
1100567