IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS STIPULATED AND AGREED, by and between Plaintiff Select Retrieval, LLC ("Plaintiff") and Defendant Staples, Inc. ("Staples"), subject to the Court's approval, that the time for Staples to serve its invalidity contentions pursuant to Paragraph 3(a)(iv) of the Court's Scheduling Order (D.I. 385) is extended through and including Monday, April 15, 2013.

STAMOULIS & WEINBLATT LLC                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard C. Weinblatt*                */s/ Jennifer Ying*

Stamatios Stamoulis (#4606)              Jack B. Blumenfeld (#1014)
Richard Charles Weinblatt (#5080)        Julia Heaney (#3052)
Two Fox Point Centre                     Jennifer Ying (#5550)
6 Denny Road, Suite 307                  1201 North Market Street
Wilmington, DE 19809                     P.O. Box 1347
(302) 999-1540                           Wilmington, DE 19899
stamoulis@swdelaw.com                    (302) 658-9200
weinblatt@swdelaw.com                    jblumenfeld@mnat.com
*Attorneys for Select Retrieval, LLC*    jheaney@mnat.com
                                         jying@mnat.com
                                         *Attorneys for Staples, Inc.*

SO ORDERED this _____ day of April, 2013.

_____
United States District Judge

7090744