IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF
ELLISON SYSTEMS, INC. D/B/A SHOPLET.COM WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Select Retrieval, LLC against Defendant Ellison Systems, Inc. d/b/a Shoplet.com in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
| | |
| */s/ Richard C. Weinblatt* | */s/ John G. Day* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403 ) |
| Richard C. Weinblatt (#5080) | Andrew Colin Mayo (#5207 ) |
| Two Fox Point Centre | 500 Delaware Avenue, 8th Floor |
| 6 Denny Road, Suite 307 | P.O. Box 1150 |
| Wilmington, DE 19809 | Wilmington, DE 19801 |
| (302) 999-1540 | (302) 654-1888 |
| stamoulis@swdelaw.com | Jday@ashby-Geddes.com |
| weinblatt@swdelaw.com | Amayo@ashby-Geddes.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Select Retrieval, LLC* | *Ellison Systems, Inc. d/b/a Shoplet.com* |

SO ORDERED this _____ day of April, 2013.

_____
United States District Judge