## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 11-812-RGA |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| J&P CYCLES LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on April 8, 2013, upon the following attorneys of record as indicated below:

> **DEFENDANTS' SECOND SET OF COMMON REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 26–72) TO PLAINTIFF SELECT RETRIEVAL LLC**
>
> **DEFENDANTS' SECOND SET OF COMMON INTERROGATORIES NOS. 9-10 TO PLAINTIFF SELECT RETRIEVAL LLC**

**VIA HAND DELIVERY**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Charlene M. Morrow<br>Virginia K. Demarchi<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041<br>Tel:  (650) 988-8500 | By:  */s/ David E. Moore*<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    1313 North Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |

OF COUNSEL:

Charlene M. Morrow
Virginia K. Demarchi
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated:  April 8, 2013
1101455/ 39489

POTTER ANDERSON & CORROON LLP

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendant B&H Foto & Electronics Corp., Charming Shoppes Inc. and Hayneedle Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 8, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 8, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX  78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc. and Hayneedle, Inc.*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA  94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc. and Hayneedle, Inc.*

| | |
|---|---|
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* | Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* |
| Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Kjohnson-mckewan@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* | Christina Von der Ahe<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>cvonderahe@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* |
| Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

2

| | |
|---|---|
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* |

By:  */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    POTTER ANDERSON & CORROON LLP
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com