IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 11-812-RGA |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| J&P CYCLES LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on April 8, 2013, upon the following attorneys of record as indicated below:

**DEFENDANT CHARMING SHOPPES INC.'S FIRST SET OF INTERROGATORIES NOS. 1-7 TO PLAINTIFF SELECT RETRIEVAL LLC**

**DEFENDANT CHARMING SHOPPES INC.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-3) TO PLAINTIFF SELECT RETRIEVAL LLC**

**DEFENDANT B&H FOTO ELECTRONICS CORP.'S FIRST SET OF INTERROGATORIES NOS. 1-7 TO PLAINTIFF SELECT RETRIEVAL LLC**

**DEFENDANT B&H FOTO ELECTRONICS CORP.'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-3) TO PLAINTIFF SELECT RETRIEVAL LLC**

**DEFENDANT HAYNEEDLE INC.'S FIRST SET OF INTERROGATORIES NOS. 1-6 TO PLAINTIFF SELECT RETRIEVAL LLC**

**VIA HAND DELIVERY**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By:  */s/ David E. Moore* |
| Charlene M. Morrow | Richard L. Horwitz (#2246) |
| Virginia K. Demarchi | David E. Moore (#3983) |
| Fenwick & West LLP | Bindu A. Palapura (#5370) |
| 801 California Street | 1313 North Market Street |
| Mountain View, CA  94041 | Hercules Plaza, 6th Floor |
| Tel:  (650) 988-8500 | Wilmington, DE 19801 |
|  | Tel:  (302) 984-6000 |
|  | rhorwitz@potteranderson.com |
| David M. Lacy Kusters | dmoore@potteranderson.com |
| Erin Simon | bpalapura@potteranderson.com |
| Fenwick & West LLP |  |
| 555 California Street | *Attorneys for Defendant B&H Foto &* |
| San Francisco, CA  94104 | *Electronics Corp., Charming Shoppes Inc.* |
| Tel:  (415) 875-2300 | *and Hayneedle Inc.* |

Dated:  April 8, 2013
1101469 / 39489

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 8, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 8, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX  78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc. and Hayneedle, Inc.*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA  94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc. and Hayneedle, Inc.*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Kjohnson-mckewan@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Jack B. Blumenfeld
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
jheaney@mnat.com
*Attorneys for Defendant Ross-Simons of Warwick, Inc.*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
Cbroderick@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Dominick T. Gattuso
Meghan A. Adams
Dawn Kurtz Crompton
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
dcrompton@proctorheyman.com
*Attorneys for Defendant Macy's Inc*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

| | |
|---|---|
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* |
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* |

By:    */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com