IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Brown Shoe Company*

*Inc.'s First Set of Interrogatories Nos. 1-4 to Plaintiff Select Retrieval LLC* were caused to be

served on April 8, 2013, upon the following in the manner indicated.

## BY HAND DELIVERY AND E-MAIL

*Attorneys for Select Retrieval LLC*        Stamatios Stamoulis
                                            Richard Charles Weinblatt
                                            STAMOULIS & WEINBLATT LLC
                                            Two Fox Point Centre
                                            6 Denny Road, Suite 307
                                            Wilmington, DE 19809
                                            (302) 999-1540
                                            stamoulis@swdelaw.com
                                            weinblatt@swdelaw.com

## BY E-MAIL

*Attorneys for Select Retrieval LLC*        Steven R. Daniels
                                            Maeghan E. Whitehead
                                            FARNEY DANIELS LLP
                                            800 South Austin Ave., Suite 200
                                            Georgetown, TX 78626
                                            (512) 582-2828
                                            sdaniels@farneydaniels.com
                                            mwhitehead@farneydaniels.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

OF COUNSEL:

Christopher P. Broderick
Karen Johnson-McKewan
Christina Von der Ahe
ORRICK, HERRINGTON AND SUTCLIFFE, LLP
777 South Figueroa Street
Suite 3200
Los Angeles, CA  90017-5855
(213) 612-2414

April 8, 2013
7104064

Mary B. Graham (#2256)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Brown Shoe Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on April 8, 2013 upon the following in the manner indicated:

### BY HAND DELIVERY AND E-MAIL

*Attorneys for Select Retrieval LLC*

Stamatios Stamoulis
Richard Charles Weinblatt
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

### BY E-MAIL

*Attorneys for Select Retrieval LLC*

Steven R. Daniels
Maeghan E. Whitehead
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

| | |
|---|---|
| *Attorneys for Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for J & P Cycles LLC and Scholastic Corporation* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| *Attorneys for J & P Cycles LLC and Scholastic Corporation* | Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com<br>kjohnson-mckewan@orrick.com<br>cvonderahe@orrick.com |

2

*Attorneys for Scholastic Corporation*

Brian D. Siff
Gina M. Bassi
SCHIFF HARDIN LLP
666 Fifth Avenue
Suite 1700
New York, NY  10103
(212) 745-0847
(212) 745-9551
bsiff@schiffhardin.com
gbassi@schiffhardin.com

*Attorneys for Adobe Systems Incorporated,*
*B & H Foto and Electronics, Corp.,*
*Charming Shoppes Inc. and Hayneedle,*
*Inc.*

Richard L. Horwitz
David Ellis Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Adobe Systems Incorporated,*
*B & H Foto and Electronics, Corp.,*
*Charming Shoppes Inc. and Hayneedle,*
*Inc.*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
(650) 988-8500
cmorrow@fenwick.com
vdemarchi@fenwick.com

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
(415) 875-2300
dlacykusters@fenwick.com
esimon@fenwick.com

3

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com |
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie<br>Aaron Moore<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(617) 342-4000<br>mlowrie@foley.com<br>amoore@foley.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr.<br>James Bosco<br>Bryan P. Clark<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Fort Duquesne, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufjr@webblaw.com<br>jbosco@webblaw.com<br>bclark@webblaw.com |

| | |
|---|---|
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |
| *Attorneys for Overstock.com Inc.* | John H. Barr, Jr.<br>Christopher A. Shield<br>John A. Yates<br>Robert D. Ayers, Jr.<br>BRACEWELL & GIULIANI LLP<br>711 Louisiana Street, Suite 2300<br>Houston, TX  77002-2770<br>(713) 223-2300<br>john.barr@bgllp.com<br>chris.shield@bgllp.com<br>jay.yates@bgllp.com<br>robert.ayers@bgllp.com |

*/s/ Julia Heaney*

_____

Julia Heaney (#3052)

5