IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Scholastic Corporations's First Set of Individual Interrogatories Nos. 1-4 to Plaintiff Select Retrieval LLC* were caused to be served on April 8, 2013, upon the following in the manner indicated.

### BY HAND DELIVERY AND E-MAIL

*Attorneys for Select Retrieval LLC*

Stamatios Stamoulis
Richard Charles Weinblatt
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540
stamoulis@swdelaw.com
weinblatt@swdelaw.com

### BY E-MAIL

*Attorneys for Select Retrieval LLC*

Steven R. Daniels
Maeghan E. Whitehead
FARNEY DANIELS LLP
800 South Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828
sdaniels@farneydaniels.com
mwhitehead@farneydaniels.com

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Julia Heaney* |
|  | ———————————————— |
| OF COUNSEL: | Mary B. Graham (#2256)<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| Brian D. Siff<br>Gina M. Bassi<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue<br>Suite 1700<br>New York, NY  10103<br>(212) 745-0847<br>(212) 745-9551<br>bsiff@schiffhardin.com<br>gbassi@schiffhardin.com | *Attorneys for Scholastic Corporation* |
| Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA  90017-5855<br>(213) 612-2414 |  |
| April 8, 2013<br>7104183 |  |

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2013, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I also certify that copies were caused to be served on April 8, 2013 upon the following in the manner indicated:

### BY HAND DELIVERY AND E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Stamatios Stamoulis<br>Richard Charles Weinblatt<br>STAMOULIS & WEINBLATT LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>(302) 999-1540<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com |

### BY E-MAIL

| | |
|---|---|
| *Attorneys for Select Retrieval LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>FARNEY DANIELS LLP<br>800 South Austin Ave., Suite 200<br>Georgetown, TX 78626<br>(512) 582-2828<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydaniels.com |

| | |
|---|---|
| *Attorneys for Staples Inc. and Ross-Simons of Warwick, Inc.* | Jack B. Blumenfeld<br>Julia Heaney<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>jying@mnat.com |
| *Attorneys for Ross-Simons of Warwick, Inc.* | William R. Grimm<br>HINCKLEY, ALLEN & SNYDER LLP<br>28 State Street<br>Boston, MA 02109-1775<br>wgrimm@haslaw.com<br><br>Stephen J. Carlotti<br>HINCKLEY, ALLEN & SNYDER LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI 02903<br>scarlotti@haslaw.com |
| *Attorneys for J & P Cycles LLC and Brown Shoe Company Inc.* | Mary B. Graham<br>Julia Heaney<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>mgraham@mnat.com<br>jheaney@mnat.com |
| *Attorneys for J & P Cycles LLC and Brown Shoe Company Inc.* | Christopher P. Broderick<br>Karen Johnson-McKewan<br>Christina Von der Ahe<br>ORRICK, HERRINGTON AND SUTCLIFFE, LLP<br>777 South Figueroa Street<br>Suite 3200<br>Los Angeles, CA 90017-5855<br>(213) 612-2414<br>cbroderick@orrick.com<br>kjohnson-mckewan@orrick.com<br>cvonderahe@orrick.com |

| | |
|---|---|
| *Attorneys for Adobe Systems Incorporated, B & H Foto and Electronics, Corp., Charming Shoppes Inc. and Hayneedle, Inc.* | Richard L. Horwitz<br>David Ellis Moore<br>Bindu A. Palapura<br>POTTER ANDERSON & CORROON LLP<br>1313 N. Market St., Hercules Plaza, 6th Flr.<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Adobe Systems Incorporated, B & H Foto and Electronics, Corp., Charming Shoppes Inc. and Hayneedle, Inc.* | Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041<br>(650) 988-8500<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br><br>David M. Lacy Kusters<br>Erin Simon<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA 94104<br>(415) 875-2300<br>dlacykusters@fenwick.com<br>esimon@fenwick.com |
| *Attorneys for PC Connection Inc.* | Frederick L. Cottrell, III<br>Elizabeth Rui He<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 658-6541<br>cottrell@rlf.com<br>he@rlf.com |

| | |
|---|---|
| *Attorneys for PC Connection Inc.* | Matthew B. Lowrie<br>Aaron Moore<br>FOLEY & LARDNER LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>(617) 342-4000<br>mlowrie@foley.com<br>amoore@foley.com |
| *Attorneys for Macy's Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>PROCTOR HEYMAN LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com |
| *Attorneys for Macy's Inc.* | Kent E. Baldauf, Jr.<br>James Bosco<br>Bryan P. Clark<br>THE WEBB LAW FIRM<br>One Gateway Center<br>420 Fort Duquesne, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufjr@webblaw.com<br>jbosco@webblaw.com<br>bclark@webblaw.com |
| *Attorneys for Overstock.com Inc.* | Karen L. Pascale<br>James L. Higgins<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>302-571-6600<br>kpascale@ycst.com<br>jhiggins@ycst.com |

*Attorneys for Overstock.com Inc.*         John H. Barr, Jr.
Christopher A. Shield
John A. Yates
Robert D. Ayers, Jr.
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, TX  77002-2770
(713) 223-2300
john.barr@bgllp.com
chris.shield@bgllp.com
jay.yates@bgllp.com
robert.ayers@bgllp.com


*/s/ Julia Heaney*
_____
Julia Heaney (#3052)

5