IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendants. | ) |

**DEFENDANT ROSS-SIMONS OF WARWICK, INC.'S
<u>NOTICE OF SUBSTITUTION OF COUNSEL</u>**

Pursuant to Local Rule 83.7, the law firm of Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, hereby withdraws its appearance for Defendant Ross-Simons of Warwick, Inc. The attorneys noted below are substituted in as counsel for Defendant Ross-Simons of Warwick, Inc.:

Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19801
Tel: (302) 984-6000

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA 94104
Tel: (415) 875-2300

Defendant Ross-Simons of Warwick, Inc. has approved this substitution of counsel, and this substitution is not being made for the purpose of delay. Further, this substitution will cause no delay as the attorneys of Potter Anderson & Corroon LLP are prepared to meet all upcoming deadlines.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ *Julia Heaney* <br>    Julia Heaney (#3052) <br>    1201 North Market Street, 18th Floor <br>    P.O. Box 1347 <br>    Wilmington, DE  19899 <br>    Tel:  (302) 658-9200 <br>    jheaney@mnat.com | By: /s/ *Richard L. Horwitz* <br>    Richard L. Horwitz (#2246) <br>    David E. Moore (#3983) <br>    Bindu A. Palapura (#5370) <br>    1313 North Market Street <br>    Hercules Plaza, 6th Floor <br>    Wilmington, DE 19801 <br>    Tel:  (302) 984-6000 <br>    rhorwitz@potteranderson.com <br>    dmoore@potteranderson.com <br>    bpalapura@potteranderson.com |

*Attorneys for Defendant*
*Ross-Simons of Warwick, Inc.*

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
FENWICK & WEST LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated:  April 8, 2013
1101498 / 39489

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 8, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 8, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX  78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA  94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

| | |
|---|---|
| Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* | Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* |
| Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Kjohnson-mckewan@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* | Christina Von der Ahe<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>cvonderahe@orrick.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation* |
| Jack B. Blumenfeld<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jblumenfeld@mnat.com<br>jheaney@mnat.com<br>*Former Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

| | |
|---|---|
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | William R. Grimm<br>Hinckley, Allen & Snyder LLP<br>28 State Street<br>Boston, MA  02109-1775<br>wgrimm@haslaw.com<br>*Former Attorneys for Defendant Ross-Simons of Warwick, Inc.* |
| Stephen J. Carlotti<br>Hinckley, Allen & Snyder LLP<br>50 Kennedy Plaza, Suite 1500<br>Providence, RI  02903<br>scarlotti@haslaw.com<br>*Former Attorneys for Defendant Ross-Simons of Warwick, Inc.* | Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* |

By:  /s/ *David E. Moore*
  Richard L. Horwitz
  David E. Moore
  Bindu A. Palapura
  POTTER ANDERSON & CORROON LLP
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com
  bpalapura@potteranderson.com

1028857 / 37313

3