IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF STAPLES, INC. WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Select Retrieval, LLC against Defendant Staples, Inc. in the above-captioned action are hereby dismissed without prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ Richard C. Weinblatt* | */s/ Jennifer Ying* |
| Stamatios Stamoulis (#4606) | Jack B. Blumenfeld (# 1014) |
| Richard C. Weinblatt (#5080) | Julia Heaney (# 3052) |
| Two Fox Point Centre | Jennifer Ying (# 5550) |
| 6 Denny Road, Suite 307 | 1201 North Market Street |
| Wilmington, DE 19809 | P.O. Box 1347 |
| (302) 999-1540 | Wilmington, DE 19899 |
| stamoulis@swdelaw.com | (302) 658-9200 |
| weinblatt@swdelaw.com | jblumenfeld@mnat.com |
| | jheaney@mnat.com |
| *Attorneys for Plaintiff* | jying@mnat.com |
| *Select Retrieval, LLC* | |
| | *Attorneys for Defendant* |
| | *Staples, Inc.* |

SO ORDERED this _____ day of April, 2013.

_____
United States District Judge