IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 11-812 (RGA) |
| AMERIMARK DIRECT, LLC, et al., | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL OF
### J&P CYCLES LLC WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims brought by Plaintiff Select Retrieval, LLC against Defendant J&P Cycles LLC in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Richard C. Weinblatt* | */s/ Julia Heaney* |
| Stamatios Stamoulis (#4606) | Mary B. Graham (#2256) |
| Richard C. Weinblatt (#5080) | Julia Heaney (#3052) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (302) 658-9200 |
| stamoulis@swdelaw.com | mgraham@mnat.com |
| weinblatt@swdelaw.com | jheaney@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Select Retrieval, LLC* | *J&P Cycles LLC* |

SO ORDERED this 11th day of April, 2013.

_____
United States District Judge