IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff for Select Retrieval, LLC in the above-entitled actions. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

>Timothy Devlin
>Farney Daniels PC
>1220 Market Street
>Suite 850
>Wilmington, DE 19801

I certify that I am admitted to practice in this Court.

Dated: April 15, 2013              FARNEY DANIELS PC

*/s/ Timothy Devlin*
Timothy Devlin #4241
    tdevlin@farneydaniels.com
1220 Market Street, Suite 850
Wilmington, DE 19801
Telephone: (302) 300-4626

*Attorneys for Plaintiff*
*Select Retrieval, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2013, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Timothy Devlin*
Timothy Devlin #4241