IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-812 (RGA) |
| | ) |
| AMERIMARK DIRECT, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

The Parties hereby stipulate and agree, subject to the approval of the Court, to an extension of time until May 1, 2013 for Defendant, Scholastic Corporation, to exchange with Plaintiff lists of claim terms and proposed constructions, pursuant to paragraph 7 of the Scheduling Order (D.I. 385).

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Richard C. Weinblatt* | */s/ Julia Heaney* |
| Stamatios Stamoulis (#4606) | Mary B. Graham (#2256) |
| Richard C. Weinblatt (#5080) | Julia Heaney (#3052) |
| Two Fox Point Centre | 1201 North Market Street |
| 6 Denny Road, Suite 307 | P.O. Box 1347 |
| Wilmington, DE 19809 | Wilmington, DE 19899 |
| (302) 999-1540 | (32) 658-9200 |
| stamoulis@swdelaw.com | mgraham@mnat.com |
| weinblatt@swdelaw.com | jheaney@mnat.com |
| | |
| *Attorneys for Plaintiff Select Retrieval, LLC* | *Attorneys for Defendant Scholastic Corporation* |

April 15, 2015

SO ORDERED this _____ day of April, 2013.

_____
United States District Judge

7135990