# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>J&P CYCLES LLC, *et al.*, )<br>)<br>Defendants. ) | C.A. No. 11-812-RGA<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Defendants respectfully move this Court for an Order extending the time for the parties to submit their respective letter briefs pursuant to Section 3(b) of the Scheduling Order (D.I. 385). Counsel for the parties conferred regarding this Motion, and the Motion is unopposed.

In this Court's August 27, 2012 Scheduling Order, the Defendants were permitted to file a letter explaining why they should be permitted to file an early motion for summary judgment on invalidity. D.I. 385, § 3(b). At the time, the Court set the following schedule: Defendants' opening letter brief: March 15, 2013; Plaintiff's responsive letter brief: March 22, 2013; Defendants' reply letter brief: March 27, 2013. The foregoing letter briefing deadlines were extended by stipulation (D.I 586) to be the following: Defendants' opening letter brief: April 15, 2013; Plaintiff's responsive letter brief: April 22, 2013; Defendants' reply letter brief: April 29, 2013.

Currently, the claim construction process is just beginning: final construction briefs are due on July 30, 2013 (D.I. 385, § 8) and the construction hearing is set for September 3, 2013 (*Id.* § 9). In the normal course, Defendants would need to wait another nine months before they could file a dispositive motion on June 2, 2014. *Id.* § 11. The construction of disputed claim

terms may effectively dispose of this case by making clear that prior art references invalidate the asserted patent. Defendants wish to have an earlier opportunity to move for disposition of the validity of this patent—an issue common to all defendants in the case—without further delay following claim construction. Select Retrieval, LLC does not oppose this request.

Accordingly, Defendants respectfully move, subject to the approval of the Court, that the time for the parties to submit their respective letter briefs pursuant to Section 3(b) of the Scheduling Order (D.I. 385) be extended as follows:

- Defendants' opening letter brief: Construction order + 21 days
- Plaintiff's responsive letter brief: Construction order + 28 days
- Defendants' reply letter brief: Construction order + 35 days

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
Tel:  (650) 988-8500

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA  94104
Tel:  (415) 875-2300

Dated:  April 15, 2013
1102431 / 39489

By:  */s/ David E. Moore*
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    1313 North Market Street
    Hercules Plaza, 6th Floor
    Wilmington, DE 19801
    Tel:  (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Defendants B&H Foto & Electronics Corp., Charming Shoppes Inc. Hayneedle, Inc., Macy's, Inc. and Ross-Simons of Warwick, Inc.*

2

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2013.

U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on April 15, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 15, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX 78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
kjohnson-mckewan@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., J&P Cycles, LLC, and Scholastic Corporation*

Dominick T. Gattuso
Meghan A. Adams
Dawn Kurtz Crompton
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
dcrompton@proctorheyman.com
*Attorneys for Defendant Macy's Inc*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX  77002
john.barr@bgllp.com
chris.shield@bgllp.com
robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

| | |
|---|---|
| Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* | Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* |

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
bsiff@schiffhardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

                By:   */s/ David E. Moore*
                      Richard L. Horwitz
                      David E. Moore
                      Bindu A. Palapura
                      POTTER ANDERSON & CORROON LLP
                      Tel:  (302) 984-6000
                      rhorwitz@potteranderson.com
                      dmoore@potteranderson.com
                      bpalapura@potteranderson.com

1028857 / 37313