# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,                )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br>      v.                                              )<br>                                                              )<br>MACY'S INC., *et al.*,                      )<br>                                                              )<br>            Defendants.                     ) | C.A. No. 11-812-RGA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on April 16, 2013, upon the following attorneys of record as indicated below:

    DEFENDANTS' JOINT IDENTIFICATION OF CLAIMS TERMS
    THAT REQUIRE COSTRUCTION

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX 78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Andrew Colin Mayo<br>Ashby & Geddes<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>amayo@ashby-geddes.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Timothy Devlin<br>Farney, Daniels PC<br>1220 Market Street, Suite 850<br>Wilmington, DE 19801<br>tdevlin@farneydaniels.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |

| | |
|---|---|
| Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>jheaney@mnat.com<br>*Attorneys for Defendants Brown Shoes Company, Inc., and Scholastic Corporation* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc.* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |
| Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* | Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA  02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Brian D. Siff<br>Gina M. Bassi<br>Schiff Hardin LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY 10103<br>BSiff@SchiffHardin.com<br>gbassi@schiffhardin.com<br>*Attorneys for Defendant Scholastic Corporation* | |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041<br>Tel:  (650) 988-8500 | By:  /s/ Bindu A. Palapura<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    1313 North Market Street<br>    Hercules Plaza, 6th Floor<br>    Wilmington, DE 19801<br>    Tel:  (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |
| David M. Lacy Kusters<br>Erin Simon<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA  94104<br>Tel:  (415) 875-2300 | *Attorneys for Defendants B&H Foto & Electronics Corp., Charming Shoppes Inc., Hayneedle, Inc., and Ross-Simons of Warwick, Inc.* |

Dated:  April 17, 2013
1102721 / 39489

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Bindu A. Palapura, hereby certify that on April 17, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 17, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Stamatios Stamoulis<br>Richard Charles Weinblatt<br>Stamoulis & Weinblatt LLC<br>Two Fox Point Centre<br>6 Denny Road, Suite 307<br>Wilmington, DE 19809<br>stamoulis@swdelaw.com<br>weinblatt@swdelaw.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* | Steven R. Daniels<br>Maeghan E. Whitehead<br>Farney Daniels LLP<br>800 South Austin Avenue<br>Suite 200<br>Georgetown, TX  78626<br>sdaniels@farneydaniels.com<br>mwhitehead@farneydanield.com<br>*Attorneys for Plaintiff Select Retrieval, LLC* |
| Charlene M. Morrow<br>Virginia K. DeMarchi<br>Amy Hayden<br>Fenwick & West LLP<br>801 California Street<br>Mountain View, CA  94041<br>cmorrow@fenwick.com<br>vdemarchi@fenwick.com<br>ahayden@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.* | David M. Lacy Kusters<br>Erin Simon<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA  94104<br>dlacykusters@fenwick.com<br>esimon@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.* |

Mary B. Graham
Julia Heaney
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
mgraham@mnat.com
jheaney@mnat.com
*Attorneys for Defendants Brown Shoes Company, Inc., and Scholastic Corporation*

Karen G. Johnson-McKewan
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
kjohnson-mckewan@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., and Scholastic Corporation*

Dominick T. Gattuso
Meghan A. Adams
Dawn Kurtz Crompton
Proctor Heyman LLP
300 Delaware Avenue, Suite 200
Wilmington, DE  19801
dgattuso@proctorheyman.com
madams@proctorheyman.com
dcrompton@proctorheyman.com
*Attorneys for Defendant Macy's Inc.*

Karen L. Pascale
James L. Higgins
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
kpascale@ycst.com
jhiggins@ycst.com
*Attorneys for Defendant Overstock.com, Inc.*

Christopher Broderick
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA  90017-5855
cbroderick@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., and Scholastic Corporation*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA  92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants Brown Shoes Company, Inc., and Scholastic Corporation*

Kent E. Baldauf, Jr.
Bryan P. Clark
James J. Bosco, Jr.
The Webb Law Firm
One Gateway Center
420 Ft. Duquesne Blvd, Suite 1200
Pittsburgh, PA  15222
kbaldaufJr@webblaw.com
bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

John H. Barr, Jr.
Christopher A. Shield
Robert D. Ayers, Jr.
Bracewell & Giuliana LLP
711 Louisiana, Suite 2300
Houston, TX  77002
john.barr@bgllp.com
chris.shield@bgllp.com
robert.ayers@bgllp.com
*Attorneys for Defendant Overstock.com, Inc.*

<tr>
<td>

<tr></tr>
</td>
</tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

<tr></tr>

Frederick L. Cottrell, III
Elizabeth R. He
Richards, Layton & Finger, P.A.
920 N. King Street
One Rodney Square
Wilmington, DE  19801
cottrell@rlf.com
he@rlh.com
*Attorneys for Defendant PC Connection, Inc.*

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

Brian D. Siff
Gina M. Bassi
Schiff Hardin LLP
666 Fifth Avenue, Suite 1700
New York, NY 10103
bsiff@schiffhardin.com
gbassi@schiffhardin.com
*Attorneys for Defendant Scholastic Corporation*

By:   */s/ Bindu A. Palapura*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1028857 / 37313