**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § § § | |
| Plaintiff, | § § | Civil Action No.  1:11-cv-00812-RGA |
| vs. | § § § | |
| AMERIMARK DIRECT, LLC, *et al.*, | § § | **JURY TRIAL REQUESTED** |
| Defendants. | § | |

**NOTICE OF SERVICE OF PRELIMINARY INFRINGEMENT
CONTENTIONS AGAINST DEFENDANTS**

PLEASE TAKE NOTICE THAT on April 16, 2013, a copy of PLAINTIFF SELECT RETRIEVAL, LLC'S IDENTIFICATION OF CLAIM TERMS & PRELIMINARY CLAIM CONSTRUCTIONS pursuant to this Court's Scheduling Order (D.I. 385) was caused to be served upon the following defendants and counsel of record via e-mail:

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA 94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

David M. Lacy Kusters
Erin Simon
Fenwick & West LLP
555 California Street
San Francisco, CA 94104
dlacykusters@fenwick.com
esimon@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

1

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Bindu A. Palapura<br>POTTERANDERSON&CORROON LLP<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE 19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |
| Matthew B. Lowrie<br>Aaron W. Moore<br>Foley & Lardner LLP<br>111 Huntington Avenue<br>Suite 2600<br>Boston, MA 02199-7610<br>mlowrie@foley.com<br>amoore@foley.com<br>*Attorneys for Defendant PC Connection, Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX 77002<br>john.barr@bgllp.com<br>chris.shield@bgllp.com<br>robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA 15222<br>kbaldaufJr@webblaw.com | Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>kjohnson-mckewan@orrick.com<br>*Attorneys for Defendants Brown Shoes* |

bclark@webblaw.com
jbosco@webblaw.com
*Attorneys for Defendant Macy's Inc.*

Christina Von der Ahe
Orrick, Herrington & Sutcliffe LLP
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
cvonderahe@orrick.com
*Attorneys for Defendants Brown Shoes*

|  |  |
|---|---|
| Dated: April 17, 2013 | STAMOULIS & WEINBLATT LLC |
|  | */s/ Richard C. Weinblatt* |
| Of Counsel: | Stamatios Stamoulis #4606 |
|  | stamoulis@swdelaw.com |
| Steven R. Daniels (admitted *pro hac vice*) | Richard C. Weinblatt #5080 |
| sdaniels@farneydaniels.com | weinblatt@swdelaw.com |
| FARNEY DANIELS PC | Two Fox Point Centre |
| 800 South Austin Avenue, Suite 200 | 6 Denny Road, Suite 307 |
| Georgetown, Texas 78626 | Wilmington, DE 19809 |
| Telephone: (512) 582-2828 | Telephone: (302) 999-1540 |
|  | ***Counsel for Plaintiff*** |
|  | ***Select Retrieval, LLC*** |