IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SELECT RETRIEVAL, LLC,         )
                                       )
       Plaintiff,           )
                                       )
       v.                   )  C.A. No. 11-812 (RGA)
                                       )
AMERIMARK DIRECT, LLC, et al.,  )
                                       )
       Defendants.       )

## STIPULATION OF DISMISSAL OF
## SCHOLASTIC CORPORATION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Select Retrieval, LLC and Defendant Scholastic Corporation in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

STAMOULIS & WEINBLATT LLC        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Richard C. Weinblatt*                */s/ Julia Heaney*

Stamatios Stamoulis (#4606)           Mary B. Graham (#2256)
Richard C. Weinblatt (#5080)          Julia Heaney (# 3052)
Two Fox Point Centre                    1201 North Market Street
6 Denny Road, Suite 307               P.O. Box 1347
Wilmington, DE 19809                 Wilmington, DE 19899
(302) 999-1540                        (302) 658-9200
stamoulis@swdelaw.com            mgraham@mnat.com
weinblatt@swdelaw.com             jheaney@mnat.com

*Attorneys for Plaintiff*                *Attorneys for Defendant*
*Select Retrieval, LLC*                 *Scholastic Corporation*

SO ORDERED this __23rd__ day of April, 2013.

_____
United States District Judge