# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SELECT RETRIEVAL, LLC,            ) | |
|                                   ) | |
|    Plaintiff,      ) | C.A. No. 11-812-RGA |
|                                   ) | |
| v.                                ) | **JURY TRIAL DEMANDED** |
|                                   ) | |
| MACY'S, INC., *et al.*,           ) | |
|                                   ) | |
|    Defendants.     ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Select Retrieval, LLC ("Select Retrieval") and Defendants B&H Foto & Electronics Corp. ("B&H Foto"), Charming Shoppes, Inc. ("Charming Shoppes"), Hayneedle, Inc. ("Hayneedle"), Macy's, Inc. ("Macy's"), and Ross-Simons of Warwick, Inc. ("Ross-Simons"), through their undersigned counsel and subject to the approval of the Court, that the time for B&H Foto, Charming Shoppes, Hayneedle, Macy's, and Ross-Simons to substantially complete document production in the above-captioned action is hereby extended from May 8, 2013 to June 7, 2013.  These parties further stipulate that the deadline for Select Retrieval to substantially complete document production, with respect to these defendants, is also extended from May 8, 2013 to June 7, 2013.

| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:   /s/ Richard C. Weinblatt<br>    Stamatios Stamoulis (#4606)<br>    Richard C. Weinblatt (#5080)<br>    Two Fox Point Centre<br>    6 Denny Road, Suite 307<br>    Wilmington, DE 19809<br>    Tel: (302) 999-1540<br>    stamoulis@swdelaw.com<br>    Weinblatt@swdelaw.com<br><br>*Attorneys for Plaintiff Select Retrieval, LLC* | By:   /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br><br>*Attorneys for Defendants B&H Foto & Electronics Corp., Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.* |

PROCTOR HEYMAN LLP

By:   /s/ Dominick T. Gattuso
    Dominick T. Gattuso (#3630)
    Meghan A. Adams (#4981)
    Dawn Kurtz Crompton (#5579)
    Proctor Heyman LLP
    300 Delaware Avenue, Suite 200
    Wilmington, DE 19801
    Tel: (302) 472-7300
    dgattuso@proctorheyman.com
    madams@proctorheyman.com
    dcrompton@proctorheyman.com

*Attorney for Defendant Macys, Inc.*

Dated: April 24, 2013
1103663 / 39489

      IT IS SO ORDERED this ___ day of _____, 2013.

                                        _____
                                        United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on April 24, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 24, 2013, the attached document was Electronically Mailed to the following person(s):

**VIA ELECTRONIC MAIL**

Stamatios Stamoulis
Richard Charles Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Steven R. Daniels
Maeghan E. Whitehead
Farney Daniels LLP
800 South Austin Avenue
Suite 200
Georgetown, TX  78626
sdaniels@farneydaniels.com
mwhitehead@farneydanield.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Timothy Devlin (#4241)
Farney Daniels LLP
1220 Market Street, Suite 850
Wilmington, DE  19801
tdevlin@farneydaniels.com
*Attorneys for Plaintiff Select Retrieval, LLC*

Charlene M. Morrow
Virginia K. DeMarchi
Amy Hayden
Fenwick & West LLP
801 California Street
Mountain View, CA  94041
cmorrow@fenwick.com
vdemarchi@fenwick.com
ahayden@fenwick.com
*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.*

| | |
|---|---|
| David M. Lacy Kusters<br>Erin Simon<br>Fenwick & West LLP<br>555 California Street<br>San Francisco, CA  94104<br>dlacykusters@fenwick.com<br>esimon@fenwick.com<br>*Attorneys for Intervenor Adobe Systems Incorporated and Defendants B&H Foto and Electronics Corp. Charming Shoppes, Inc., Hayneedle, Inc. and Ross-Simons of Warwick, Inc.* | Mary B. Graham<br>Julia Heaney<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>P. O. Box 1347<br>Wilmington, DE  19899<br>mgraham@mnat.com<br>jheaney@mnat.com<br>*Attorneys for Defendant Brown Shoe Company, Inc.* |
| Christopher Broderick<br>Orrick, Herrington & Sutcliffe LLP<br>777 South Figueroa Street, Suite 3200<br>Los Angeles, CA  90017-5855<br>Cbroderick@orrick.com<br>*Attorneys for Defendant Brown Shoe Company, Inc.* | Karen G. Johnson-McKewan<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105-2669<br>Kjohnson-mckewan@orrick.com<br>*Attorneys for Defendant Brown Shoe Company, Inc.* |
| Christina Von der Ahe<br>Orrick, Herrington & Sutcliffe LLP<br>2050 Main Street, Suite 1100<br>Irvine, CA  92614-8255<br>cvonderahe@orrick.com<br>*Attorneys for Defendant Brown Shoe Company, Inc.* | Dominick T. Gattuso<br>Meghan A. Adams<br>Dawn Kurtz Crompton<br>Proctor Heyman LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>dgattuso@proctorheyman.com<br>madams@proctorheyman.com<br>dcrompton@proctorheyman.com<br>*Attorneys for Defendant Macy's Inc* |
| Kent E. Baldauf, Jr.<br>Bryan P. Clark<br>James J. Bosco, Jr.<br>The Webb Law Firm<br>One Gateway Center<br>420 Ft. Duquesne Blvd, Suite 1200<br>Pittsburgh, PA  15222<br>kbaldaufJr@webblaw.com<br>bclark@webblaw.com<br>jbosco@webblaw.com<br>*Attorneys for Defendant Macy's Inc.* | Karen L. Pascale<br>James L. Higgins<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>kpascale@ycst.com<br>jhiggins@ycst.com<br>*Attorneys for Defendant Overstock.com, Inc.* |

| | |
|---|---|
| John H. Barr, Jr.<br>Christopher A. Shield<br>Robert D. Ayers, Jr.<br>Bracewell & Giuliana LLP<br>711 Louisiana, Suite 2300<br>Houston, TX  77002<br>John.barr@bgllp.com<br>Chris.shield@bgllp.com<br>Robert.ayers@bgllp.com<br>*Attorneys for Defendant Overstock.com, Inc.* | Frederick L. Cottrell, III<br>Elizabeth R. He<br>Richards, Layton & Finger, P.A.<br>920 N. King Street<br>One Rodney Square<br>Wilmington, DE  19801<br>cottrell@rlf.com<br>he@rlh.com<br>*Attorneys for Defendant PC Connection, Inc.* |

Matthew B. Lowrie
Aaron W. Moore
Foley & Lardner LLP
111 Huntington Avenue
Suite 2600
Boston, MA  02199-7610
mlowrie@foley.com
amoore@foley.com
*Attorneys for Defendant PC Connection, Inc.*

                By:   */s/ David E. Moore*
                    Richard L. Horwitz
                    David E. Moore
                    Bindu A. Palapura
                    POTTER ANDERSON & CORROON LLP
                    Tel:  (302) 984-6000
                    rhorwitz@potteranderson.com
                    dmoore@potteranderson.com
                    bpalapura@potteranderson.com

1028857 / 37313